# EXHIBIT A

## Individual Petitioners

| First Name | Last Name | City | State |
|---|---|---|---|
| Tenoch | Abarca | Kenilworth | IL |
| David | Abbott | Mackinaw | IL |
| Lisa | Adams | Bourbonnais | IL |
| David | Adams | Crete | IL |
| Eric | Adams | Moline | IL |
| DaNeal | Adams | Oswego | IL |
| Angie | Affrunti | Lockport | IL |
| Gloria | Aguirre | Aurora | IL |
| Vickie | Aiello | Ofallon | IL |
| Joseph | Akers | Edwardsville | IL |
| Jaime | Albor | Montgomery | IL |
| Grace | Alcaraz | Chicago | IL |
| Ahmad | Alexander | Naperville | IL |
| Sequoia | Alexander | Peoria | IL |
| Omar | Alhayek | Schaumburg | IL |
| Michael | Allen | Granite City | IL |
| Marlene | Allen | Park Forest | IL |
| Brian | Allerding | Centralia | IL |
| Ali | Al-Sahili | Oak Lawn | IL |
| Keyonna | Alston | Chicago | IL |
| Lisa | Alvarado | Hobart | IL |
| Miguel | Alvarez | Chicago | IL |
| Stephen | Alvin | Henry | IL |
| Anthony | Amaker | Zion | IL |
| Omar | Amaya | Chicago | IL |
| Andrea | Andersom | Chicago | IL |
| Christina | Andes | Brookfield | IL |
| Dawn | Arians | Sterling | IL |
| Phyllis | Armour | Forest Park | IL |
| Ashley | Armstead | Springfield | IL |
| Suzan | Armstrong | Urbana | IL |
| Jeff | Aronson | La Grange Park | IL |
| Rhonda | Artman | Freeport | IL |
| Jacob | Atkinson | Urbana | IL |
| Ashley | Atkinson-Leon | Buffalo Grove | IL |
| Michael | Atkinson-Leon | Buffalo Grove | IL |
| Sherry | Augenstein | Canton | IL |

| | | | |
|---|---|---|---|
| David | Austin | Ullin | IL |
| William | Avery | Grayslake | IL |
| Patricia | Axelson | Downers Grove | IL |
| Anson | Babb | Downers Grove | IL |
| Patricia | Babbitt | Matteson | IL |
| Eileen | Bacon | Kingston | IL |
| Ralph | Badtke | Saint Charles | IL |
| David | Bailey | Hinsdale | IL |
| Colin | Balsbaugh | Urbana | IL |
| Andrea | Banks | Chicago | IL |
| Brittany | Banks | Chicago | IL |
| Chandra | Barber | Chicago | IL |
| Michael | Barker | Dekalb | IL |
| Warren | Barnett | University Park | IL |
| Adam | Barnhart | Montgomery | IL |
| Adam | Barr | Cobden | IL |
| Vianey | Barreto | Summit | IL |
| Wayne | Bartosiak | Romeoville | IL |
| Angshuman | Baruah | Champagne | IL |
| David | Bassin | Chicago | IL |
| William | Bast | Glendale Heights | IL |
| Renae | Battista | Huntley | IL |
| Martin | Bauer | Naperville | IL |
| Heather | Baxter | Lindenwood | IL |
| Catherine | Bayne | Bourbonnais | IL |
| Felicia | Beals | Kankakee | IL |
| Anthony | Beaver | Chicago | IL |
| Francisco | Becerra | Aurora | IL |
| Leann | Beckman | Deerfield | IL |
| Anthony | Behrends | Deerfield | IL |
| Brent | Beighley | Luka | IL |
| Christopher | Bell | Chicago | IL |
| Alice | Bell | Springfield | IL |
| Stephanie | Benavente | Ingleside | IL |
| Joseph | Benicky | Plainfield | IL |
| Daniel | Benke | Crystal Lake | IL |
| Sean | Bennett | Bloomington | IL |
| Jeremy | Bennett | Westfield | IL |
| Colleen | Benson | Braidwood | IL |
| Bobbie | Bentley | Flora | IL |
| David | Berkshire | Hebron | IL |
| Erasmo | Berrios | Downers Grove | IL |

| | | | |
|---|---|---|---|
| William | Berry | Colona | IL |
| Bianca | Bess | Steger | IL |
| Jeffrey | Bessent | Streamwood | IL |
| El Malik | Bey | Posen | IL |
| Barbara | Bielach | Wood Dale | IL |
| Eric | Biesecker | Peoria | IL |
| Douglas | Biller | Milledgevillle | IL |
| Jessica | Bingham | Moline | IL |
| Jacqueline | Bishop | Chicago | IL |
| Sara | Blair | Caseyville | IL |
| Angel | Blalock-Tidwell | Rockford | IL |
| Dana | Blanchard | Chicago | IL |
| Eddie | Blanchett | Quincy | IL |
| Joshua | Blanford | Moline | IL |
| Karen | Bodie | Westmont | IL |
| Kristina | Boettcher | Cairo | IL |
| Brian | Bogs | Lansing | IL |
| Michelle | Bohannon | Cicero | IL |
| Melissa | Bolino | Jacksonville | IL |
| Anthony | Bollman | Walnut | IL |
| Adam | Bonifaciuk | Norridge | IL |
| Kalen | Booth | Chicago | IL |
| Daniel | Borke | Ingleside | IL |
| Brian | Boss | Granite City | IL |
| Todd | Boudreau | Mahomet | IL |
| Eric | Bowers | Carbondale | IL |
| David | Bowman | Sumner | IL |
| Stacey | Boyce | Aurora | IL |
| Vernon | Boyd | Elgin | IL |
| Betty | Boyd | Ingleside | IL |
| Ryan | Boyd | Wilmington | IL |
| Nicole | Boyer | Peoria | IL |
| Felicia | Bradford | East Moline | IL |
| Stephanie | Breeze | Granite City | IL |
| Amy | Brennan | Oak Lawn | IL |
| Susan | Brewer | Chicago | IL |
| Wendy | Brimm | Decatur | IL |
| Amy | Brinkman | Collinsville | IL |
| Adam | Bristow | Bloomington | IL |
| Kimberly | Britt | Chicago | IL |
| Isaac | Brockman | Ottawa | IL |
| Daniel | Brodin | Berwyn | IL |

