# EXHIBIT D



Gary M. Klinger
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
GKlinger@milberg.com

June 13, 2022

**VIA CERTIFIED MAIL**
Samsung Electronics America, Inc.
c/o General Counsel
85 Challenger Road
Ridgefield Park, New Jersey 07660

**For Settlement Purposes Only – FRE 408 and State Equivalents Apply**

*Re:   Notice of Claims Against Samsung*

Dear Samsung:

Milberg Coleman Bryson Phillips Grossman, PLLC ("Milberg"), along with the Swigart Law Group, represents at least 15,000 individual claimants ("Claimants") who intend to initiate individual arbitrations, pursuant to the applicable terms and conditions, against Samsung Electronics America, Inc. ("Samsung") for violations of the Illinois Biometric Information Privacy Act (BIPA), 740 ILCS 14/1, et seq.

Claimants, who are (or were at the relevant time) Illinois residents, allege they purchased Samsung Galaxy mobile devices and had their photographs stored on the devices. Through Samsung's Gallery software application ("Gallery App"), Samsung created captured, collected and stored Claimants' unique "face templates" from the photos stored on the Samsung devices. Samsung's Gallery App, which comes pre-installed on Samsung devices and cannot be removed or modified, creates these face templates using sophisticated facial recognition technology that analyzes and extracts the points and contours of faces that appear in the photos stored on Samsung devices. All of this occurs automatically through a "background" process in the Gallery App, without the knowledge or informed written consent of the user in direct violation of BIPA.

In violation of BIPA § 15(a), Samsung does not have a written, publicly-available policy establishing a retention schedule or guidelines for permanently destroying the biometric identifiers and biometric information it collected or otherwise obtained from Claimants, and Samsung did not permanently destroy those within the statutorily-mandated timeframes.

In violation of BIPA § 15(b)(1), Samsung collected or otherwise obtained Claimants' biometric identifiers and biometric information without first informing them in writing that their biometric identifiers and biometric information were being collected or stored.

Samsung Electronics America, Inc.
June 13, 2022
Page 2

In violation of BIPA §§ 15(b)(2) and 15(b)(3), Samsung collected or otherwise obtained Claimants' biometric identifiers and biometric information without first informing them in writing of the specific purpose and length of time for which their biometric identifiers and information would be collected, stored and used, and obtaining a written release executed by each of those individuals.

We are open to exploring a resolution of Claimants' claims prior to the initiation of arbitration. If Samsung has any interest in doing so, please contact me at (847) 208-4585 or gklinger@milberg.com on or before July 1, 2022.

Sincerely,

*s/ Gary M. Klinger*
Gary M. Klinger

c.c. via email Matthew Powers (mpowers@omm.com)