# EXHIBIT E

**AMERICAN ARBITRATION ASSOCIATION®**

**DEMAND FOR ARBITRATION**
**CONSUMER ARBITRATION RULES**

Complete this form to start arbitration under an arbitration agreement in a contract.

| |
|---|
| 1. Which party is sending in the filing documents? *(check one)*　　Consumer　　Business |
| 2. Briefly explain the dispute: |
| 3. Specify the amount of money in dispute, if any: $ |
| 4. State any other relief you are seeking:<br><br>　Attorney Fees　　Interest　　Arbitration Costs　　Other; explain: |
| 5. Identify the requested city and state for the hearing if an in-person hearing is held:<br>City:　　　　　　　　　　　　　　　　　State: |
| 6. Please provide contact information for both the Consumer and the Business. Attach additional sheets or forms as needed. |

**Consumer:**

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Telephone: | Fax: | |
| Email Address: | | |

**Consumer's Representative (if known):**

| | | |
|---|---|---|
| Name: | | |
| Firm: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Telephone: | Fax: | |
| Email Address: | | |

**Business:**

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Telephone: | Fax: | |
| Email Address: | | |

AMERICAN ARBITRATION ASSOCIATION®

**DEMAND FOR ARBITRATION
CONSUMER ARBITRATION RULES**

| Business' Representative (if known): | | |
|---|---|---|
| Name: | | |
| Firm: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Telephone: | Fax: | |
| Email Address: | | |
| Date: | | |

**7. Send a copy of this completed form to the AAA together with:**

- A clear, legible copy of the contract containing the parties' agreement to arbitrate disputes;
- The proper filing fee (filing fee information can be found in the Costs of Arbitration section of the Consumer Arbitration Rules); and
- A copy of the court order, if arbitration is court-ordered.

**8. Send a copy of the completed form and any attachments to all parties and retain a copy of the form for your records.**

To file by mail, send the initial filing documents and the filing fee to: AAA Case Filing Services, 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043.

To file online, visit **www.adr.org** and click on **File or Access Your Case** and follow directions. To avoid the creation of duplicate filings, the AAA requests that the filing documents and payment be submitted together. When filing electronically, no hard copies are required.

---

Pursuant to Section 1284.3 of the California Code of Civil Procedure, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

Pursuant to New Jersey Statutes § 2A:23B-1 et seq, consumers with a gross monthly income of less than 300% of the federal poverty guidelines are entitled to a waiver of arbitration fees and costs, exclusive of arbitrator fees. This law applies to all consumer agreements subject to the New Jersey Arbitration Act, and to all consumer arbitrations conducted in New Jersey. If you believe that you meet these requirements, you must submit a completed Affidavit for Waiver of Fees, available on our website.

---



October 21, 2022

**<u>VIA ELECTRONIC MAIL</u>**

American Arbitration Association
1101 Laurel Oak Rd., Suite 100
Voorhees, NJ 08043
casefiling@adr.org

Samsung Electronics America, Inc.
85 Challenger Rd
Ridgefield Park, NJ 07660

Randall W. Edwards
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
redwards@omm.com

**Re:    Demand For Consumer Arbitration Regarding Samsung Electronics America, Inc.'s Violations Of The Illinois Biometric Information Privacy Act, 740 ILCS 14/1, *et seq*.**

To Whom It May Concern,

I am writing on behalf of my client, Melinda Garcia ("Claimant" or "Garcia"), to demand the arbitration of an individual consumer dispute arising out of Samsung Electronics America, Inc.'s ("SEA") violation of Claimant's privacy rights under the Illinois Biometric Information Privacy Act, 740 ILCS 14/1 *et seq*. ("BIPA" or the "Act").

At all times relevant, Claimant has been a resident and citizen of Illinois and owns a Samsung Galaxy smartphone (the "Device") equipped with pre-installed software that automatically, and without first obtaining her informed consent, processed and analyzed images

1

in Claimant's photo library to generate a "facial template" of her that qualifies as a biometric identifier and biometric information (collectively, "biometric data"[1]) under BIPA.

Under both the Terms and Conditions that generally apply to the use of the Device and SEA's End User License Agreement ("EULA"), all disputes arising in any way from the use of the Device or its operating system must be resolved through individual arbitration conducted according to the American Arbitration Association's ("AAA") Consumer Arbitration Rules.

Claimant brings this action to seek redress and put a stop to SEA's unlawful collection, use, and storage of her biometric data. Specifically, and as further described below, SEA has created, collected, and stored highly detailed geometric maps of the Claimant's face through sophisticated facial recognition technology that extracts and analyzes data from the points and geometric contours of faces that appear in photos taken with and stored on Samsung Galaxy devices. SEA, through its pre-installed photo managing and viewing app, the Samsung Gallery app, violated–and continues to violate–BIPA, which prohibits private entities from doing exactly what SEA did here: collecting, capturing, purchasing, receiving through trade, or otherwise obtaining an individual's biometric data without first obtaining that individual's informed consent and failing to develop, publicly disclose, and comply with a retention schedule and guidelines for destroying the data within specified time limits as required by the Act. *See* 740 ILCS 14/15(a)-(b).

Additionally, SEA actively promotes the use of the Gallery app's face grouping feature and encourages users to apply "tags" to identify by name (e.g., "Jane") or alias (e.g., "Mom") the people they recognize in their photos, using this feature to market and distinguish itself within the mobile device and app markets. SEA, therefore, is in possession of and profits from Claimant's biometric data in violation of 740 ILCS 14/15(c).

---

[1] In this Notice, Claimant uses the catchall term "biometric data" to encompass the statutory terms "biometric information" and "biometric identifier."

Accordingly, Claimant seeks all available remedies under BIPA including, but not limited to, statutory liquidated damages of either $5,000 for each and every intentional or reckless violation of BIPA, or $1,000 for each and every negligent violation of BIPA, a permanent injunction prohibiting SEA from continuing to violate BIPA, and all reasonable attorneys' fees and costs incurred in connection with these proceedings.

## BACKGROUND

### THE ILLINOIS BIOMETRIC INFORMATION PRIVACY ACT

The Illinois Biometric Information Privacy Act protects individuals' privacy interests in their biometric data. Biometrics are unique, physiologically-dictated characteristics that, unlike social security numbers, driver's license numbers, or credit-card numbers, are part of our personal identities as human beings. 740 ILCS 14/5(c). Once compromised, the individual has no recourse and is placed "at heightened risk for identity theft and is likely to withdraw from biometric-facilitated transactions." 740 ILCS 14/5. Therefore, in 2008, the Illinois Legislature enacted BIPA to address what it described as the "very serious need [for] protections for the citizens of Illinois when it [comes to their] biometric information." Illinois House Transcript, 2008 Reg. Session No. 276. In enacting BIPA, the Illinois legislature recognized that the full ramifications of biometric technology are not yet fully known and so the public will benefit from "regulations on the collection, use, safeguarding, handling, storage retention, and description of biometric identifiers and information." 740 ILCS 14/5(f) to (g). A true and correct copy of the Act is attached as Exhibit A.[2]

At the heart of BIPA's regulatory regime is informed consent and "the power to say no by withholding consent." *Rosenbach v. Six Flags Ent. Corp.*, 2019 IL 123186, ¶ 34, 129 N.E.3d 1197,

---

[2] Available at https://www.ilga.gov/legislation/ilcs/ilcs3.asp?ActID=3004&ChapterID=57 (last visited Oct. 10, 2022).

