# EXHIBIT G

| | |
|---|---|
| **From:** | Edwards, Randall W. |
| **To:** | ConsumerMCFIntake |
| **Cc:** | Gary Klinger; sdavidson@rgrdlaw.com; mdearman@rgrdlaw.com; Christian Torres; Jonathan Cohen; AAA Victoria Chandler; Powers, Matt; Ormsby, Eric; Pavel, Ashley |
| **Subject:** | RE: Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024 |
| **Date:** | Monday, December 19, 2022 7:19:53 PM |
| **Attachments:** | image001.png<br>image002.png |

Victoria,

We are in receipt of your November 18, 2022 communication regarding Case Number: 01-22-0004-4024. Samsung will provide a substantive response to your communication shortly.

## O'Melveny

**Randall W. Edwards**
(he, him, his)
redwards@omm.com
O: +1-415-984-8716

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Sent:** Friday, November 18, 2022 2:27 PM
**To:** gklinger@milberg.com; sdavidson@rgrdlaw.com; mdearman@rgrdlaw.com; christian.torres@milberg.com; jcohen@milberg.com; Edwards, Randall W. <redwards@omm.com>
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Subject:** Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024

[EXTERNAL MESSAGE]

Counsel –

Please see the attached correspondence.

Sincerely,

Victoria



**ConsumerMCFIntake**

American Arbitration Association

E: ConsumerMCFIntake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.