# EXHIBIT H

| | |
|---|---|
| **From:** | Edwards, Randall W. |
| **To:** | ConsumerMCFIntake; Gary Klinger; sdavidson@rgrdlaw.com; mdearman@rgrdlaw.com; Christian Torres; Jonathan Cohen |
| **Cc:** | AAA Victoria Chandler; Ormsby, Eric; Pavel, Ashley; McDonald, Alexander K.; Powers, Matt |
| **Subject:** | RE: Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024 |
| **Date:** | Friday, December 23, 2022 12:57:25 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |

Victoria,

Received.  Thank you.

Could you please add my colleagues Matt Powers, Ashley Pavel, Eric Ormsby, and Alex McDonald to the email list as well. I've copied them all here.  Thanks again.

Randy

## O'Melveny

**Randall W. Edwards**
(he, him, his)
redwards@omm.com
O: +1-415-984-8716

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Sent:** Friday, December 23, 2022 6:09 AM
**To:** gklinger@milberg.com; sdavidson@rgrdlaw.com; mdearman@rgrdlaw.com; christian.torres@milberg.com; jcohen@milberg.com; Edwards, Randall W. <redwards@omm.com>
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Subject:** RE: Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024

[EXTERNAL MESSAGE]

Counsel –

This will confirm receipt of Mr. Edwards' correspondence dated December 19, 2022 as well as Mr. Torres' correspondence below.

At this time the American Arbitration Association (AAA) is requesting that Respondent provide payment no later than January 11, 2022. Absent receipt of a payment from the Respondent, the AAA will be closing our files administratively.

Please contact me directly should you have any questions.

Sincerely,

Victoria

 **ConsumerMCFIntake**

American Arbitration Association

E: ConsumerMCFIntake@adr.org



[adr.org](adr.org) | [icdr.org](icdr.org) | [aaamediation.org](aaamediation.org)

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Christian Torres <[Christian.Torres@milberg.com](Christian.Torres@milberg.com)>
**Sent:** Tuesday, December 20, 2022 11:05 AM
**To:** ConsumerMCFIntake <[ConsumerMCFIntake@adr.org](ConsumerMCFIntake@adr.org)>
**Subject:** RE: Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024

### *** External E-Mail – Use Caution ***

Hi,

Would it be possible to receive an update as to the status of Respondent's payment? I understand that the payment was due yesterday, Dec. 19, 2022, and was not made. Could you please confirm this and provide some information as to what happens now that Respondent did not pay?

Thank you,

Christian K. Torres
Attorney at Law
Associate



Main Line: 516-741-5600 Ext. 5251
Direct Line: 516-842-6698



Confidentiality Notice: This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** Christian Torres
**Sent:** Tuesday, November 29, 2022 11:30 AM
**To:** ConsumerMCFIntake <[ConsumerMCFIntake@adr.org](ConsumerMCFIntake@adr.org)>
**Subject:** RE: Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024

Hi,

Would it be possible to receive an update as to the status of Respondent's payment? I understand that the payment is due Dec. 19, 2022, but I was also wondering what happens in the event that Respondent does not pay on time.

Thank you,

Christian K. Torres
Attorney at Law
Associate



Main Line: 516-741-5600 Ext. 5251
Direct Line: 516-842-6698



Confidentiality Notice: This message contains information that may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail and delete the message.

---

**From:** ConsumerMCFIntake <ConsumerMCFIntake@adr.org>
**Sent:** Friday, November 18, 2022 5:27 PM
**To:** Gary Klinger <gklinger@milberg.com>; sdavidson@rgrdlaw.com; mdearman@rgrdlaw.com; Christian Torres <christian.torres@milberg.com>; Jonathan Cohen <jcohen@milberg.com>; redwards@omm.com
**Cc:** AAA Victoria Chandler <VictoriaChandler@adr.org>
**Subject:** Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024

Counsel –

Please see the attached correspondence.

Sincerely,

Victoria



**ConsumerMCFIntake**

American Arbitration Association

E: ConsumerMCFIntake@adr.org

adr.org | icdr.org | aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.