# EXHIBIT I



O'Melveny & Myers LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823

T: +1 415 984 8700
F: +1 415 984 8701
omm.com

File Number:

January 11, 2023

**Randall W. Edwards**
D: +1 415 984 8716
redwards@omm.com

**VIA ELECTRONIC MAIL**

Victoria Chandler
American Arbitration Association
120 Broadway
21st Floor
New York, NY 10271
VictoriaChandler@adr.org

Re:   *Individual Claimants v. Samsung Electronics America, Inc - Case 01-22-0004-4024*

Ms. Chandler,

    In response to your December 23, 2022 communication, I write to inform you that the parties have agreed to a mediation on March 22, 2023. The parties therefore jointly request that AAA stay the matter and all related deadlines concerning the 1,044 individual consumer demands filed by the Milberg Coleman firm against Samsung Electronics America (of which AAA acknowledged receipt November 18, 2022) pending the outcome of the March 22, 2023 mediation.

Sincerely,

*[signature]*

Randall W. Edwards
Partner
of O'MELVENY & MYERS LLP

cc:  Gary Klinger
     Partner
     Milberg Coleman Bryson Phillips Grossman, LLC