# EXHIBIT K



Neil Currie
Vice President
2355 Highway 36 W.
Suite 400
Roseville, MN 55113
Telephone: (612)332-6545
Fax: (612)342-2334

January 24, 2023

Gary M. Klinger, Esq.
Milberg Coleman Bryson Phillips Grossman, PLLC
221 West Monroe Street
Suite 2100
Chicago, IL 60606
Via Email to: gklinger@milberg.com

Randall W. Edwards, Esq.
O'Melveny & Myers, LLP
2 Embarcadero Center
28th Floor
San Francisco, CA 94411-3823
Via Email to: redwards@omm.com

Case Number: 01-22-0004-4024

Individual Claimants
-vs-
Samsung Electronics America, Inc

Dear Parties:

On January 18, 2023, the American Arbitration Association (AAA) advised the parties that these cases would be administratively closed. As part of our review, we have determined that Milberg, Coleman Bryson Phillips Grossman, PLLC will receive a refund of $20,400.00 and Robbins, Geller, Rudman, & Dowd, LLP will receive a refund in the amount of $18,200.00, that will be mailed from our New York office in approximately one week.

These individual cases have now been administratively closed.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the stated closing date.

Sincerely,
/s/
Victoria Chandler
Director of ADR Operations
Direct Dial: (612)278-5124
Email: VictoriaChandler@adr.org
Fax: (612)342-2334

cc: Jonathan B. Cohen, Esq.
Alexander K. McDonald
Christian K. Torres, Esq.
Stuart W. Davidson, Esq.
Ashley Pavel
Eric Ormsby, Esq.
Matthew Powers, Esq.
Mark J. Dearman