# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELANIE HOEG, ANGELA DAVIS, MELINDA GARCIA, and 1,025 OTHER INDIVIDUALS, | )<br>)<br>) |
| Petitioners, | ) Civil Action No. 1:23-cv-01951 |
| vs. | ) |
| SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD. (d/b/a Samsung Electronics America, Inc.), | )<br>)<br>)<br>) |
| Respondents. | ) |

**DECLARATION OF GARY M. KLINGER IN SUPPORT OF PETITIONERS' MOTION TO COMPEL ARBITRATION**

Declaration of Gary M. Klinger      1

## **DECLARATION OF GARY M. KLINGER**

1. I am an adult over the age of eighteen and a resident of Illinois, and counsel of record for Petitioners. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2. Attached as Exhibit P is a true and correct copy of Samsung's Motion to Compel Arbitration in *McDougall v. Samsung Elecs. Am., Inc.*, No. 1:23-cv-00168-LGS (S.D.N.Y. Apr. 11, 2023).

3. Attached as Exhibit Q is a true and correct copy of the Declaration of Nicole Cantwell iso Samsung's Motion to Compel Arbitration in *McDougall v. Samsung Elecs. Am., Inc.*, No. 1:23-cv-00168-LGS (S.D.N.Y. Apr. 11, 2023).

4. Attached as Exhibit R is a true and correct copy of the Declaration of Nicole Cantwell iso Samsung's Motion to Compel Arbitration in *G.T. v. Samsung Elecs. Am., Inc.,* No. 1:21-cv-04976 (N.D. Ill. Oct. 29, 2021).

5. Attached as Exhibit S is a true and correct copy of the Declaration of Nicole Cantwell iso Samsung's Motion to Compel Arbitration in *Vasadi v. Samsung Elecs. Am., Inc.*, No. 2:21-cv-10238 (D.N.J. Jul. 12, 2021).

6. Attached as Exhibit T is a true and correct copy of the Declaration of Tim Rowden iso Samsung's Motion to Compel Arbitration in *McNamara v. Samsung Telecomms. Am., LLC*, No. 1:14-cv-01676 (N.D. Ill. May 4, 2014) (exhibits omitted).

I declare under penalty of perjury under the laws of the United States and State of Illinois that the foregoing is true and correct.

Executed on May 4, 2023.

_____
GARY M. KLINGER