## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Melanie Hoeg, et al.

                              Plaintiff,

v.                                                  Case No.: 1:23−cv−01951

                                                              Honorable Jorge L. Alonso

Samsung Electronics America, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

      MINUTE entry before the Honorable Jorge L. Alonso: The parties' joint motion for extension of time [34] is granted. Respondents' motion to dismiss and response to the motion to compel shall be filed by 6/14/23; Petitioners' response to the motion dismiss and reply in support of their motion to compel shall be filed by 7/28/23; Respondents' reply in support of their motion to dismiss shall be filed by 8/28/23. The parties' request for an extension of the page limit is also granted. Respondents' motion to dismiss shall not exceed 20 pages; Respondents' response to Petitioners' motion to compel shall not exceed 35 pages; Petitioners' response to Respondents' motion to dismiss shall not exceed 20 pages; and Petitioners' reply in support of their motion to compel shall not exceed 35 pages. The hearing set for 6/1/23 is stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.