# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MELANIE HOEG, ANGELA DAVIS, MELINDA GARCIA, and 1,025 OTHER INDIVIDUALS, </br></br> Petitioners, </br></br> vs. </br></br> SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD. (d/b/a Samsung Electronics America, Inc.), </br></br> Respondents. | Civil Action No. 1:23-cv-01951 |

**SUPPLEMENTAL DECLARATION OF GARY M. KLINGER IN SUPPORT OF PETITIONERS' (1) OPPOSITION TO MOTION TO DISMISS, AND (2) REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION**

## DECLARATION OF GARY M. KLINGER

1. I am an adult over the age of eighteen and a resident of Illinois, and counsel of record for Petitioners. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2. Attached as Exhibit U is a true and correct copy of Samsung's Petition for Writ of Certiorari before the U.S. Supreme Court in *Samsung Telecommunications America, LLC and Samsung Electronics America, Inc. v. Daniel Norcia*, filed June 26, 2017.

3. Attached as Exhibit V is a list setting forth the names of the Petitioners identified by Samsung as being represented by Labaton Sucharow in *Wallrich v. Samsung Elecs. Am., Inc.*, No. 1:22-cv-05506 (N.D. Ill., filed Oct. 7, 2022) who will continue to be represented by counsel of record in the instant matter. I understand that Labaton Sucharow will no longer represent these individuals in *Wallrich*.

4. Attached as Exhibit W is a true and correct copy of the complete list of Petitioners remaining in this action (totaling 807 individuals). Exhibit W is intended to update and replace Exhibit A to the Petition to Compel Arbitration (Dkt. 1-1). The Petition is withdrawn as to all individuals omitted from this list.

5. Attached as Exhibit X is a true and copy of a compendium of 672 declarations submitted by Petitioners evidencing their assent to Samsung's arbitration agreement.

I declare under penalty of perjury under the laws of the United States and State of Illinois that the foregoing is true and correct.

Executed on July 28, 2023.

_____
GARY M. KLINGER