| | | | |
|---|---|---|---|
| Zachary | Broshous | Rock Falls | IL |
| Aleksei | Brovikov | Elmwood Park | IL |
| Anthony | Brown | Chicago | IL |
| Aaron | Brown | Galesburg | IL |
| Aarion | Brown | Hazel Crest | IL |
| Holly | Brown | Port Byron | IL |
| Stephanie | Brown | Sterling | IL |
| David | Bruce | Calumet | IL |
| Frederick | Brunson | Glenwood | IL |
| Joshua | Bryant | Hampshire | IL |
| Andrea | Buechsenschuetz | Carbondale | IL |
| Pamela | Burditt | Wilmington | IL |
| Jackie | Burns | Glendale Heights | IL |
| Jessica | Burt | Palatine | IL |
| Anna | Burzawa | Harwood Heights | IL |
| Eric | Buschick | Lakemoor | IL |
| Carrington | Bush | Bourbonnais | IL |
| Michael | Butler | O'Fallon | IL |
| Mitchell | Buzzell | Warrenville | IL |
| Terri | Cacioppo | Palatine | IL |
| Louis | Caesar | Channahon | IL |
| Mitchell | Cain | Beecher | IL |
| Cristina | Calderon | Blue Island | IL |
| Matthew | Calhoun | Chicago | IL |
| Joanna | Callahan | Normal | IL |
| Andres | Calvillo | Naperville | IL |
| Anthony | Cameron | Country Club Hills | IL |
| Brent | Cameron | Hampshire | IL |
| Nicholas | Campanella | Chicago | IL |
| William | Campbell | Rockford | IL |
| Jennifer | Carajohn | Morris | IL |
| Bianca | Carbajal | Chicago | IL |
| Aric | Cardwell | Chicago | IL |
| Shanda | Carlson | Rockford | IL |
| Juan | Carlstrom | Rockford | IL |
| Danielle | Carrell | Homewood | IL |
| Michael | Carroll | Joliet | IL |
| Regine | Carter | Berwyn | IL |
| Ashley | Carter | Chicago | IL |
| Kalib | Carter | Ottawa | IL |
| Rashida | Carter | Riverdale | IL |
| Willie | Carter Jr | Evergreen Park | IL |

| | | | |
|---|---|---|---|
| Brendan | Casey | Aurora | IL |
| Natasha | Caudle | Towanda | IL |
| Shane | Chaplin | Pittsfield | IL |
| Kaharie | Charles | Chicago | IL |
| Colene | Chastang | Evanston | IL |
| Angelica | Chestleigh | Chicago | IL |
| Ashlee | Chladek | Champaign | IL |
| Wendy | Christman | West Chicago | IL |
| Louis | Cirar | Lockport | IL |
| Gordon | Clanton | Cave In Rock | IL |
| Regina | Clark | Chicago | IL |
| Penny | Clause | Macomb | IL |
| James | Clendening | Fox Lake | IL |
| Robert | Cochran | Westchester | IL |
| Chiquita | Coffey | Chicago | IL |
| Alice | Coffey | Rantoul | IL |
| Daniel | Coil | La Grange Park | IL |
| Flora | Coleman | Chicago Heights | IL |
| Jacqueline | Coleman | University Park | IL |
| Caleb | Collines | Chicago | IL |
| Booker | Collins | Chicago | IL |
| Jermaine | Collins | Chicago | IL |
| Maurice | Collins | La Grange | IL |
| William | Colman | Cairo | IL |
| Danielle | Colon | Joliet | IL |
| Kathleen | Comella | Woodstock | IL |
| Anthony | Conrad | Woodstock | IL |
| Timothy | Cordani | Kincaid | IL |
| Amber | Cotter | Carpentersville | IL |
| Susan | Cotter | Saint Joseph | IL |
| Darryl | Cotton | Chicago | IL |
| Blake | Couch | Peoria | IL |
| Airrin | Coy | Forreston | IL |
| Dave | Craglione | Lombard | IL |
| David | Cramer | Decatur | IL |
| Brittany | Crandall | Monmouth | IL |
| Angela | Crockett | Swansea | IL |
| Anthony | Crowder | Chicago | IL |
| Virgen | Cruzado | Melrose Park | IL |
| David | Cusack | Chicago | IL |
| Charles | Cuthbertson | Machesney Park | IL |
| Karen | Czipo | Loves Park | IL |

| | | | |
|---|---|---|---|
| Edmund | Czosek | Mchenry | IL |
| Archer | Dadpaas | Plainfield | IL |
| Bryant | Dailey | Crest Hill | IL |
| Amy | Damewood | Walnut | IL |
| Angel | Darville | Spring Grove | IL |
| Tammi | Davis | Berwyn | IL |
| Dorian | Davis | Chicago | IL |
| Margaret | Davis | Chicago | IL |
| Angela | Davis | Chicago | IL |
| Angela | Davis | Girard | IL |
| John | Davis | Granite City | IL |
| Darren | Davis | Westchester | IL |
| Shondel | Dawn | Belvidere | IL |
| Albert | Dawood | Niles | IL |
| James | Dawson | Watanda | IL |
| Angelique | De Jesus | Chicago | IL |
| Jamie | Deitcher | Milford | IL |
| Martha | Delancey | Dekalb | IL |
| Carrah | Demos | Palatine | IL |
| Emily | Denbo | Lindenhurst | IL |
| Amit | Desai | Bartlett | IL |
| Joe | Desimone | Glen Ellyn | IL |
| Julio | Diaz | Bolingbrook | IL |
| Nicholas | Diaz | Orland Park | IL |
| Freddie | Dickerson | Carterville | IL |
| Joshua | Diding | Ottawa | IL |
| Jerry | Dillon | Palatine | IL |
| Kari | Dimock | Lockport | IL |
| Jeff | Dolce | North Aurora | IL |
| James | Donovan | Arlington Heights | IL |
| Kristin | Douglas | Chicago | IL |
| Michael | Douglas | Collinsville | IL |
| Anna | Doukas | Chicago | IL |
| Durbin | Downey | Princeton | IL |
| Brett | Downs | Granite City | IL |
| Vasiliki | Dremonas | Chicago | IL |
| Gricelda | Duarte | Berwyn | IL |
| Miguel | Duarte | Cicero | IL |
| Diane | Duggins | Shorewood | IL |
| Donny | Dukes | Chicago | IL |
| Daniel | Durkin | Mokena | IL |
| Andrew | Durkin | Palos Heights | IL |