1206 (citing *Patel v. Facebook Inc.*, 290 F.Supp.3d 948, 953 (N.D. Cal. 2018)). As the Supreme Court of Illinois has recognized, "[t]hrough the Act, our General Assembly has codified that individuals possess a right to privacy in and control over their biometric identifiers and biometric information." *Id.* at ¶ 33 (citing *Patel*, 290 F.Supp.3d at 953). Under BIPA, a "biometric identifier" means "a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry." 740 Ill. Comp. Stat. 14/10. Courts have interpreted this language to include "a set of measurements of a specified physical component (eye, finger, voice, hand, face) used to identify a person." *Rivera v. Google Inc.*, 238 F. Supp. 3d 1088, 1096 (N.D. Ill. 2017). BIPA further provides that "biometric information" means any information—regardless of how it is captured, converted, stored, or shared—based on an individual's biometric identifier and used to identify an individual. Accordingly, if a business converts a biometric identifier into another form, such as a mathematical representation or a unique number assigned to the biometric identifier, that other form qualifies as biometric information under BIPA.

BIPA, therefore, prohibits private entities like SEA from capturing or collecting an individual's biometric identifiers or biometric information unless that entity first informs the individual and obtains the individual's written consent:

> No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:
>
>> (1) informs the subject ... in writing that a biometric identifier or biometric information is being collected or stored;
>>
>> (2) informs the subject ... in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored, and used; and
>>
>> (3) receives a written release executed by the subject of the biometric identifier or biometric information....

740 ILCS 14/15(b).

Additionally, BIPA prohibits private entities from possessing biometric identifiers or information unless they create, publicize, and follow a written policy establishing a retention schedule and destruction guidelines for its possession of biometric identifiers and information. 740 ILCS 14/15(a). Section 15(c) further flatly prohibits private entities possessing biometric data from selling, leasing, trading, or otherwise profiting from that data. 740 ILCS 14/15(c).

Any person aggrieved by a violation of the statute's provisions has a private right of action and may seek statutory damages and injunctive relief:

> A prevailing party may recover for each violation:
>
> (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater;
>
> (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater;
>
> (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation expenses; and
>
> (4) other relief, including an injunction, as the State or federal court may deem appropriate.

740 ILCS 14/20.

## FACIAL RECOGNITION TECHNOLOGY

Generally, biometric technology refers to tools and techniques used to identify individuals by measuring and analyzing physical characteristics, such as biometric identifiers, and other behavioral characteristics. Facial recognition technology ("FRT") is one of several biometric technologies used to identify or verify individuals by their faces. For example, one of FRT's earliest use was to assist law enforcement in identifying a lead or person of interest in an investigation.

The software, code, and scripts underlying a facial recognition system rely on sophisticated and complex machine-learning processes and algorithms. At the simplest level, the technology can

be used to detect faces in an image or a still taken from a video source. Facial detection, for example, allows a camera to focus on a subject or a photo editing software to remove red eyes. The most sophisticated version of FRT allows companies like SEA to use proprietary technology to compare individuals' facial geometry across different images to identify them.

As shown in the figure below, FRT scans a still image for human faces by looking for the general shape of a human face. If the system detects that a face is present, the software measures and extracts data associated with the individual's unique facial points and contours, including the relative position and distance between the eyes, the width of the mouth and nose, and other characteristics known as "nodal points." Through the use of various algorithms, the nodal points are transformed into a unique mathematical formula or representation called a "facial template" or "facial signature." These facial templates qualify as biometric data under BIPA. *See* 740 ILCS 14/10. The facial templates are stored in a "face database," and a matching algorithm can then be used to compare the individual's facial template against other scans of face geometry already stored in the database. If a database match is found, an individual may be identified.

THIS SPACE INTENTIONALLY LEFT BLANK.



Source: Facial Recognition Technology - Current and Planned Uses by Federal Agencies, United States Government Accountability Office at pg. 5. Available at https://www.gao.gov/assets/gao-21-526.pdf (last visited October 7, 2022).

## THE PARTIES

Claimant Garcia is and has been at all times relevant to this proceeding an adult resident of Illinois. She currently owns a Samsung Galaxy that she used in Illinois to take photos of herself and other family and friends.

Respondent SEA is a New York corporation with headquarters at 85 Challenger Rd, Ridgefield Park, NJ 07660. SEA is a wholly owned subsidiary of Samsung Electronics Co., Ltd. ("SEC"), a Korean corporation. SEA markets, sells, and distributes Galaxy devices to consumers like Claimant in the United States and Illinois.

## THE ARBITRATION AGREEMENT

This dispute is subject to an arbitration agreement within the Terms and Conditions that generally apply to the use of the Device and SEA's End User License Agreement ("EULA"). Although there are slight variations in the Terms and Conditions based on carrier and exact Galaxy model, all versions contain virtually identical Arbitration Agreements. An exemplar of the Arbitration Agreement applicable to this dispute is attached hereto as Exhibit B. The relevant portion of that Arbitration Agreement states:

> THIS IS A BINDING LEGAL AGREEMENT ("AGREEMENT") BETWEEN YOU (EITHER AN INDIVIDUAL OR ENTITY) AND SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG"). ELECTRONIC ACCEPTANCE OF THE AGREEMENT, OPENING THE PRODUCT PACKAGING, USE OF THE PRODUCT, OR RETENTION OF THE PRODUCT CONSTITUTES ACCEPTANCE OF THIS AGREEMENT, REGARDLESS OF WHETHER YOU ARE THE ORIGINAL PURCHASER, USER, OR OTHER RECIPIENT OF THE PRODUCT.
>
> YOU AND SAMSUNG EACH AGREE THAT ALL DISPUTES BETWEEN YOU AND SAMSUNG RELATING IN ANY WAY TO OR ARISING IN ANY WAY FROM THE STANDARD LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT SHALL BE RESOLVED EXCLUSIVELY THROUGH FINAL AND BINDING ARBITRATION, AND NOT BY A COURT OR

JURY. ANY SUCH DISPUTE SHALL NOT BE COMBINED OR CONSOLIDATED WITH A DISPUTE INVOLVING ANY OTHER PERSON'S OR ENTITY'S PRODUCT OR CLAIM, AND SPECIFICALLY, WITHOUT LIMITATION OF THE FOREGOING, SHALL NOT UNDER ANY CIRCUMSTANCES PROCEED AS PART OF A CLASS ACTION. THE ARBITRATION SHALL BE CONDUCTED BEFORE A SINGLE ARBITRATOR, WHOSE AWARD MAY NOT EXCEED, IN FORM OR AMOUNT, THE RELIEF ALLOWED BY THE APPLICABLE LAW.

The arbitration shall be conducted according to the American Arbitration Association (AAA) Commercial Arbitration Rules applicable to consumer disputes. The AAA Rules are available online at adr.org or by calling the AAA at 1-800-778-7879. This Agreement is entered into pursuant to the Federal Arbitration Act. The laws of the State of New York, without reference to its choice of law principles, shall govern the application and interpretation of the Agreement and all disputes that are subject to this Agreement. The arbitrator shall decide all issues of interpretation and application of this Agreement. For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, are $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant Samsung its attorney fees, expert witness fees or costs unless it is determined that the claim was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Samsung shall pay the remainder of such fees. Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim") shall be determined according to AAA rules.

In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs to the extent allowed by the applicable law. Judgment may be entered on the arbitrator's award in any court of competent jurisdiction.

This Agreement also applies to claims against Samsung's employees, representatives, parents and other affiliates if any such claim relates in any way to or arises in any way from the Standard Limited Warranty or the Product's sale, condition or performance.

The relevant Arbitration Agreement language is broad and requires arbitration of all disputes related to the device, the Gallery app, and other activities on the phone. Those terms

encompass Claimant's claims because those claims are all based on the use of the Device and the Gallery app, which is "Samsung Software" under the EULA.