| | | | |
|---|---|---|---|
| Frank | Dutkovich | Geneva | IL |
| Darlene | Dyson | Chicago | IL |
| Althea | Earl | Forest Park | IL |
| Holly | Edwards | Shattuc | IL |
| William | Ehnert | Frankfort | IL |
| Sara | Elliott | Aurora | IL |
| Bobby | Ellis Sr | Swansea | IL |
| Shawntay | Emery | Country Club Hill | IL |
| Morgan | Enburg | Moline | IL |
| Leif | Epperson | Mattoon | IL |
| Jesus | Espinoza | Oak Lawn | IL |
| Lily | Estrada | Chicago | IL |
| Anthony | Euell | Freeport | IL |
| Craig | Everhart | Addison | IL |
| Kimberly | Everly | Lindenhurst | IL |
| William | Ewell | Canton | IL |
| Quittman | Farmer | Wheeling | IL |
| Lisa | Farris | Joliet | IL |
| Alberto | Felix | Cicero | IL |
| Sean | Ferguson | Belleville | IL |
| Robert | Fernandez | Marseilles | IL |
| Carol | Ferrari | Harrin | IL |
| Andrew | Fey | Riverton | IL |
| Barry | Filerman | Northbrook | IL |
| Ryan | Finley | Woodstock | IL |
| Jonathan | Fischer | Jacksonville | IL |
| Zach | Fisher | Beecher | IL |
| Darin | Flaska | Hoffman Estates | IL |
| Erin | Fletcher | Chicago | IL |
| Daniel | Flores | Chicago | IL |
| Alicia | Florez | Wilmington | IL |
| Darren | Flynn | Pekin | IL |
| Stephen | Foley | Lake Zurich | IL |
| Jeff | Fordice | Evergreen Park | IL |
| Charles | Forsythe | Belleville | IL |
| Brittany | Fox | Peoria | IL |
| William | Franklin | Crest Hill | IL |
| Claudia | French | Granite City | IL |
| Don | Frieders | Batavia | IL |
| Ashley | Friesz | Galesburg | IL |
| Hansel | Fritzgerald | Matteson | IL |
| Ernest | Fromer | Lombard | IL |

| | | | |
|---|---|---|---|
| Rolanda | Fu | Chicago | IL |
| Tameika | Fuller | Bourbonnais | IL |
| Beth | Fusco | Roundlake | IL |
| Tony | Gagliano | Roselle | IL |
| Enrique | Gaitan | Chicago | IL |
| Ethan | Galecki | Round Lake Beach | IL |
| Amy | Garbaciak | New Lenox | IL |
| Yosari | Garcia | Bellwood | IL |
| Melinda | Garcia | Kankakee | IL |
| Martin | Garcia | Naperville | IL |
| Linc | Garcia Jr | Galesburg | IL |
| Jordan | Gardner | Chicago | IL |
| Walter | Garmon | Bellwood | IL |
| Dedra | Garreffa | Mchenry | IL |
| Daniel | Garvin | Matteson | IL |
| Patrick | Gaughan | Aurora | IL |
| Bobbie Jo | Gear | Mt Caroll | IL |
| Sommer | Gilker | Quincy | IL |
| Ann | Gilliam | Ava | IL |
| Travis | Gipson | Chicago | IL |
| Cynthia | Girouard | Kinmundy | IL |
| Shelley | Glover-Williams | Chicago | IL |
| Alisha | Goff | Lawrenceville | IL |
| Eric | Goldberg | Hampshire | IL |
| Anthony | Gonzalez | Cicero | IL |
| Melissa | Gonzalez | Macomb | IL |
| Allison | Goodson | Chicago | IL |
| Barbara | Goodwin | Calumat | IL |
| William | Gordon | Bartlett | IL |
| Faith | Gordon Bridges | Calumet Chicago | IL |
| Margaret | Gorski | Belvidere | IL |
| Patrick | Grady | Peoria | IL |
| Jeffrey | Graf | Woodstock | IL |
| Jon | Graskewicz | West Frankfort | IL |
| Blair | Gray | Oswego | IL |
| Alan | Gredell | Des Plaines | IL |
| William | Green | Belleville | IL |
| Heather | Greenier | Westmont | IL |
| Danielle | Gregory | Chicago | IL |
| Danny | Griffin | Crete | IL |
| Laura | Grimes | Pana | IL |
| Colton | Griswald | Momence | IL |

| | | | |
|---|---|---|---|
| Amorette | Groen | Sterling | IL |
| Shannon | Gross | New Lenox | IL |
| Bolivar | Guaman | Chicago | IL |
| Nicole | Gullickson | Loves Park | IL |
| Michelle | Gunning | Christopher | IL |
| Bobby | Guy | Pekin | IL |
| Felicia | Haar | Elk Grove Village | IL |
| Linda | Hackley | Cicero | IL |
| Jerry | Haeffner | Sterling | IL |
| Kimberly | Hagedorn | Lebanon | IL |
| Lindsay | Haglauer | Decatur | IL |
| Elizabeth | Haines | Saint David | IL |
| Benjamin | Halfar | Champaign | IL |
| Brandon | Hall | Glen Carbon | IL |
| Jenna | Hall | Machesney Park | IL |
| Amanda | Hamilton | Champaign | IL |
| Cynthia | Hansen | Chicago | IL |
| Matt | Hansen | Huntley | IL |
| William | Hanson | Hoffman Estates | IL |
| Anthony | Harden | Joliet | IL |
| Gwen | Harden | Lansing | IL |
| Michael | Harmon | Oswego | IL |
| Amber | Harold | Sterling | IL |
| Andre | Harris | Chicago Ridge | IL |
| Angela | Harris | Kankakee | IL |
| Archie | Harris | Woodridge | IL |
| Beth | Harvey | Carmi | IL |
| Robert J | Harvey Bey | Chicago | IL |
| Ebanah | Hasanat | Orland Park | IL |
| Elizabeth | Hatton | Dekalb | IL |
| William | Hay | Chicago | IL |
| Glendon | Hayes | Wheaton | IL |
| Melissa | Hearn | Edwardsville | IL |
| Angelique | Heckard | Joliet | IL |
| Heather | Heihn | Normal | IL |
| Beth | Helsley | Carbondale | IL |
| Laura | Henneberry | Buffalo Grove | IL |
| Whitney | Henry | Chicago | IL |
| Stuart | Hermodson | Medinah | IL |
| Javier | Hernandez | Arlington Heights | IL |
| Cheryl | Hernandez | Belleville | IL |
| Catalina | Herrera | Woodstock | IL |