## STATEMENT OF THE FACTS

### A. SEA's Software collected and used Claimant's biometric data without first obtaining her informed consent.

The Samsung Galaxy is a series of computing and mobile computing devices. Samsung Galaxy devices use FRT to verify the owner's identity when attempting to unlock the phone[3] and as a feature of Samsung's photo organizing and viewing software, the Samsung Gallery app. By default, every photo and video an end user captures via the device's camera is managed through the Gallery app, which is included by default in Samsung's operating systems and is pre-installed on all Samsung Galaxy devices sold to consumers.

The application uses FRT, as described above, to, among other things, group users' photos by the faces of the people who appear in the photos. The software scans users' photos and photo libraries for human faces and calculates a unique digital representation of each face (*i.e.*, the face template) based on specific geometric attributes. Accordingly, these facial templates constitute a biometric identifier and biometric information under BIPA. *See* 740 ILCS 14/10.

After identifying an individual in end users' photos and creating a unique facial template, SEA stores the face templates in a facial recognition database, or facial database, in the solid-state memory of users' devices. The Gallery app then uses these face templates to organize and sort photos based on the particular individuals in the photos. This is accomplished through machine learning and algorithms that compare the face templates of individuals who appear in newly stored

---

[3] https://www.samsung.com/global/galaxy/what-is/face-recognition/.

images against those already saved in the facial database. If there is a match, the Gallery app groups the newly-stored photos with previously stored photos depicting the same individual.

The process described above is automated and is included by default in Samsung's operating systems; it occurs without the user's involvement or consent whenever a new photo is stored on the device. Users cannot disable this facial recognition technology, nor can they prevent SEA from harvesting the biometric identifiers (*i.e.*, scans of face geometry) from the photos stored on their devices because SEA provides no mechanism by which anyone may opt out of this process. This effectively denies end users' right to withhold consent in violation of BIPA.

**B. SEA is in possession of Claimant's biometric data and failed to publicize and comply with a retention-destruction policy.**

According to SEA's End User License Agreement ("EULA"), Galaxy device users are not the legal owners of the FRT at issue here. Instead, SEA is the owner and only grants a software license to Device users. Further, under the terms of the EULA, users cannot control the collection of biometric identifiers via the Gallery app and are actually *prohibited* from modifying SEA's software to prevent the collection of biometric identifiers. Specifically, the EULA states in relevant part that:

> Samsung grants you a limited non-exclusive license to install, use, access, display and run one copy of the Samsung Software on a single Samsung Mobile Device, local hard disk(s) …

> You shall not, and shall not enable or permit others to, copy, reverse engineer, decompile, disassemble, or otherwise attempt to discover the source code or algorithms of, the Software (except and only to the extent that such activity is expressly permitted by applicable law not withstanding this limitation), or modify, or disable any features of, the Software, or create derivative works based on the Software…

> Samsung or its suppliers own the title, copyright and other intellectual property rights in the Samsung Software. The Samsung Software is licensed, not sold.

Additionally, the Terms of Use, Privacy Policies, and other Terms and Conditions applicable to the software at issue here provide further details about how SEA has "control" of Claimant's biometric data or holds such data at its "disposal." For example, SEA controls: (1) whether biometric identifiers are collected; (2) what biometric identifiers are collected; (3) the format in which the biometric identifiers are stored; (4) what biometric identifiers are saved; (5) the facial recognition algorithm that is used to collect biometric identifiers; (6) whether information based on biometric identifiers is used to identify users (thus creating biometric information); (7) whether biometric identifiers are stored locally on users' Devices; (8) whether biometric identifiers are encrypted or otherwise protected; and (9) how long the biometric identifiers are stored.

Notwithstanding this, SEA did not have a written, publicly-available policy establishing a retention schedule or guidelines for permanently destroying the biometric identifiers and biometric information it collected or otherwise obtained, nor did SEA permanently destroy those within the statutorily-mandated timeframes, all in violation of BIPA § 15(a).

### C. Claimant's Experience

While in Illinois, Claimant used her Device to take photos of herself, her family, and friends. Since, by default, every photo and video a user captures via the Device's camera will be saved and managed through the Device's preloaded Gallery app, SEA automatically applied its FRT to Claimant's photos and extracted her unique facial template. SEA now uses this unlawfully collected biometric data to locate and group all photos depicting Claimant. Moreover, after the Gallery app identified Claimant in the photos stored on her phone, the Gallery app encouraged her to "tag," *i.e.*, identify by name, the individuals who appear in the photos.

Notably, Claimant never consented, agreed, or gave permission–written or otherwise–to SEA before its collection, storage, or use of her biometric data through the Gallery app. Further,

SEA never provided Claimant with, nor did she ever sign a written release allowing SEA to collect or store her unique biometric identifiers or biometric information. Likewise, SEA never provided Claimant with an opportunity to prohibit or prevent the collection, storage, or use of her unique biometric identifiers or biometric information. Nevertheless, when Claimant took photos of herself, SEA located Claimant's face in the photos, scanned her facial geometry, and created a unique face template corresponding to Claimant, all in direct violation of her privacy rights under BIPA.

## SEA'S BIPA VIOLATIONS

### A. Violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/15(a).

BIPA requires that "[a] private entity in possession of biometric identifiers or biometric information must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within three years of the individual's last interaction with the private entity, whichever occurs first." *See* 740 ILCS 14/15(a). SEA is a New York corporation and thus qualifies as a "private entity" under the BIPA. *See* 740 ILCS 14/10. Claimant is a member of the public, an owner of the Device, and a user of SEA's Gallery app, who had her biometric identifiers collected (unlawfully) by SEA's facial recognition software (in the form of their facial geometries extracted from uploaded digital photographs), as explained in detail above.

SEA did not provide to Claimant a publicly available retention schedule or guidelines for permanently destroying users' biometric identifiers when the initial purpose for collecting such identifiers was satisfied or within three years of the Claimant's last interactions with SEA, as required by BIPA. Thus, SEA violated Section 15(a) of BIPA. SEA's violations actually harmed

or posed a material risk of harm to the privacy interests that BIPA seeks to protect. Further, SEA's violations of BIPA were intentional and/or reckless, or, alternatively, negligent.

**B. Violation of the Illinois Biometric Information Privacy Act, 740 ILCS 14/15(b).**

BIPA requires that private entities such as SEA obtain informed written consent from individuals before acquiring their biometric data. The Act, therefore, makes it illegal for a private entity to "collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifiers and biometric information unless the entity first: (1) informs the subject . . . in writing that biometric identifiers and biometric information is being collected or stored; (2) informs the subject . . . in writing of the specific purpose and length of term for which a biometric identifier or biometric information is being collected, stored and used; and (3) receives a written release executed by the subject of the biometric identifier or biometric information . . ." *See* 740 ILCS 14/15(b).

Here, in violation of section 15(b), SEA never: (1) informed Claimant in writing that her biometric identifier (face scan) was being collected or stored, (2) informed Claimant in writing of the specific purpose and length of term for which her face scan was being collected, stored, and used, or (3) obtained Claimant's written release to collect, store, and use her face scan. *Id.* In doing so, SEA's failure to make the requisite disclosures denied Claimant the ability to give informed written consent as required by section 15(b) and resulted in the loss of the right to control her biometric identifiers and information.

SEA's violations actually harmed or posed a material risk of harm to the privacy interests that BIPA seeks to protect, and the BIPA violations were intentional and/or reckless, or, alternatively, negligent.

**C. Violation of the Illinois Biometric Information Privacy Act, 740CS 14/15(c).**

BIPA § 15(c) prohibits a private entity in possession of biometric identifiers or biometric information from selling, leasing, trading, or otherwise profiting from a person's biometric data. As alleged above, SEA collects Galaxy end users' biometric identifiers, including Claimant's. The camera function and ability to store and organize photos on Galaxy devices are important drivers of SEA's revenues, profits, and growth in customer base. For example, SEA actively promotes the use of its photo organizing software in marketing materials and acknowledges in its privacy policies that it uses the data to evaluate and improve its business by, for example, developing new products and services. SEA, therefore, has directly profited from the collection of users' biometric identifiers, in violation of 740 ILCS 14/15(c). These violations actually harmed or posed a material risk of harm to the privacy interests that BIPA seeks to protect. Further, SEA's violations of BIPA were intentional and/or reckless, or, alternatively, negligent.