| Marie | Heuser | Mount Prospect | IL |
|-------|--------|----------------|-----|
| Katherine | Hicks | Bolingbrook | IL |
| Fatina | Hicks | Chicago | IL |
| Fabian | Higgins | Evanston | IL |
| Lawrence | Higgins | Wood Dale | IL |
| Edna | Hill | Chicago | IL |
| Alexis | Hill | Chicago | IL |
| Samantha | Hill | Joliet | IL |
| Natasha | Hill | Urbana | IL |
| Hanon | Hines | Wadsworth | IL |
| Brandon | Hinke | Chicago | IL |
| Alex | Hinote | O'Fallon | IL |
| Casey | Hnatiuk | Montgomery | IL |
| Melanie | Hoeg | Aurora | IL |
| Karen | Hoffman | Du Bois | IL |
| Eric | Hofmann | Aledo | IL |
| Julie | Holda | Manteno | IL |
| Andrea | Holland | Peoria | IL |
| M Akiba | Hollins-Thomas | Chicago | IL |
| Eric | Hollis | Oak Forest | IL |
| Andrea | Holloway | Homewood | IL |
| Erica | Holmer | Woodstock | IL |
| Ariel | Holmes | Clinton | IL |
| Angela | Homminga | Murphysboro | IL |
| Christian | Hoover | Mchenry | IL |
| Courtney | Howard | Chicago | IL |
| Mario | Howard | Chicago | IL |
| Eric | Howard | Cicero | IL |
| Lacey | Howell | Rockford | IL |
| Tahisha | Hudson | Bellwood | IL |
| William | Hudson | Mendon | IL |
| Daniel | Hudson | South Holland | IL |
| Brad | Hughes | Machesney Park | IL |
| Blaine | Huls | Danville | IL |
| Danielle | Humes | Maywood | IL |
| Bobbie | Hunter | Taylorville | IL |
| James | Hunter | Waukegan | IL |
| Breanna | Hurst | Springfield | IL |
| Jane | Hutton | Worden | IL |
| Kathryn | Hynes | Collinsville | IL |
| Kimberly | Ibarra | Oak Forest | IL |
| Mark | Ick | Glen Ellyn | IL |

| | | | |
|---|---|---|---|
| Janet | Iler | Swansea | IL |
| Amanda | Ipema | Midlothian | IL |
| Lucia | Irwin | Huntley | IL |
| Joyce | Isaacs | Carmi | IL |
| Anthony | Jackson | Chicago | IL |
| Suzanne | Jacobs | Decatur | IL |
| Jeremy | Jacoby | South Elgin | IL |
| Adrienne | Jacquot | Basco | IL |
| Carl | Jannusch | Vernon Hills | IL |
| Anglia | Jasper-Linzy | Burwood | IL |
| Elizabeth | Jean | Bondville | IL |
| Jennifer | Jeffris | Chicago | IL |
| Mikahel | Jenkins | Chicago | IL |
| Amber | Jeralds | Marion | IL |
| Brian | Johnson | Beecher | IL |
| Gary | Johnson | Chicago | IL |
| Tiffie | Johnson | Chicago | IL |
| Savannah | Johnson | Collinsville | IL |
| Deborah | Johnson | Kewanee | IL |
| Katrina | Johnson | Lombard | IL |
| Samuel | Johnson | Northlake | IL |
| Charles | Johnson | Oak Park | IL |
| Jeremiah | Johnson | Peoria | IL |
| Tracey | Johnson | Rockford | IL |
| Monica | Johnson | Rockford | IL |
| Samantha | Johnson | Streator | IL |
| Fitzgerald | Jones | Chicago | IL |
| Sharon | Jones | Decatur | IL |
| Cathi | Journey | Bethalto | IL |
| Adam | Juodis | Saint Charles | IL |
| Dani | Juskiv | Princeville | IL |
| Anna | Kacso | Antioch | IL |
| Randy | Kakara | Streator | IL |
| Neelu Kaur | Kalada | Naperville | IL |
| John | Kalec | Naperville | IL |
| Karen | Kalejs | North Aurora | IL |
| Fred | Kappel | Chicago | IL |
| Dennis | Karau | Chicago | IL |
| Angela | Kardell | Hainesville | IL |
| Christina | Karpowicz | Downers Grove | IL |
| Donna | Keca | Aurora | IL |
| Naomi | Keep | Markham | IL |

| | | | |
|---|---|---|---|
| Lavonne | Kemmerer | Louisville | IL |
| Antonina | Kessel | Chicago | IL |
| Adam | Key | Naperville | IL |
| Kristin | Kick | Palatine | IL |
| Julie | Kilburg | Mokena | IL |
| Darcy | Kilka | Joliet | IL |
| Charles | Kimmel | Charleston | IL |
| Danielle | King | Breese | IL |
| Brenda | King | Rushville | IL |
| Alyssa | Kinnaird | Antioch | IL |
| Lakaiya | Kippers | Alsip | IL |
| Amanda | Kirk | Lisle | IL |
| Paul | Kisler | Galesburg | IL |
| Nicholas | Klein | Rantoul | IL |
| Bernadette | Knapik | Indian Head Park | IL |
| Vivian | Knell | Hampshire | IL |
| Andrew | Knight Jr | South Collin | IL |
| Sara | Kniss | Peoria | IL |
| Christina | Koester | Beecher City | IL |
| Brittany | Kokas | Rushville | IL |
| Zach | Kolozsy | Pierron | IL |
| Monika | Komperda | Hickory Hills | IL |
| Carol | Koreba | Huntley | IL |
| Steve | Kosior | Elburn | IL |
| Joyce | Koster | Bartlett | IL |
| Ruth | Kotek | Naperville | IL |
| Eleonora | Kozak | Schaumburg | IL |
| Marcin | Kozlowski | Chicago | IL |
| Daniel | Kozubal | Algonquin | IL |
| William | Kraklau | Rockford | IL |
| Ashley | Krutsinger | Salem | IL |
| Anna | Kulapina | Mount Prospect | IL |
| Marguerite | Kurowski | Crest Hill | IL |
| Melissa | Kurtenbach | Marshall | IL |
| Christine | Kuttnauer | Elgin | IL |
| Emil | Lach | Chicago | IL |
| Adam | LaCour | Hazel Crest | IL |
| Michael | Lady | Chillicothe | IL |
| Karen | LaFleur | Downers Grove | IL |
| Ella | Lakin | White Hall | IL |
| Andrea | Lampley | Chicago | IL |
| Amy | Lander | Davis | IL |