## **CLAIMANT'S DEMAND**

Pursuant to BIPA, 740 ILCS 14/1, *et seq*., Claimant hereby demands statutory liquidated damages in the amount of $5,000.00 for SEA's intentional and reckless violation of BIPA against Claimant. Alternatively, pursuant to BIPA, Claimant demands statutory liquidated damages in the amount of $1,000.00 for SEA's violation of BIPA committed against Claimant. Further, Claimant demands injunctive and equitable relief, as necessary to protect her rights under BIPA, as well as Claimant's attorneys' fees, reasonable litigation expenses to the extent allowable.

Additionally, Claimant demands that SEA produce all of her biometric identifiers in its possession, including any data regarding her facial geometry and/or facial landmarks, as well as all documentation in its possession regarding Claimant and her use of the Gallery app, and all other relevant usage data in connection with her use of the Device. In the event that this request for production is deemed premature in advance of the appointment of an arbitrator, Claimant requests

that SEA place a litigation hold on all biometric identifiers, information, and documentation pertaining to her, regardless of format.

Additionally, Claimant demands the immediate reimbursement from SEA of the filing fee paid by Claimant to initiate this arbitration in accordance with SEA's Terms of Use, which explicitly state that, "If you are the party initiating an arbitration against Samsung, you will be responsible for the first $100 toward the nonrefundable Initial Filing Fee, and Samsung will pay the remainder of your Initial Filing fee and both parties' Administrative Fee."

## REQUEST FOR HEARING

Claimant requests the scheduling of a telephonic hearing in connection with this demand for arbitration.

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
221 West Monroe Street, Suite 2100
Chicago, IL 60606
Tel.: (866) 252-0878
gklinger@milberg.com

Jonathan B. Cohen
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
3833 Central Ave.
St. Petersburg, FL 33713
Tel.: (813) 786-8622
jcohen@milberg.com

Christian K. Torres, Esq.
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
100 Garden City Plaza Suite 500
Garden City, NY 11530
Tel.: (516) 842-6698
christian.torres@milberg.com

Stuart A. Davidson
Mark J. Dearman
**ROBBINS GELLER RUDMAN & DOWD LLP**
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
(561) 750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com

# EXHIBIT A

Case: 1:23-cv-01951 Document #: 1-7 Filed: 03/28/23 Page 22 of 58 PageID #:160

**Information maintained by the Legislative Reference Bureau**
Updating the database of the Illinois Compiled Statutes (ILCS) is an ongoing process. Recent laws may not yet be included in the ILCS database, but they are found on this site as Public Acts soon after they become law. For information concerning the relationship between statutes and Public Acts, refer to the Guide.

Because the statute database is maintained primarily for legislative drafting purposes, statutory changes are sometimes included in the statute database before they take effect. If the source note at the end of a Section of the statutes includes a Public Act that has not yet taken effect, the version of the law that is currently in effect may have already been removed from the database and you should refer to that Public Act to see the changes made to the current law.

# CIVIL LIABILITIES
# (740 ILCS 14/) Biometric Information Privacy Act.

```
    (740 ILCS 14/1)
    Sec. 1. Short title. This Act may be cited as the Biometric
Information Privacy Act.
(Source: P.A. 95-994, eff. 10-3-08.)

    (740 ILCS 14/5)
    Sec. 5. Legislative findings; intent. The General Assembly
finds all of the following:
    (a) The use of biometrics is growing in the business and
security screening sectors and appears to promise streamlined
financial transactions and security screenings.
    (b) Major national corporations have selected the City of
Chicago and other locations in this State as pilot testing sites
for new applications of biometric-facilitated financial
transactions, including finger-scan technologies at grocery
stores, gas stations, and school cafeterias.
    (c) Biometrics are unlike other unique identifiers that are
used to access finances or other sensitive information. For
example, social security numbers, when compromised, can be
changed. Biometrics, however, are biologically unique to the
individual; therefore, once compromised, the individual has no
recourse, is at heightened risk for identity theft, and is
likely to withdraw from biometric-facilitated transactions.
    (d) An overwhelming majority of members of the public are
weary of the use of biometrics when such information is tied to
finances and other personal information.
    (e) Despite limited State law regulating the collection,
```

use, safeguarding, and storage of biometrics, many members of the public are deterred from partaking in biometric identifier-facilitated transactions.

(f) The full ramifications of biometric technology are not fully known.

(g) The public welfare, security, and safety will be served by regulating the collection, use, safeguarding, handling, storage, retention, and destruction of biometric identifiers and information.
(Source: P.A. 95-994, eff. 10-3-08.)

(740 ILCS 14/10)
Sec. 10. Definitions. In this Act:
"Biometric identifier" means a retina or iris scan, fingerprint, voiceprint, or scan of hand or face geometry. Biometric identifiers do not include writing samples, written signatures, photographs, human biological samples used for valid scientific testing or screening, demographic data, tattoo descriptions, or physical descriptions such as height, weight, hair color, or eye color. Biometric identifiers do not include donated organs, tissues, or parts as defined in the Illinois Anatomical Gift Act or blood or serum stored on behalf of recipients or potential recipients of living or cadaveric transplants and obtained or stored by a federally designated organ procurement agency. Biometric identifiers do not include biological materials regulated under the Genetic Information Privacy Act. Biometric identifiers do not include information captured from a patient in a health care setting or information collected, used, or stored for health care treatment, payment, or operations under the federal Health Insurance Portability and Accountability Act of 1996. Biometric identifiers do not include an X-ray, roentgen process, computed tomography, MRI, PET scan, mammography, or other image or film of the human anatomy used to diagnose, prognose, or treat an illness or other medical condition or to further validate scientific testing or screening.

"Biometric information" means any information, regardless of how it is captured, converted, stored, or shared, based on an individual's biometric identifier used to identify an individual. Biometric information does not include information derived from items or procedures excluded under the definition of biometric identifiers.

"Confidential and sensitive information" means personal information that can be used to uniquely identify an individual

or an individual's account or property. Examples of confidential and sensitive information include, but are not limited to, a genetic marker, genetic testing information, a unique identifier number to locate an account or property, an account number, a PIN number, a pass code, a driver's license number, or a social security number.

"Private entity" means any individual, partnership, corporation, limited liability company, association, or other group, however organized. A private entity does not include a State or local government agency. A private entity does not include any court of Illinois, a clerk of the court, or a judge or justice thereof.

"Written release" means informed written consent or, in the context of employment, a release executed by an employee as a condition of employment.
(Source: P.A. 95-994, eff. 10-3-08.)


(740 ILCS 14/15)
Sec. 15. Retention; collection; disclosure; destruction.
(a) A private entity in possession of biometric identifiers or biometric information must develop a written policy, made available to the public, establishing a retention schedule and guidelines for permanently destroying biometric identifiers and biometric information when the initial purpose for collecting or obtaining such identifiers or information has been satisfied or within 3 years of the individual's last interaction with the private entity, whichever occurs first. Absent a valid warrant or subpoena issued by a court of competent jurisdiction, a private entity in possession of biometric identifiers or biometric information must comply with its established retention schedule and destruction guidelines.
(b) No private entity may collect, capture, purchase, receive through trade, or otherwise obtain a person's or a customer's biometric identifier or biometric information, unless it first:
    (1) informs the subject or the subject's legally
    authorized representative in writing that a biometric
    identifier or biometric information is being collected or
    stored;
    (2) informs the subject or the subject's legally
    authorized representative in writing of the specific
    purpose and length of term for which a biometric identifier
    or biometric information is being collected, stored, and
    used; and

(3) receives a written release executed by the subject of the biometric identifier or biometric information or the subject's legally authorized representative.