| | | | |
|---|---|---|---|
| Dennis | Lang | Bloomingdale | IL |
| Bryce | Langendorf | Rockford | IL |
| Karen | Lawson | Hanna City | IL |
| Kaden | Leach | Bloomington | IL |
| Kacie | Leckbee | South Elgin | IL |
| Jaewon | Lee | Chicago | IL |
| Jen | Leffler | Oak Forest | IL |
| Anthony | Lentino | Elgin | IL |
| Angela | Leonard | Elwood | IL |
| Jason | Lewis | Belleville | IL |
| Tina | Lewis | Lakemoor | IL |
| Jennifer | Lewis | Springfield | IL |
| Brandi | Lewis | Urbana | IL |
| Connie | Limon | Joliet | IL |
| Wendi | Lindley | Steger | IL |
| Jeremy | Linke | Mount Prospect | IL |
| Belem | Lino | Harwood Heights | IL |
| Avrom | Litin | Chicago | IL |
| Anthony | Locascio | Downers Grove | IL |
| Eileen | Loechel | Oak Park | IL |
| Chip | Loghry | Belleville | IL |
| Denise | Long | Chicago | IL |
| Alejandra | Lopez | Berwyn | IL |
| Alexander | Lopez | Chicago | IL |
| Maria | Lopez | Chicago | IL |
| Wendy | Lopez | Chicago | IL |
| Brian | Lopez | East Peoria | IL |
| Kelly | Lovett | Chicago | IL |
| Jose | Lozano | Berwyn | IL |
| Joe | Luckey | Lockport | IL |
| Martha | Lucking | Batavia | IL |
| Brian | Lunardon | Dixon | IL |
| Daniel | Luszowiak | Rolling Meadows | IL |
| Charlene | Lyda | Bolingbrook | IL |
| Dakota | Mackall | Warren | IL |
| Rachel | Maddox | Rockford | IL |
| William | Madley | Chicago | IL |
| Angelina | Madrigal | Aurora | IL |
| Chon | Magee | Chicago | IL |
| Wayne | Majors | Chicago | IL |
| Bilal | Malik | Northbrook | IL |
| Chris | Maness | Chicago | IL |

| | | | |
|---|---|---|---|
| Fabio | Mantoanelli | Chicago | IL |
| Fernanda | Marcalain | Gurnee | IL |
| Michael | Marchetti | Chicago | IL |
| Marilyn | Marinas | Chicago | IL |
| Stephanie | Maritato | Lyons | IL |
| Barbara | Markovitz | Skokie | IL |
| Carolyn | Marmion | Pekin | IL |
| Joshua | Maroon | Greenville | IL |
| Bryan | Marroquin | Chicago | IL |
| Tylor | Martin | Lyons | IL |
| Richard | Martinez | Schaumburg | IL |
| Ana Maria | Martinez Montero | East St Louis | IL |
| Tonya | Masek | Clifton | IL |
| Nicole | Mathias | North Pekin | IL |
| Brian | Mathias | Rockford | IL |
| Michelle | Matteson | Toledo | IL |
| Felicia | Matthews | Calumet City | IL |
| Robert | Maxwell | Chicago | IL |
| Malaika | Mayfield | Richton Park | IL |
| Wanda | Maysonet | Chicago | IL |
| James | Mcadam | Rock Island | IL |
| Michael | Mccarthy | Oaklawn | IL |
| Ashaneke | Mcclain | Wood River | IL |
| Lawrence | Mcclellan | Riverdale | IL |
| Lee | Mcclendon | Chicago | IL |
| Will | Mcclung | Clarendon Hills | IL |
| Ethel | Mccraley | Rockford | IL |
| Erica | Mcdonald | Chicago | IL |
| Angela | Mcdonald | Riverdale | IL |
| Annie | Mcelligott | Chicago | IL |
| Daniel | Mcgee | Chicago | IL |
| Matthew | Mcgowan | Martinsville | IL |
| Katherine | Mcgregor | Carbondale | IL |
| Krysta | Mcintyre | Villa Park | IL |
| Joe | Mckee | Belvidere | IL |
| Raymond | Mckeel | Chicago | IL |
| Christie | Mckinney | East St Louis | IL |
| Jessie | Mcknight | Chicago | IL |
| Edward | Mcle | Cambridge | IL |
| Tina | Mclees | Woodridge | IL |
| Heather | Mcmillan | Wauconda | IL |
| Stephen | Mcmillen | Freeport | IL |

| | | | |
|---|---|---|---|
| Lisa | Mcnanna | Montgomery | IL |
| Andrew | Mcnett | Chicago | IL |
| Brian | Meadowcroft | Aurora | IL |
| Angel | Meares | Harvey | IL |
| Bobbe | Meehan | Moline | IL |
| Laura | Melendez | Chicago | IL |
| Charlene | Melton | Morrison | IL |
| Elliot | Mendelson | Berwyn | IL |
| Laurel | Mercado | Oak Forest | IL |
| Guy | Merola | Schaumburg | IL |
| Darrin | Meyer | Algonquin | IL |
| Andrew | Meyer | Evergreen Park | IL |
| Heather | Meyer | Joliet | IL |
| Elizabeth | Meyers | Summit Argo | IL |
| Clyneil | Mickey | Arlington Heights | IL |
| Nicole | Migliore | Rockford | IL |
| Dalid | Mikho | Arlington Heights | IL |
| Kevin | Miles | New Athens | IL |
| Walter | Miller | Blue Island | IL |
| Michele | Miller | Lombard | IL |
| Sheila | Miller | Oak Lawn | IL |
| Lexene | Miller | Palestine | IL |
| James | Miller | Palos Heights | IL |
| Dallas | Miller | Wheaton | IL |
| Alicia | Miller-Crosswell | West Chester | IL |
| Grzegorz | Milon | New Lenox | IL |
| Jennifer | Mitchaner | Champaign | IL |
| Hilliary | Mitchell | Chicago | IL |
| Caitlin | Mizeur | Springfield | IL |
| Will | Moffett | Glen Ellyn | IL |
| Funmi | Moka | Chicago | IL |
| Alfredo | Molina | Chicago | IL |
| Abiezer | Molina | Posen | IL |
| Mark | Molnar | Chicago | IL |
| Carmen | Monique | Chicago | IL |
| Barbara | Monson | Catlin | IL |
| Grace | Montalvo | Chicago | IL |
| Christina | Montalvo | Rockford | IL |
| William | Moore | Bourbonnais | IL |
| Ericka | Moore | Buffalo Grove | IL |
| Yolanda | Moore | Chicago | IL |
| Leslie | Moore | Chicago | IL |