(c) No private entity in possession of a biometric identifier or biometric information may sell, lease, trade, or otherwise profit from a person's or a customer's biometric identifier or biometric information.

(d) No private entity in possession of a biometric identifier or biometric information may disclose, redisclose, or otherwise disseminate a person's or a customer's biometric identifier or biometric information unless:

(1) the subject of the biometric identifier or biometric information or the subject's legally authorized representative consents to the disclosure or redisclosure;

(2) the disclosure or redisclosure completes a financial transaction requested or authorized by the subject of the biometric identifier or the biometric information or the subject's legally authorized representative;

(3) the disclosure or redisclosure is required by State or federal law or municipal ordinance; or

(4) the disclosure is required pursuant to a valid warrant or subpoena issued by a court of competent jurisdiction.

(e) A private entity in possession of a biometric identifier or biometric information shall:

(1) store, transmit, and protect from disclosure all biometric identifiers and biometric information using the reasonable standard of care within the private entity's industry; and

(2) store, transmit, and protect from disclosure all biometric identifiers and biometric information in a manner that is the same as or more protective than the manner in which the private entity stores, transmits, and protects other confidential and sensitive information.

(Source: P.A. 95-994, eff. 10-3-08.)


(740 ILCS 14/20)

Sec. 20. Right of action. Any person aggrieved by a violation of this Act shall have a right of action in a State circuit court or as a supplemental claim in federal district court against an offending party. A prevailing party may recover

for each violation:

       (1) against a private entity that negligently violates a provision of this Act, liquidated damages of $1,000 or actual damages, whichever is greater;

       (2) against a private entity that intentionally or recklessly violates a provision of this Act, liquidated damages of $5,000 or actual damages, whichever is greater;

       (3) reasonable attorneys' fees and costs, including expert witness fees and other litigation expenses; and

       (4) other relief, including an injunction, as the State or federal court may deem appropriate.

(Source: P.A. 95-994, eff. 10-3-08.)

   (740 ILCS 14/25)

   Sec. 25. Construction.

  (a) Nothing in this Act shall be construed to impact the admission or discovery of biometric identifiers and biometric information in any action of any kind in any court, or before any tribunal, board, agency, or person.

  (b) Nothing in this Act shall be construed to conflict with the X-Ray Retention Act, the federal Health Insurance Portability and Accountability Act of 1996 and the rules promulgated under either Act.

  (c) Nothing in this Act shall be deemed to apply in any manner to a financial institution or an affiliate of a financial institution that is subject to Title V of the federal Gramm-Leach-Bliley Act of 1999 and the rules promulgated thereunder.

  (d) Nothing in this Act shall be construed to conflict with the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004 and the rules promulgated thereunder.

  (e) Nothing in this Act shall be construed to apply to a contractor, subcontractor, or agent of a State agency or local unit of government when working for that State agency or local unit of government.

(Source: P.A. 95-994, eff. 10-3-08.)

   (740 ILCS 14/30)

   Sec. 30. (Repealed).

(Source: P.A. 95-994, eff. 10-3-08. Repealed internally, eff. 1-1-09.)

740 ILCS 14/ Biometric Information Privacy Act

    (740 ILCS 14/99)
    Sec. 99. Effective date. This Act takes effect upon becoming
law.
 (Source: P.A. 95-994, eff. 10-3-08.)

# EXHIBIT B

# Terms & Conditions / Health & Safety Information

Read this document before operating the mobile device, accessories, or software (defined collectively and individually as the "Product") and keep it for future reference. This document contains important Terms and Conditions. Electronic acceptance, opening the Product packaging, use of the Product, or retention of the Product constitutes acceptance of these Terms and Conditions.

Revised 05/09/2018

- Arbitration Agreement
- Standard Limited Warranty
- End User License Agreement (EULA)
- Health & Safety Information



GH68-49900A
Printed in Korea

# Table of Contents

Important Legal information ...................................... 4

    Find legal information online.................................. 4

    Find legal information on the Mobile Device...... 5

    Intellectual Property ................................................ 5

    Open source software ............................................. 6

    Samsung Knox........................................................... 6

    Modification of software ........................................ 6

    Diagnostic Software.................................................. 7

    Disclaimer of warranties; Exclusion of liability.... 7

Section 1: Arbitration Agreement ......................... **9**

Section 2: Standard Limited Warranty................ **13**

Section 3: End User License Agreement ............ **14**

Section 4: Health & Safety Information .............. **15**

    Maintaining dust and water resistance............... 15

    Heart rate sensor....................................................... 17

    Specific Absorption Rate (SAR) Certification
    Information ................................................................... 17

    FCC Part 15 Information and Notices.................. 20

    FCC Notice .................................................................. 21

    Samsung mobile products and recycling........... 22

ocument #: 1-7 Filed: 03/28/23 Page

GPS & AGPS ....................................................22

Your location ....................................................23

Use of AGPS in emergency calls ............................23

Navigation ....................................................24

Commercial Mobile Alerting System (CMAS) ...24

Emergency calls ....................................................25

FCC Hearing Aid Compatibility (HAC)
regulations for wireless devices .............................26

Card tray removal tool .............................................28

Device temperature ....................................................28

Sound and hearing ....................................................29

Restricting children's access to your mobile
device ....................................................29

# Important Legal information

**READ THIS INFORMATION BEFORE USING YOUR MOBILE DEVICE.**

**Arbitration Agreement - This Product is subject to a binding arbitration agreement between you and SAMSUNG ELECTRONICS AMERICA, INC. ("Samsung"). You can opt out of the agreement within 30 calendar days of the first consumer purchase by emailing optout@sea.samsung.com or calling 1-800-SAMSUNG (726-7864) and providing the applicable information. For complete terms and conditions that bind you and Samsung, refer to the "Arbitration Agreement" section of this document.**

## Find legal information online

The full Arbitration Agreement, Standard Limited Warranty, End User License Agreement (EULA), and Health & Safety Information for your device are available online:

Arbitration Agreement, Standard Limited Warranty, and Health & Safety Information:

- English: **www.samsung.com/us/Legal/ Phone-HSGuide**
- Spanish: **www.samsung.com/us/Legal/ Phone-HSGuide-SP**

End User License Agreement:

- English: **www.samsung.com/us/Legal/ SamsungLegal-EULA4**
- Spanish: **www.samsung.com/us/Legal/ SamsungLegal-EULA4/#SPANISH**

## Find legal information on the Mobile Device

The full Arbitration Agreement, Standard Limited Warranty, End User License Agreement (EULA) and Health & Safety Information are also available on the device, in the Samsung legal section of Settings. The location depends on the device, and is usually in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, use the Search feature to search for "Legal".

### Intellectual Property

All Intellectual Property, as defined below, owned by or which is otherwise the property of Samsung or its respective suppliers relating to the Product, including but not limited to, accessories, parts, or software relating thereto, is proprietary to Samsung and protected under federal laws, state laws, and international treaty provisions. Intellectual Property includes, but is not limited to, inventions (patentable or unpatentable), patents, trade secrets, copyrights, software, computer programs, and related documentation and other works of authorship.

You may not infringe or otherwise violate the rights secured by the Intellectual Property. Moreover, you agree that you will not (and will not attempt to) modify, prepare derivative works of, reverse engineer, decompile, disassemble, or otherwise attempt to create source code from the software.

5

No title to or ownership in the Intellectual Property is transferred to you. All applicable rights of the Intellectual Property shall remain with Samsung and its suppliers.