| | | | |
|---|---|---|---|
| Mary | Moore | Effingham | IL |
| Sarah | Moore | Marion | IL |
| Patrick | Moore | Pierson Station | IL |
| Samantha | Moore | Sandoval | IL |
| Ioannis | Moraitis | Warrenville | IL |
| Caroline | Morales | Lockport | IL |
| Dan | Moran | Lockport | IL |
| Kenneth | Morgan | Chicago | IL |
| Pamela | Morgan | Park Ridge | IL |
| Katherine | Morris | Villa Park | IL |
| Viola | Morrison | Gallsburg | IL |
| Anthony | Moses | Riverdale | IL |
| Kamil | Moskal | Mundelein | IL |
| Sharon | Moss | Chicago | IL |
| Karie | Moss | Riverton | IL |
| Greta | Moss | Tinley Park | IL |
| Andre | Moten | Bolingbrook | IL |
| Marilyn | Mowder | Peoria | IL |
| Megan | Mowers | Joliet | IL |
| Steven | Mowers | Joliet | IL |
| Craig | Mowers | Moline | IL |
| Kamil | Mozwecz | Chicago | IL |
| Michael | Mrozowski | Palatine | IL |
| Shayna | Muench | Loami | IL |
| John | Muffley | El Paso | IL |
| Candy | Mulica | Rock Island | IL |
| Angel | Muniz | Chicago | IL |
| Angel | Munoz | Chicago | IL |
| Jeff | Murphy | Farmington | IL |
| Jonathan | Murrie | Vienna | IL |
| Toquetta | Murry | Chicago | IL |
| Michele | Musillami | Saint Charles | IL |
| Cris | Myers | Dekalb | IL |
| Brett | Nagl | Westchester | IL |
| Daniel | Nagler | Chicago | IL |
| Lisa | Nance | Chicago | IL |
| Billy | Nash | Urbana | IL |
| Stephen | Nawrocki | Matteson | IL |
| Sydnie | Neblock | Wheaton | IL |
| John | Neeland | Flossmoor | IL |
| Daniel | Neniskis | Chicago | IL |
| Anees | Nesamony | Naperville | IL |

| | | | |
|---|---|---|---|
| William | Nicholson | Chicago | IL |
| Adam | Nicolai | Lombard | IL |
| Christine | Nielsen | Woodridge | IL |
| Mary | Nienaber | Winfield | IL |
| Josiah | Norman | Wheaton | IL |
| Bernard | Norwood | Chicago | IL |
| Keith | Nowlan | Elk Grove Village | IL |
| Ndubuisi Vince | Obah | Chicago | IL |
| Aaron | O'Claire | Chicago | IL |
| Elliot | Offenbach | Glenview | IL |
| Karen | Ogden | Herrin | IL |
| Sarah | Ognibene | Cedarville | IL |
| Shannon | Oliva | Yorkville | IL |
| Moises | Olivan | Thornton | IL |
| Maria | Olsen | Chicago | IL |
| Roy | Orr | Chicago | IL |
| Dahlia | Ortiz | Niles | IL |
| Edwin | Ortiz | Streamwood | IL |
| Marsha | Outly | Chicago | IL |
| Jose | Pacheco | Carpentersville | IL |
| Christina | Pagan | Joliet | IL |
| Jorie | Palmer | Elmhurst | IL |
| Ayelet | Palmore | Chicago | IL |
| Rose | Panieri | Braidwood | IL |
| Nicole | Panopoulos Sims | Roselle | IL |
| Bart | Papiez | Burbank | IL |
| Candi | Pappas | Crete | IL |
| Michelle | Paramore | Glenwood | IL |
| Ronald | Parilla | Oak Brook | IL |
| John | Parisi | Chicago | IL |
| Erica | Parker | Yorkville | IL |
| Ryshika | Parker-Collins | Galesburg | IL |
| Mark | Parkey | Oak Lawn | IL |
| Jessica | Parrill | Paris | IL |
| Michael | Parrish | Chicago | IL |
| Bo | Patel | Bloomingdale | IL |
| Hetal | Patel | Mchenry | IL |
| Austin | Patterson | Chicago | IL |
| Cheryl | Patterson | Tinley Park | IL |
| Anglean | Payton | Rockdale | IL |
| Jason | Pemberton | Peoria | IL |
| Laurie | Penman | Crete | IL |

| | | | |
|---|---|---|---|
| Christopher | Perez | Wheeling | IL |
| Amy | Perino | Downers Grove | IL |
| Marilyn | Perry | Bellwood | IL |
| Felicia | Perteet | Chicago | IL |
| Deetreena | Perteet | Chicago | IL |
| Eric | Peterman | Manteno | IL |
| Arika | Pettigrew | Matteson | IL |
| Crystal | Piccioli | Minooka | IL |
| Nicole | Piwowarski | Plainfield | IL |
| Jessica | Plant | Mulberry Grove | IL |
| Loretta | Podeszwa | Fox Lake | IL |
| Kimberly | Podolak | Plainfield | IL |
| Peggy | Poe | Effingham | IL |
| Amanda | Polk | Rantoul | IL |
| Jacob | Pollock | Pekin | IL |
| Larry | Porter | Mapleton | IL |
| Matt | Powell | Bloomington | IL |
| Tiffany | Powell | Chicago | IL |
| Shawn | Prate | Volo | IL |
| Marianne | Pratl | Oak Lawn | IL |
| Barry | Press | Woodstock | IL |
| Anthony | Pretto | New Lenox | IL |
| Dudlita | Prewitt | Chicago | IL |
| David | Price | Washington | IL |
| Amber | Pruitt | Greenville | IL |
| John | Pruitt | Sidney | IL |
| Wanda | Pulliam | Altgeld | IL |
| Kevin | Puma | Athens | IL |
| Julio | Puma | Chicago | IL |
| Scott | Punke | Bloomington | IL |
| Andrew | Pypno | Peru | IL |
| Billie Jo | Quincy | Beardstown | IL |
| Andres | Quinones | South Elgin | IL |
| Christina | Ragsdale | Alton | IL |
| Cindy | Ralston | Matoon | IL |
| Amisha | Rama | Evergreen Park | IL |
| Mario | Ramirez | Glenview | IL |
| Danny | Randleman | Pekin | IL |
| Cheryl | Ratulowski | Chicago | IL |
| Adrian | Reczek | Oak Lawn | IL |
| Keith | Redmond | Chicago | IL |
| Michael | Redwick | Chicago | IL |