Document #: 1-7 Filed: 03/28/23 Page

### Open source software

Some software components of this Product, including but not limited to 'PowerTOP' and 'e2fsprogs', incorporate source code covered under GNU General Public License (GPL), GNU Lesser General Public License (LGPL), OpenSSL License, BSD License and other open source licenses. To obtain the source code covered under the open source licenses, please visit:
**http://opensource.samsung.com**

### Samsung Knox

Samsung Knox is Samsung's security platform and is a mark for a Samsung Product tested for security with enterprise use in mind. Additional licensing fee may be required. For more information about Knox, please refer to: **www.samsung.com/us/knox**

### Modification of software

**Samsung is not liable for performance issues or incompatibilities caused by your editing of registry settings, or your modification of Operating System (OS) software. Using custom OS software may cause your Product and applications to work improperly. Your carrier may not permit users to download certain software, such as custom OS.**

**If your carrier prohibits this, and if you attempt to download software onto the device without authorization, you will be notified on the screen that unauthorized software has been detected.**

6

**You should then power down the device and contact your carrier to restore the device to the carrier-authorized settings.**

## Diagnostic Software

This device is equipped with diagnostic software reporting usage and performance information used solely to deliver improved network quality and overall device experience to AT&T customers. Please refer to your AT&T Wireless Customer Agreement and/or the AT&T Privacy Policy (www.att.com/privacy) for more information.

## Disclaimer of warranties; Exclusion of liability

The information below explains that a user accepts this Product as sold, including the hardware and software components as created and packaged for sale. If the user changes these parameters through a unique modification, Samsung will not be held responsible for damages or issues that result from these end-user changes.

Except as set forth in the Standard Limited Warranty that accompanies the Product, the purchaser takes the Product "as is", and Samsung makes no express or implied warranty of any kind whatsoever with respect to the Product, including but not limited to the:

• merchantability of the Product or its fitness for any particular purpose or use;
• design, condition or quality of the Product;
• performance of the Product;
• workmanship of the Product or the components contained therein; or

- **compliance of the Product with the requirements of any law, rule, specification or contract pertaining thereto.**

**Nothing contained in the User Manual or any other document shall be construed to create an express or implied warranty of any kind whatsoever with respect to the Product. Neither Samsung nor the wireless carrier are responsible for, and the Standard Limited Warranty does not apply to, any damage or injury arising from disassembly or repairs by persons not authorized or approved by Samsung to service this Product. In addition, Samsung shall not be liable for any damages of any kind resulting from the purchase or use of the Product or arising from the breach of the express warranty, including incidental, special or consequential damages, or loss of anticipated profits or benefits.**

Samsung Electronics America, Inc.

85 Challenger Road

Ridgefield Park, NJ 07660

Phone: 1-800-SAMSUNG (726-7864)

Internet: **www.samsung.com**

©2019 Samsung Electronics America, Inc. Samsung is a registered trademark of Samsung Electronics Co., Ltd.

# Section 1: Arbitration Agreement

THIS IS A BINDING LEGAL AGREEMENT ("AGREEMENT") BETWEEN YOU (EITHER AN INDIVIDUAL OR ENTITY) AND SAMSUNG ELECTRONICS AMERICA, INC. ("SAMSUNG"). ELECTRONIC ACCEPTANCE OF THE AGREEMENT, OPENING THE PRODUCT PACKAGING, USE OF THE PRODUCT, OR RETENTION OF THE PRODUCT CONSTITUTES ACCEPTANCE OF THIS AGREEMENT, REGARDLESS OF WHETHER YOU ARE THE ORIGINAL PURCHASER, USER, OR OTHER RECIPIENT OF THE PRODUCT.

YOU AND SAMSUNG EACH AGREE THAT ALL DISPUTES BETWEEN YOU AND SAMSUNG RELATING IN ANY WAY TO OR ARISING IN ANY WAY FROM THE STANDARD LIMITED WARRANTY OR THE SALE, CONDITION OR PERFORMANCE OF THE PRODUCT SHALL BE RESOLVED EXCLUSIVELY THROUGH FINAL AND BINDING ARBITRATION, AND NOT BY A COURT OR JURY. ANY SUCH DISPUTE SHALL NOT BE COMBINED OR CONSOLIDATED WITH A DISPUTE INVOLVING ANY OTHER PERSON'S OR ENTITY'S PRODUCT OR CLAIM, AND SPECIFICALLY, WITHOUT LIMITATION OF THE FOREGOING, SHALL NOT UNDER ANY CIRCUMSTANCES PROCEED AS PART OF A CLASS ACTION. THE ARBITRATION SHALL BE CONDUCTED BEFORE A SINGLE ARBITRATOR, WHOSE AWARD MAY NOT EXCEED, IN FORM OR AMOUNT, THE RELIEF ALLOWED BY THE APPLICABLE LAW.

The arbitration shall be conducted according to the American Arbitration Association (AAA) Commercial Arbitration Rules applicable to consumer disputes. The AAA Rules are available online at **adr.org** or by calling the AAA at 1-800-778-7879. This Agreement is entered into pursuant to the Federal Arbitration Act. The laws of the State of New York, without reference to its choice of law principles, shall govern the application and interpretation of the Agreement and all disputes that are subject to this Agreement. The arbitrator shall decide all issues of interpretation and application of this Agreement.

For any arbitration in which your total damage claims, exclusive of attorney fees and expert witness fees, are $5,000.00 or less ("Small Claim"), the arbitrator may, if you prevail, award your reasonable attorney fees, expert witness fees and costs as part of any award, but may not grant Samsung its attorney fees, expert witness fees or costs unless it is determined that the claim was brought in bad faith. In a Small Claim case, you shall be required to pay no more than half of the total administrative, facility and arbitrator fees, or $50.00 of such fees, whichever is less, and Samsung shall pay the remainder of such fees. Administrative, facility and arbitrator fees for arbitrations in which your total damage claims, exclusive of attorney fees and expert witness fees, exceed $5,000.00 ("Large Claim") shall be determined according to AAA rules.

Document #: 1-7 Filed: 03/28/23 Page

In a Large Claim case, the arbitrator may grant to the prevailing party, or apportion among the parties, reasonable attorney fees, expert witness fees and costs to the extent allowed by the applicable law. Judgment may be entered on the arbitrator's award in any court of competent jurisdiction.

This Agreement also applies to claims against Samsung's employees, representatives, parents and other affiliates if any such claim relates in any way to or arises in any way from the Standard Limited Warranty or the Product's sale, condition or performance.

**You may opt out of this Agreement by providing notice to Samsung no later than 30 calendar days from the date of the first consumer purchaser's purchase of the Product. To opt out, you must send notice by e-mail to optout@sea.samsung.com, with the subject line: "Arbitration Opt Out." You must include in the opt-out email (a) your name and address; (b) the date on which the Product was purchased; (c) the Product model name or model number; and (d) the IMEI or MEID or Serial Number, as applicable, if you have it (the IMEI or MEID or Serial Number can be found (i) on the Product box; (ii) on the Product information screen which can be found under "Settings;" (iii) on a label on the back of the Product beneath the battery, if the battery is removable; and (iv) on the outside of the Product if the battery is not removable).**

Alternatively, you may opt out by calling 1-800-SAMSUNG (726-7864) no later than 30 calendar days from the date of the first consumer purchaser's purchase of the Product and providing the same information. These are the only two forms of notice that will be effective to opt out of this Agreement. Opting out of this Agreement will not affect in any way the benefits to which you would otherwise be entitled, including the benefits of the Standard Limited Warranty.