| | | | |
|---|---|---|---|
| Jennifer | Reed | Murphysboro | IL |
| Christina | Reed | Rockford | IL |
| Bianca | Reeves | Chicago | IL |
| Kevin | Rehlander | Rolling Meadows | IL |
| James | Rein | Ogden | IL |
| Kathy | Reppin | Peru | IL |
| Christina | Respass | Westchester | IL |
| Alfredo | Reyes | Chicago | IL |
| Will | Reynolds | Chicago | IL |
| Racine | Reynolds | Dixmoor | IL |
| Chantel | Richard | Havana | IL |
| Alexandria | Richards | Bradley | IL |
| Daryl | Richardson | Hillside | IL |
| Joseph | Richmond | Chicago | IL |
| Ramie | Ricksy | Danville | IL |
| Terry | Riggins | Paxton | IL |
| Michele | Rinehart | Rock Falls | IL |
| Chris | Rinne | Creve Coeur | IL |
| Zachary | Risley | Atwood | IL |
| Enoelia | Rivera | Chicago | IL |
| Roberta | Robbs | Staunton | IL |
| Samantha | Roberts | Chicago | IL |
| Cris | Roberts | Willow Spring | IL |
| Kisha | Roby | Chicago | IL |
| Brett | Rodgers | Franklin Park | IL |
| William | Rodriguez | Berwyn | IL |
| Jon | Rohan | Chicago | IL |
| Erica | Rojas | Chicago | IL |
| Scot | Romack | Bement | IL |
| Fernando | Roman | Mundelein | IL |
| Jessica | Romanowski | Wheaton | IL |
| Filip | Romel | Palos Hills | IL |
| Michael | Rose | Oak Park | IL |
| Andrea | Rosenbrock | Chebanse | IL |
| Max | Rosner | Lake In The Hills | IL |
| Jennifer | Ross | Ingleside | IL |
| Eric | Ross | Sandwich | IL |
| Betty | Rossiter | Macomb | IL |
| Jeremy | Roth | Athens | IL |
| Erika | Rothbard | Darien | IL |
| Jeanne | Rowe | Cuba | IL |
| Connie | Rubush | Sullivan | IL |

| Ian | Ruggiero | Lombard | IL |
|---|---|---|---|
| Steven | Russell | Peoria | IL |
| Terry | Russell | Stillman Valley | IL |
| Danita | Rymek | Aurora | IL |
| William | Sahagian | Bartlett | IL |
| Rami | Said | Chicago | IL |
| Christopher | Sajpel | New Lenox | IL |
| John | Salata | Chicago | IL |
| Raymundo | Salgado | Chicago | IL |
| Jamal | Sally | Chicago | IL |
| Zoila | Sanchez | Chicago | IL |
| Samantha | Sanchez | Chicago | IL |
| Dario | Sanchez | Mount Prospect | IL |
| Danielle | Sanders | Godfrey | IL |
| Jennifer | Sanson | Chillicothe | IL |
| Jeffrey | Santucci | Tinley Park | IL |
| Anastasia | Sarantopoulos | Chicago Ridge | IL |
| Christian | Saucedo | Cicero | IL |
| Blair | Savage | Chicago | IL |
| John | Schaffer | Chicago | IL |
| William | Schenk | Bloomington | IL |
| Alex | Schierer | Princeville | IL |
| Allyse | Schiller | Naperville | IL |
| Rebecca | Schmakel | Downers Grove | IL |
| Matthew | Schmit | Chicago | IL |
| Andrew | Schmitz | Rushville | IL |
| Jenna | Schnauber | Collinsville | IL |
| Carl | Schuenke | Mchenry | IL |
| Zachary | Schuetz | Malden | IL |
| Kristofer | Schuldt | Hampshire | IL |
| Patricia | Schwartz | Chicago | IL |
| Benjamin | Schwiderski | Washington | IL |
| Thaddeus | Scott | Chicago | IL |
| Brandon | Scott | Rankin | IL |
| Floyd | Scott Jr | Oakwood | IL |
| Annie | Scott-Harris | Chicago | IL |
| Lorenzo | Segura | Chicago | IL |
| Ivelisse | Sepulveda | Chicago | IL |
| Marco | Sepulveda | Chicago | IL |
| Larry | Shafer | Springfield | IL |
| Angela | Shaffer | Quincy | IL |
| Vishal | Shah | Schaumburg | IL |

| | | | |
|---|---|---|---|
| Spencer | Shanks | Byron | IL |
| Jason | Shaver | Jacksonville | IL |
| Wilma | Shaw | Chicago | IL |
| William | Shephard | Hazel Crest | IL |
| Daniel | Shepherd | Hazel Crest | IL |
| Lee | Shibley | Chicago | IL |
| Aidan | Shillin | Schaumburg | IL |
| Michael | Shrpless | Rantoul | IL |
| Travis | Shull | Gibson City | IL |
| Louie | Sigalos | Chicago | IL |
| Daniel | Simpson | Momence | IL |
| Andre | Sims | Chicago | IL |
| Charles | Sims | Pittsburg | IL |
| Eleanore | Skopek | Chicago | IL |
| Daniel | Slack | Champaign | IL |
| Chris | Smith | Albers | IL |
| Rita | Smith | Belleville | IL |
| Lisa | Smith | Casey | IL |
| Lucinda | Smith | Cerro Gordo | IL |
| Myranda | Smith | East Peoria | IL |
| James | Smith | Huntley | IL |
| Kathleen | Smith | Oak Lawn | IL |
| Dustin | Smith | Pontoon Beach | IL |
| Amber | Smith | Rockford | IL |
| Cassandra | Snyder | Joliet | IL |
| James | Snyder | New Berlin | IL |
| Natalia | Soldra | Chicago | IL |
| Felicia | Solebo | Chicago | IL |
| Raymond | Sonntag | Tinley Park | IL |
| Tina | Sorrells | Patterson | IL |
| Adam | Soyak | New Lennox | IL |
| Lynette | Spencer | Chicago | IL |
| Carrie | Stabenow | Rockford | IL |
| Katelin | Stacey | Marion | IL |
| Danny | Stafford | Benton | IL |
| William | Stafford | Chester | IL |
| Bobette | Staley | Carol Stream | IL |
| Dusty | Stamm | Swansea | IL |
| Becky | Stanley | Lacon | IL |
| Will | Stanley | Streator | IL |
| Alexander | Stark | Richmond | IL |
| William | Stelzer | Belleville | IL |

| | | | |
|---|---|---|---|
| Dan | Stephens | Collinsville | IL |
| Brandon | Stetzler | Mackinaw | IL |
| Courtney | Stevenson | Crystal Lake | IL |
| Luz | Stewart | Rockford | IL |
| Elizabeth | Stewart | Urbana | IL |
| Erik | Stokes | Woodridge | IL |
| Sarah | Stone | Channahon | IL |
| Chris | Stovall | Chicago | IL |
| Candi | Straub | Plato Center | IL |
| Marisa | Strong | Chicago Heights | IL |
| Darneice | Strozier | Chicago | IL |
| Angela | Sturges | Lynwood | IL |
| Brian | Svenonius | Elk Grove Village | IL |
| Angela | Swenney | Brook Port | IL |
| Robert Scott | Swenson | Hoffman Estates | IL |
| Chasity | Sydnor | Peoria | IL |
| Joshua | Taapken | Decatur | IL |
| Tabatha | Taggart | Chicago | IL |
| Carla | Taico | Bolingbrook | IL |
| Daniel | Tallarico | Chicago | IL |
| Melissa | Tanner | Pekin | IL |
| Amber | Taraszka | Crystal Lake | IL |
| Brandy | Tarpinian | Winnebago | IL |
| Wilbert | Taylor Jr | Chicago | IL |
| Erma | Taylor-Campbell | Chicago | IL |
| Anthony | Tazelaar | Belvidere | IL |
| Ahlem | Tekamera | Lombard | IL |
| Freddie | Terry | Chicago | IL |
| Anne | Teutsch | Danvers | IL |
| Affan | Tharani | Carol Stream | IL |
| Adam | Theobald | Batavia | IL |
| Joel | Thomas | Chicago | IL |
| Robert | Thomas | Dixon | IL |
| Fred | Thomas | Lynwood | IL |
| David | Thomas | Marion | IL |
| Alphonso | Thomas Jr | Chicago | IL |
| Linda | Thompson | Godfrey | IL |
| Tina | Thompson | Belvidere | IL |
| Darbie | Thompson | Casey | IL |
| Carolyn | Thompson | Chicago | IL |
| Bob | Thompson | Effingham | IL |
| Virginia | Thompson | Elgin | IL |