# Section 2: Standard Limited Warranty

The full Standard Limited Warranty for your device is available online and on the device:

Online:

- English: **www.samsung.com/us/Legal/ Phone-HSGuide**
- Spanish: **www.samsung.com/us/Legal/ Phone-HSGuide-SP**

On the device:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, use the Search feature to search for "Legal"

# Section 3: End User License Agreement

The full End User License Agreement (EULA) for your device can be found online and on the device:

Online:

- English: **www.samsung.com/us/Legal/SamsungLegal-EULA4**
- Spanish: **www.samsung.com/us/Legal/SamsungLegal-EULA4/#SPANISH**

The full End User License Agreement (EULA) is also available on the device, in the Samsung legal section of Settings. The location depends on the device, and is usually in the "About device" or "About phone" or "About tablet" section, for example:

- **Settings** > **About phone** or **About device** or **About tablet** > **Legal information** > **Samsung legal**
- Or, use the Search feature to search for "Legal"

14

# Section 4: Health & Safety Information

This section outlines important safety precautions associated with using your device. The terms "device" or "mobile device" or "cell phone" are used in this section to refer to your device. **Read this information before using your mobile device.**

**WARNING!** To avoid electric shock and damage to your device, do not charge device while it is wet or in an area where it could get wet. Do not handle device, charger or cords with wet hands while charging.

## Maintaining dust and water resistance

This device is rated IP68 using the Ingress Protection rating system. The device has been tested in a controlled environment and shown to be water and dust resistant in certain circumstances (meets requirements of classification IP68 as described by the international standard IEC 60529 - Degrees of Protection provided by Enclosures [IP Code]; test conditions: 15-35°C, 86-106 kPa, 5.0 feet, for 30 minutes). Despite this classification, the device is not impervious to water damage in any situation. It is important that all compartments are closed tightly.

**Note:** If any liquid is found to have entered device components or an internally sealed system, this condition will void your device warranty.

Follow these tips carefully to prevent damage to the device:

- Any device which uses accessible compartments or ports that can be opened should have these sealed or closed tightly to prevent liquid from entering the system.
- Whenever the device gets wet, dry it thoroughly with a clean, soft cloth.
- Water resistant based on IP68 rating, which tests submersion in fresh water up to 5 feet for up to 30 minutes. If device is exposed to fresh water, dry it thoroughly with a clean, soft cloth; if exposed to liquid other than fresh water, rinse with fresh water and dry as directed.

**Note:** Liquid other than fresh water may enter the device faster. Failure to rinse the device in fresh water and dry it as instructed may cause the device to suffer from operability or cosmetic issues.

- Do not expose the device to water at high pressure.
- If the device is dropped or receives an impact, the water and dust resistant features of the device may be damaged.
- The touchscreen and other features may not work properly if the device is used in water or in other liquids.

### Heart rate sensor

**Note:** The information gathered from this device, Samsung Health, or related software is not intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment or prevention of disease.

The accuracy of the information and data provided by this device and its related software, including heart rate readings, may be affected by factors such as environmental conditions, skin condition, specific activity performed while using/wearing the device, settings of the device, user configuration/user-provided information, placement of the sensor on the body, and other end-user interactions. Please refer to the User Manual for more information on proper wear and use, or see **www.samsung.com/us/heartratesensor**

### Specific Absorption Rate (SAR) Certification Information

Your device is a radio transmitter and receiver. It is designed and manufactured not to exceed the exposure limits for Radio Frequency (RF) energy set by the Federal Communications Commission (FCC) of the U.S. Government.

These FCC RF exposure limits are derived from the recommendations of two expert organizations: the National Council on Radiation Protection and Measurement (NCRP) and the Institute of Electrical and Electronics Engineers (IEEE). In both cases, the recommendations were developed by scientific and engineering experts drawn

from industry, government and academia after extensive reviews of the scientific literature related to the biological effects of RF energy.

The RF exposure limit set by the FCC for wireless mobile devices employs a unit of measurement known as the Specific Absorption Rate (SAR). The SAR is a measure of the rate of absorption of RF energy by the human body expressed in units of watts per kilogram (W/kg). The FCC SAR limit incorporates a substantial margin of safety to give additional protection to the public and to account for any variations in measurements.

SAR tests are conducted using standard operating positions accepted by the FCC with the device transmitting at its highest certified power level in all tested frequency bands. Although the SAR is determined at the highest certified power level, the actual SAR level of the device while operating can be well below the maximum reported value. This is because the device is designed to operate at multiple power levels so as to use only the power required to reach the network. In general, the closer you are to a wireless base station antenna, the lower the power output of the device.

For more information about SAR, visit:

- **https://www.fcc.gov./general/ radio-frequency-safety-0**
- **www.fcc.gov/encyclopedia/specific-absorption- rate-sar-cellular-telephones**

Before a new model device is available for sale Document #: 1-7 Filed: 03/28/23 Page

to the public, it must be tested and certified to the FCC that it does not exceed the SAR limit established by the FCC. Tests for each model are performed in positions and locations (for example, at the ear, worn on the body, or worn on the wrist) as required by the FCC. Use of other accessories may not ensure compliance with FCC RF exposure guidelines.

For typical operation, this device has been tested and meets FCC SAR guidelines. The FCC has granted an Equipment Authorization for this device with all reported SAR levels evaluated as in compliance with the FCC RF exposure guidelines.

SAR values for body-worn operations are measured when used with an accessory that contains no metal and that positions the device a minimum of 1.5 cm from the body.

The FCC safety limit for body-worn SAR is 1.6 watts per kilogram (1.6 W/kg).

This device has FCC ID: A3LSMG973U and Model Number: SM-G973U. The FCC ID is also printed somewhere on the mobile device. Depending on the device, you may need to remove the battery to find the FCC ID.

SAR information for this and other devices can be found on the FCC website at: **www.fcc.gov/oet/ea/**

Follow the instructions on the website to use the FCC ID to find SAR values for the device.

SAR information for this device can also be found on Samsung's website at: **www.samsung.com/sar**

19

**Note:** Any device that uses Bluetooth or Wi-Fi is subject to FCC Part 15. Any device with a power supply is subject to Part 15 which also covers both intentional radiators (Bluetooth and Wi-Fi) and unintentional radiators (such as emissions from power supplies and circuit boards).

Pursuant to Part 15.21 of the FCC Rules, you are cautioned that changes or modifications not expressly approved by Samsung could void your authority to operate the device. This device complies with Part 15 of the FCC Rules. Operation is subject to the following two conditions: (1) This device may not cause harmful interference, and (2) this device must accept any interference received, including interference that may cause undesired operation.

**Note:** This equipment has been tested and found to comply with the limits for a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This equipment generates, uses and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio communications.

However, there is no guarantee that interference will not occur in a particular installation. If this
equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, the user is encouraged to try to correct the interference by one or more of the following measures:

• Reorient or relocate the receiving antenna.
• Increase the separation between the equipment and receiver.
• Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
• Consult the dealer or an experienced radio/TV technician for help.

Responsible party - U.S. Contact Information

Samsung Electronics America, Inc.

QA Lab America

19 Chapin Rd. Building D, Pine Brook NJ 07058

Tel : 1-973-808-6375    Fax : 1-973-808-6361

### FCC Notice

The device may cause TV or radio interference if used in close proximity to receiving equipment. The FCC can require you to stop using the mobile device if such interference cannot be eliminated.

This equipment complies with FCC RF Radiation exposure limits set forth for an uncontrolled environment.

When using the wireless power sharing function, this equipment should be operated with a minimum distance of 20 centimeters between the device and your body.

**WARNING!** Never dispose of batteries in a fire because they may explode.

Samsung cares for the environment and encourages its customers to properly dispose of Samsung Mobile Devices and Samsung accessories in accordance with local regulations. In some areas, disposal of these items in household or business trash may be prohibited.