| Rishu | Thukral | Chicago | IL |
|---|---|---|---|
| Jason | Tincher | Streator | IL |
| Tyron | Tipton | Carbondale | IL |
| Micah | Tolbert | Metropolis | IL |
| Christopher | Toney | Rockford | IL |
| Cynthia | Toyne | Washington | IL |
| Genaro | Trejo | Bartlett | IL |
| Christina | Trejo | Crystal Lake | IL |
| Paul | Trippett | Carol Stream | IL |
| Frances | Troesch | Monee | IL |
| Daniel | Trujillo | Mchenry | IL |
| Ross | Tumbarello | Moro | IL |
| Daphne | Turner | Chicago | IL |
| Lawrence | Turner | Chicago | IL |
| Tuxford | Turner | Chicago | IL |
| Cassandra | Vanbibber | Roscoe | IL |
| Mary | VanCleave | Urbana | IL |
| Eugene | Vandyke | Moline | IL |
| Derek | VanWyhe | Hoffman Estates | IL |
| Philip | Varughese | Naperville | IL |
| Vanessa | Vasile-Johnson | Lockport | IL |
| Andrea | Vasquez | Granite City | IL |
| Yolanda | Vazquez | Chicago | IL |
| Carrie | Veile | Liberty | IL |
| Emiliano | Velazquez | Chicago | IL |
| Scott | Venard | Oswego | IL |
| Edgar | Vera | Oaklawn | IL |
| Cory | Villani | Ashton | IL |
| David | Vogwill | Chicago | IL |
| Anthony | Vore | Fairfield | IL |
| Charles | Walker | Chicago | IL |
| Lashawn | Walker | Evergreen Park | IL |
| Barbara | Walker | Joliet | IL |
| Ethan | Walter | Wood River | IL |
| Joshua | Wanland | Woodstock | IL |
| Rode | Warchol | Chicago Ridge | IL |
| Andrea | Ward | Chicago | IL |
| Steven | Warren | Aurora | IL |
| Barb | Wasielewski | Spring Valley | IL |
| Candace | Watkins | Chicago | IL |
| Kalyb | Watkins | Mendota | IL |
| Barbara | Watley | Chicago | IL |

| | | | |
|---|---|---|---|
| Andrea | Webber | Kewanne | IL |
| Jennifer | Wedeking | Beardstown | IL |
| Steven | Weglarz | Lombard | IL |
| Diane | Weidner | Hawthorn Woods | IL |
| Dave | Weigal | Mokena | IL |
| Claudia | Weinberg | Chicago | IL |
| Darryll | Weinstock | Anntioch | IL |
| Tricia | Wendt | Teutopolis | IL |
| Jeff | Werner | Batrington | IL |
| Bill | Whaley | Lake Villa | IL |
| Laura | White | Bellwood | IL |
| Ralph | White | Bloomington | IL |
| Sterling | White | Champaign | IL |
| Erika | Whitehead | Chicago | IL |
| Bonita | Whitt | Chicago | IL |
| Craig | Wiesenfarth | Tinley Park | IL |
| Debbie | Wike | Naperville | IL |
| Edward | Wild | Westmont | IL |
| Danny | Wildman | Mattoon | IL |
| Steve | Wilhoyt | Kankakee | IL |
| Alisha | Williams | Chicago | IL |
| Katyna | Williams | Belleville | IL |
| Abrillia | Williams | Chicago | IL |
| Kari | Williams | Chicago | IL |
| Diana | Williams | Chicago | IL |
| Dante | Williams | East Peoria | IL |
| Christopher | Williams | Hazel Crest | IL |
| Emily | Williams | Jacksonville | IL |
| Dawn | Williams | Maywood | IL |
| Wayne | Williams | Urbana | IL |
| Jason | Williams | Villa Park | IL |
| Jimmie | Williams Jr | Lyons | IL |
| Leslie | Williamson | Chicago | IL |
| Christopher | Wills | Troy | IL |
| Darius | Wilson | Chicago | IL |
| Michelle | Wimmer | Elburn | IL |
| Angela | Winfield | Country Club Hills | IL |
| Annette | Wingert | Rock Island | IL |
| Bart | Winkler | Antioch | IL |
| Ben | Winston | Beach Park | IL |
| Danielle | Winters | Berwyn | IL |
| Nicholas | Wittenbrink | Red Bud | IL |

| | | | |
|---|---|---|---|
| Andy | Wolf | Oak Lawn | IL |
| Linda | Wong | Chicago | IL |
| Debra | Woodlief | Mchenry | IL |
| Todd | Woodrow | Flora | IL |
| Benjamin | Woolford | Centralia | IL |
| Charisma | Wright | Belleville | IL |
| Mark | Wright | Dunlap | IL |
| Ann | Wright | Orland Park | IL |
| Jack | Wu | Chicago | IL |
| Alexandria | Yanders | Sidney | IL |
| Brian | Yarbrough | Peoria | IL |
| Daniel | Yepez Perez | Cicero | IL |
| Angela | Young | Chicago | IL |
| Andy | Yuen | Chicago | IL |
| Robin | Zachary | Aurora | IL |
| Karla | Zamorano | Markham | IL |
| Albert | Zaragoza | Chebanse | IL |
| Dale | Zeisset | Waterloo | IL |
| Valerie | Zeisset | Waterloo | IL |
| Edward | Zelechowski | Fairview Heights | IL |
| Qiyuan | Zhou | Chicago | IL |
| Andy | Zieren | Carlyle | IL |
| Greer | Zummo | Chicago | IL |
| Frank | Zummo | Peotone | IL |
| Lindsey | Zwick | Quincy | IL |