Proper disposal of your Device and its battery is not only important for safety, it benefits the environment. We've made it easy for you to recycle your old Samsung Mobile Devices and batteries by working with respected take-back companies in every state in the country.

Help us protect the environment - recycle! For battery and cell phone recycling, go to **call2recycle.org** or call 1-800-822-8837.

In addition, most carriers will provide a take-back option for proper disposal of products when purchasing new products.

Dispose of other unwanted electronics through an approved recycler. To find the nearest recycling location, go to our website: **www.samsung.com/recycling** or call 1-800-SAMSUNG.

## GPS & AGPS

Certain Samsung Mobile Devices can use a Global Positioning System (GPS) signal for location-based applications. GPS uses satellites controlled by the U.S. Government that are subject to changes

22

implemented in accordance with the Department of Defense policy and the 2008 Federal Radio navigation Plan (FRP). Changes may affect the performance of location-based technology on your mobile device.

implemented in accordance with the Department of Defense policy and the 2008 Federal Radio navigation Plan (FRP). Changes may affect the performance of location-based technology on your mobile device.

Certain Samsung Mobile Devices can also use an Assisted Global Positioning System (AGPS), which obtains information from the cellular network to improve GPS performance. AGPS uses your wireless service provider's network and therefore airtime, data charges, and/or additional charges may apply in accordance with your service plan. Contact your wireless service provider for details.

## Your location

Location-based information includes information that can be used to determine the approximate location of a mobile device. Mobile devices which are connected to a wireless network transmit location-based information. Additionally, if you use applications that require location-based information (e.g., driving directions), such applications transmit location-based information. The location-based information may be shared with third-parties, including your wireless service provider, applications providers, Samsung, and other third-parties providing services.

## Use of AGPS in emergency calls

When you make an emergency call, the cellular network may activate AGPS technology in your mobile device to tell the emergency responders your approximate location.

AGPS has limitations and **might not work in your area.**

cument #: 1-7 Filed: 03/28/23 Page

Therefore:

- Always tell the emergency responder your location to the best of your ability; and
- Remain on the mobile device for as long as the emergency responder instructs you.

### Navigation

Maps, directions, and other navigation data, including data relating to your current location, may contain inaccurate or incomplete data, and circumstances can and do change over time. In some areas, complete information may not be available. Therefore, you should always visually confirm that the navigational instructions are consistent with what you see before following them. All users should pay attention to road conditions, closures, traffic, and all other factors that may impact safe driving or walking. Always obey posted road signs.

### Commercial Mobile Alerting System (CMAS)

This device is designed to receive Wireless Emergency Alerts from CMAS. If your wireless provider participates in CMAS, alerts are available while in the provider's coverage area. If you travel outside the coverage area, alerts may not be available. For more information, please contact your wireless provider.

## Emergency calls

This device, like any wireless mobile device, operates using radio signals, wireless and landline networks, as well as user-programmed functions, which cannot guarantee connection in all conditions, areas, or circumstances. Therefore, you should never rely solely on any wireless mobile device for essential communications (medical emergencies, for example). Before traveling in remote or underdeveloped areas, plan an alternate method of contacting emergency services personnel. Remember, to make or receive any calls, the mobile device must be switched on and in a service area with adequate signal strength.

Emergency calls may not be possible on all wireless mobile device networks or when certain network services and/or mobile device features are in use. Check with local service providers. If certain features are in use (call blocking, for example), you may first need to deactivate those features before you can make an emergency call. Consult your User Manual and your local cellular service provider. When making an emergency call, remember to give all the necessary information as accurately as possible. Remember that your mobile device may be the only means of communication at the scene of an accident; do not end the call until given permission to do so.

### To make an emergency call:

1. If the mobile device is not on, turn it on.
2. Open the phone dialer.
3. Enter the emergency number for your current

25

location (for example, 911 or other official emergency number), then tap Call/Send.

Emergency numbers vary by location.

## FCC Hearing Aid Compatibility (HAC) regulations for wireless devices

The U.S. Federal Communications Commission (FCC) has established requirements for digital wireless mobile devices to be compatible with hearing aids and other assistive hearing devices.

When individuals employing some assistive hearing devices (hearing aids and cochlear implants) use wireless mobile devices, they may detect a buzzing, humming, or whining noise. Some hearing devices are more immune than others to this interference noise, and mobile devices also vary in the amount of interference they generate.

The wireless telephone industry has developed a rating system for wireless mobile devices to assist hearing device users find mobile devices that may be compatible with their hearing devices. Not all mobile devices have been rated. Mobile devices that are rated have the rating on their box or a label located on the box.

The ratings are not guarantees. Results will vary depending on the user's hearing device and hearing loss. If your hearing device happens to be vulnerable to interference, you may not be able to use a rated mobile device successfully. Trying out the mobile device with your hearing device is the best way to evaluate it for your personal needs.

ocument #: 1-7 Filed: 03/28/23 Page

**M-Ratings:** Wireless mobile devices rated M3 or M4 meet FCC requirements and are likely to generate less interference to hearing devices than mobile devices that are not labeled. M4 is the better/higher of the two ratings. M-ratings refer to enabling acoustic coupling with hearing aids that do not operate in telecoil mode.

**T-Ratings:** Mobile devices rated T3 or T4 meet FCC requirements and are likely to generate less interference to hearing devices than mobile devices that are not labeled. T4 is the better/higher of the two ratings. T-ratings refer to enabling inductive coupling with hearing aids operating in telecoil mode.

Hearing devices may also be rated. Your hearing aid manufacturer or hearing health professional may help you find this rating. Higher ratings mean that the hearing device is relatively immune to interference noise. Under the current industry standard, American National Standards Institute (ANSI) C63.19, the hearing aid and wireless mobile device rating values are added together to indicate how usable they are together. For example, if a hearing aid meets the M2 level rating and the wireless mobile device meets the M3 level rating, the sum of the two values equals M5.

Under the standard, this should provide the hearing aid user with normal use while using the hearing aid with the particular wireless mobile device. A sum of M6 or more would indicate excellent performance.

However, these are not guarantees that all users will be satisfied. T-ratings work similarly.
ocument #: 1-7 Filed: 03/28/23 Page



M3 + M2 = M5        T3 + T2 = 5

The HAC rating and measurement procedure are described in the American National Standards Institute (ANSI) C63.19 standard.

## Card tray removal tool

**Caution!** Exercise care when using the card tray removal tool to eject the internal card tray.

## Device temperature

**Caution!  Some applications or prolonged usage may increase device temperature.**

Prolonged skin contact with a device that is hot to the touch may produce skin discomfort or redness, or low temperature burns. If the device feels hot to the touch, discontinue use and close all applications or turn off the device until it cools.

Always ensure that the device has adequate ventilation and air flow. Covering the device can significantly affect air flow, may affect the performance of the device, and poses a possible risk of fire or explosion, which could lead to serious bodily injuries or damage to property. Covering the device can trap any dissipating heat and redirect it back to the device while it is active.

Document #: 1-7 Filed: 03/28/23 Page

Although the device might not currently be in full use, background applications and functions can generate heat that can accidentally be trapped when covered.

## Sound and hearing

**Caution!** Avoid potential hearing loss by not exposing yourself to loud sounds for a prolonged period of time.

The risk of hearing loss increases as sound is played louder and for longer durations. The amount of sound produced by a portable audio device (including headsets, earbuds, and Bluetooth® or other wireless devices) varies depending on the nature of the sound, the device settings, and the headphones that are used. As a result, there is no single volume setting that is appropriate for everyone or for every combination of sound, settings and equipment.

## Restricting children's access to your mobile device

Your device is not a toy. Do not allow children to play with it because they could hurt themselves and others, damage the device, or make calls that increase your mobile device bill.

Keep the device and all its parts and accessories out of the reach of small children.