# Exhibit X

*807 Individual Petitioners, Case No. 1:23-cv-01951*

| No. | First Name | Last Name |
|---|---|---|
| No. 1 | Adam | Theobald |
| No. 2 | Adrienne | Jacquot |
| No. 3 | Affan | Tharani |
| No. 4 | Ahmad | Alexander |
| No. 5 | Aidan | Shillin |
| No. 6 | Airrin | Coy |
| No. 7 | Alan | Gredell |
| No. 8 | Albert | Dawood |
| No. 9 | Albert | Zaragoza |
| No. 10 | Aleksei | Brovikov |
| No. 11 | Alex | Schierer |
| No. 12 | Alexander | Lopez |
| No. 13 | Alexander | Stark |
| No. 14 | Alexandria | Richards |
| No. 15 | Alexandria | Yanders |
| No. 16 | Alexis | Hill |
| No. 17 | Alfredo | Molina |
| No. 18 | Alfredo | Reyes |
| No. 19 | Ali | Al-Sahili |
| No. 20 | Alicia | Florez |
| No. 21 | Alicia | Miller-Crosswell |
| No. 22 | Alisha | Goff |
| No. 23 | Alisha | Williams |
| No. 24 | Allison | Goodson |
| No. 25 | Allyse | Schiller |
| No. 26 | Amanda | Ipema |
| No. 27 | Amanda | Kirk |
| No. 28 | Amanda | Polk |
| No. 29 | Amber | Cotter |
| No. 30 | Amber | Smith |
| No. 31 | Amber | Taraszka |
| No. 32 | Amisha | Rama |
| No. 33 | Amorette | Groen |
| No. 34 | Amy | Brinkman |
| No. 35 | Amy | Damewood |
| No. 36 | Amy | Lander |
| No. 37 | Amy | Perino |
| No. 38 | Ana Maria | Martinez Montero |

| No. 39 | Andre | Harris |
|--------|-------|--------|
| No. 40 | Andre | Moten |
| No. 41 | Andre | Sims |
| No. 42 | Andrea | Buechsenschuetz |
| No. 43 | Andrea | Rosenbrock |
| No. 44 | Andrea | Ward |
| No. 45 | Andres | Quinones |
| No. 46 | Andrew | Fey |
| No. 47 | Andrew | Knight Jr |
| No. 48 | Andrew | McNett |
| No. 49 | Andrew | Meyer |
| No. 50 | Andrew | Pypno |
| No. 51 | Andrew | Schmitz |
| No. 52 | Andy | Wolf |
| No. 53 | Andy | Yuen |
| No. 54 | Anees | Nesamony |
| No. 55 | Angel | Blalock-Tidwell |
| No. 56 | Angel | Munoz |
| No. 57 | Angela | Davis |
| No. 58 | Angela | Harris |
| No. 59 | Angela | Homminga |
| No. 60 | Angela | Mcdonald |
| No. 61 | Angela | Shaffer |
| No. 62 | Angela | Sturges |
| No. 63 | Angela | Young |
| No. 64 | Angelina | Madrigal |
| No. 65 | Angelique | DeJesus |
| No. 66 | Angelique | Heckard |
| No. 67 | Angie | Affrunti |
| No. 68 | Anglean | Payton |
| No. 69 | Angshuman | Baruah |
| No. 70 | Ann | Gilliam |
| No. 71 | Anna | Doukas |
| No. 72 | Anna | Kulapina |
| No. 73 | Anne | Teutsch |
| No. 74 | Annette | Wingert |
| No. 75 | Anson | Babb |
| No. 76 | Anthony | Behrends |
| No. 77 | Anthony | Bollman |
| No. 78 | Anthony | Brown |
| No. 79 | Anthony | Cameron |
| No. 80 | Anthony | Conrad |
| No. 81 | Anthony | Gonzalez |

| No. 82 | Anthony | Harden |
| No. 83 | Anthony | Jackson |
| No. 84 | Anthony | Lentino |
| No. 85 | Anthony | Moses |
| No. 86 | Anthony | Pretto |
| No. 87 | Anthony | Vore |
| No. 88 | Archer | Dadpaas |
| No. 89 | Archie | Harris |
| No. 90 | Aric | Cardwell |
| No. 91 | Arika | Pettigrew |
| No. 92 | Ashaneke | McClain |
| No. 93 | Ashlee | Chladek |
| No. 94 | Ashley | Carter |
| No. 95 | Ashley | Friesz |
| No. 96 | Ashley | Krutsinger |
| No. 97 | Audrey | Bryant |
| No. 98 | Austin | Patterson |
| No. 99 | Avrom | Litin |
| No. 100 | Barbara | Bielach |
| No. 101 | Barbara | Markovitz |
| No. 102 | Barbara | Monson |
| No. 103 | Barbara | Walker |
| No. 104 | Barbara | Watley |
| No. 105 | Barry | Press |
| No. 106 | Belem | Lino |
| No. 107 | Ben | Winston |
| No. 108 | Benjamin | Halfar |
| No. 109 | Benjamin | Schwiderski |
| No. 110 | Bernadette | Knapik |
| No. 111 | Beth | Fusco |
| No. 112 | Betty | Rossiter |
| No. 113 | Bhavik | Patel |
| No. 114 | Bianca | Bess |
| No. 115 | Bianca | Reeves |
| No. 116 | Bilal | Malik |
| No. 117 | Billie | Quincy |
| No. 118 | Billy | Nash |
| No. 119 | Blair | Gray |
| No. 120 | Blair | Savage |
| No. 121 | Bobbette | Hicks |
| No. 122 | Bobbie | Bentley |
| No. 123 | Bobby | Sr |
| No. 124 | Bobby | Guy |

| No. 125 | Bobette | Staley |
| No. 126 | Bolivar | Guaman |
| No. 127 | Brandon | Hinke |
| No. 128 | Brandon | Scott |
| No. 129 | Brandy | Tarpinian |
| No. 130 | Breanna | Hurst |
| No. 131 | Brent | Beighley |
| No. 132 | Brent | Cameron |
| No. 133 | Brett | Downs |
| No. 134 | Brett | Nagl |
| No. 135 | Brian | Bogs |
| No. 136 | Brian | Johnson |
| No. 137 | Brian | Lopez |
| No. 138 | Brian | Mathias |
| No. 139 | Brittany | Banks |
| No. 140 | Brittany | Fox |
| No. 141 | Brittany | Kokas |
| No. 142 | Bryan | Marroquin |
| No. 143 | Caleb | Collines |
| No. 144 | Candace | Watkins |
| No. 145 | Candy | Mulica |
| No. 146 | carl | Schuenke |
| No. 147 | Carla | Taico |
| No. 148 | Carmen | Monique |
| No. 149 | Carol | Ferrari |
| No. 150 | Caroline | Morales |
| No. 151 | Carolyn | Marmion |
| No. 152 | Carolyn | Thompson |
| No. 153 | Carrah | Demos |
| No. 154 | Carrie | Stabenow |
| No. 155 | Carrington | Bush |
| No. 156 | Cassandra | Snyder |
| No. 157 | Cassandra | VanBibber |
| No. 158 | Catalina | Herrera |
| No. 159 | Chantel | Richard |
| No. 160 | Charisma | Wright |
| No. 161 | Charlene | Melton |
| No. 162 | Charles | Cuthbertson |
| No. 163 | Charles | Forsythe |
| No. 164 | Charles | Kimmel |
| No. 165 | Charles | Sims |
| No. 166 | Cheryl | Hernandez |
| No. 167 | Cheryl | Patterson |

| No. 168 | Cheryl | Ratulowski |
| No. 169 | Chon | Magee |
| No. 170 | Chris | Rinne |
| No. 171 | Chris | Smith |
| No. 172 | Chris | Stovall |
| No. 173 | Christian | Hoover |
| No. 174 | Christian | Saucedo |
| No. 175 | Christina | Montalvo |
| No. 176 | Christina | Pagan |
| No. 177 | Christina | Ragsdale |
| No. 178 | Christina | Reed |
| No. 179 | Christine | Kuttnauer |
| No. 180 | Christine | Nielsen |
| No. 181 | Christopher | Perez |
| No. 182 | Christopher | Sajpel |
| No. 183 | Christopher | Wills |
| No. 184 | Clynell | Mickey |
| No. 185 | Colin | Balsbaugh |
| No. 186 | Colleen | Benson |
| No. 187 | Colton | Griswald |
| No. 188 | Courtney | Howard |
| No. 189 | Courtney | Stevenson |
| No. 190 | Craig | Everhart |
| No. 191 | Craig | Mowers |
| No. 192 | Craig | Wiesenfarth |
| No. 193 | Cris | Myers |
| No. 194 | Cris | Roberts |
| No. 195 | Cristina | Calderon |
| No. 196 | Cynthia | Girouard |
| No. 197 | Cynthia | Hitchcock |
| No. 198 | Dahlia | Ortiz |
| No. 199 | Dakota | Mackall |
| No. 200 | Dale | Zeisset |
| No. 201 | Dalid | Mikho |
| No. 202 | Dallas | Miller |
| No. 203 | Dan | Moran |
| No. 204 | DaNeal | Adams |
| No. 205 | Dani | Juskiv |
| No. 206 | Daniel | Borke |
| No. 207 | Daniel | Brodin |
| No. 208 | Daniel | Coil |
| No. 209 | Daniel | Durkin |
| No. 210 | Daniel | Flores |

| No. 211 | Daniel | Garvin |
| No. 212 | Daniel | Luszowiak |
| No. 213 | Daniel | McGee |
| No. 214 | Daniel | Nagler |
| No. 215 | Daniel | Slack |
| No. 216 | Daniel | Tallarico |
| No. 217 | Daniel | Trujillo |
| No. 218 | Daniel | Yepez Perez |
| No. 219 | Danielle | Gregory |
| No. 220 | Danielle | King |
| No. 221 | Danielle | Winters |
| No. 222 | Danita | Rymek |
| No. 223 | Danny | Griffin |
| No. 224 | Danny | Wildman |
| No. 225 | Darcy | Kilka |
| No. 226 | Dario | Sanchez |
| No. 227 | Darius | Wilson |
| No. 228 | Darneice | Strozier |
| No. 229 | Darrin | Meyer |
| No. 230 | Darryll | Weinstock |
| No. 231 | Daryl | Richardson |
| No. 232 | Dave | Craglione |
| No. 233 | David | Adams |
| No. 234 | David | Cramer |
| No. 235 | David | Cusack |
| No. 236 | David | Price |
| No. 237 | David | Thomas |
| No. 238 | David | Vogwill |
| No. 239 | Dawn | Arians |
| No. 240 | Dawn | Williams |
| No. 241 | Debbie | Wike |
| No. 242 | Deborah | Johnson |
| No. 243 | Debra | Woodlief |
| No. 244 | Dedra | Garreffa |
| No. 245 | Deetreena | Perteet |
| No. 246 | Dennis | Karau |
| No. 247 | Derek | Van Wyhe |
| No. 248 | Donny | Dukes |
| No. 249 | Dorian | Davis |
| No. 250 | Douglas | Biller |
| No. 251 | Dudlita | Prewitt |
| No. 252 | Dustin | Smith |
| No. 253 | Dusty | Stamm |

| No. 254 | Eddie | Blanchett |
|---------|-------|-----------|
| No. 255 | Edmund | Czosek |
| No. 256 | Edward | Mcle |
| No. 257 | Edward | Wild |
| No. 258 | Eileen | Bacon |
| No. 259 | Eleanore | Skopek |
| No. 260 | Eleonora | Kozak |
| No. 261 | Elizabeth | Hatton |
| No. 262 | Elizabeth | Meyers |
| No. 263 | Elliot | Offenbach |
| No. 264 | Emil | Lach |
| No. 265 | Emiliano | Velazquez |
| No. 266 | Emily | Denbo |
| No. 267 | Emily | Williams |
| No. 268 | Enrique | Gaitan |
| No. 269 | Eric | Adams |
| No. 270 | Eric | Bowers |
| No. 271 | Eric | Buschick |
| No. 272 | Eric | Goldberg |
| No. 273 | Eric | Hofmann |
| No. 274 | Eric | Hollis |
| No. 275 | Eric | Howard |
| No. 276 | Eric | Peterman |
| No. 277 | Eric | Ross |
| No. 278 | Erica | Holmer |
| No. 279 | Erica | Mcdonald |
| No. 280 | Erica | Rojas |
| No. 281 | Ericka | Moore |
| No. 282 | Erik | Stokes |
| No. 283 | Erika | Rothbard |
| No. 284 | Erma | Taylor-Campbell |
| No. 285 | Ethel | Mccraley |
| No. 286 | Fabio | Mantoanelli |
| No. 287 | Faith | Bridges |
| No. 288 | Felicia | Bradford |
| No. 289 | Felicia | Haar |
| No. 290 | Felicia | Matthews |
| No. 291 | Felicia | Perteet |
| No. 292 | Filip | Romel |
| No. 293 | Fitzgerald | Jones |
| No. 294 | Flora | Coleman |
| No. 295 | Frank | Dutkovich |
| No. 296 | Frank | Zummo |

| No. 297 | Fred | Kappel |
|---|---|---|
| No. 298 | Fred | Thomas |
| No. 299 | Freddie | Dickerson |
| No. 300 | Frederick | Brunson |
| No. 301 | Funmi | Moka |
| No. 302 | Genaro | Trejo |
| No. 303 | Glendon | Hayes |
| No. 304 | Gloria | Aguirre |
| No. 305 | Grace | Alcaraz |
| No. 306 | Grace | Montalvo |
| No. 307 | Greer | Zummo |
| No. 308 | Greta | Moss |
| No. 309 | Gricelda | Duarte |
| No. 310 | Grzegorz | Milon |
| No. 311 | Guy | Merola |
| No. 312 | Hansel | Fritzgerald |
| No. 313 | Heather | Heihn |
| No. 314 | Heather | McMillan |
| No. 315 | Heather | Meyer |
| No. 316 | Hetal | Patel |
| No. 317 | Hilliary | Mitchell |
| No. 318 | Holly | Edwards |
| No. 319 | Ian | Ruggiero |
| No. 320 | Ioannis | Moraitis |
| No. 321 | Isaac | Brockman |
| No. 322 | Jackie | Burns |
| No. 323 | Jacob | Atkinson |
| No. 324 | Jacob | Pollock |
| No. 325 | Jacqueline | Coleman |
| No. 326 | Jaime | Albor |
| No. 327 | Jamal | Sally |
| No. 328 | James | Donovan |
| No. 329 | James | Hunter |
| No. 330 | James | McAdam |
| No. 331 | James | Miller |
| No. 332 | James | Smith |
| No. 333 | James | Snyder |
| No. 334 | Jamie | Deitcher |
| No. 335 | Jane | Hutton |
| No. 336 | Janet | Iler |
| No. 337 | Jason | Pemberton |
| No. 338 | Jason | Shaver |
| No. 339 | Jason | Tincher |

| No. 340 | Jason | Williams |
|---------|-------|----------|
| No. 341 | Jeanne | Rowe |
| No. 342 | Jeff | Aronson |
| No. 343 | Jeff | Dolce |
| No. 344 | Jeff | Fordice |
| No. 345 | Jeff | Murphy |
| No. 346 | Jeff | Werner |
| No. 347 | Jeffrey | Bessent |
| No. 348 | Jeffrey | Graf |
| No. 349 | Jeffrey | Santucci |
| No. 350 | Jenna | Hall |
| No. 351 | Jenna | Schnauber |
| No. 352 | jennifer | lewis |
| No. 353 | Jennifer | Mitchaner |
| No. 354 | Jennifer | Reed |
| No. 355 | Jennifer | Ross |
| No. 356 | Jennifer | Sanson |
| No. 357 | Jennifer | Wedeking |
| No. 358 | Jeremiah | Johnson |
| No. 359 | Jeremy | Bennett |
| No. 360 | Jeremy | Roth |
| No. 361 | Jermaine | Collins |
| No. 362 | Jerry | Haeffner |
| No. 363 | Jessica | Bingham |
| No. 364 | Jessica | Burt |
| No. 365 | Jesus | Espinoza |
| No. 366 | Jimmie | Williams Jr |
| No. 367 | JoANna | Callahan |
| No. 368 | Joe | DeSimone |
| No. 369 | Joe | McKee |
| No. 370 | John | Davis |
| No. 371 | John | Neeland |
| No. 372 | John | Parisi |
| No. 373 | John | Pruitt |
| No. 374 | John | Schaffer |
| No. 375 | Jon | Rohan |
| No. 376 | Jonathan | Murrie |
| No. 377 | Jordan | Gardner |
| No. 378 | Jorie | Palmer |
| No. 379 | Jose | Pacheco |
| No. 380 | Joseph | Benicky |
| No. 381 | Joseph | Richmond |
| No. 382 | Joshua | Diding |

| No. 383 | Joshua | Taapken |
|---------|--------|---------|
| No. 384 | Josiah | Norman |
| No. 385 | Joyce | Isaacs |
| No. 386 | Joyce | Koster |
| No. 387 | Juan | Carlstrom |
| No. 388 | Julie | Kilburg |
| No. 389 | Kaharie | Charles |
| No. 390 | Kalen | Booth |
| No. 391 | Kalib | Carter |
| No. 392 | Kalyb | Watkins |
| No. 393 | Kamil | Moskal |
| No. 394 | Karen | Czipo |
| No. 395 | Karen | Kalejs |
| No. 396 | Karen | Lawson |
| No. 397 | Karen | Ogden |
| No. 398 | Karla | Zamorano |
| No. 399 | Katelin | Stacey |
| No. 400 | Katherine | McGregor |
| No. 401 | Katherine | Morris |
| No. 402 | Kathleen | Comella |
| No. 403 | Kathleen | Smith |
| No. 404 | Kathryn | Hynes |
| No. 405 | Kathy | Reppin |
| No. 406 | Katrina | Johnson |
| No. 407 | Keith | Nowlan |
| No. 408 | Kelly | Lovett |
| No. 409 | Kevin | Miles |
| No. 410 | Kevin | Puma |
| No. 411 | Kevin | Rehlander |
| No. 412 | Kimberly | Britt |
| No. 413 | Kimberly | Everly |
| No. 414 | Kimberly | Ibarra |
| No. 415 | Kimberly | Podolak |
| No. 416 | Kisha | Roby |
| No. 417 | Kristin | Douglas |
| No. 418 | Kristin | Kick |
| No. 419 | Kristina | Boettcher |
| No. 420 | Kristofer | Schuldt |
| No. 421 | Krysta | McIntyre |
| No. 422 | Larry | Porter |
| No. 423 | Larry | Shafer |
| No. 424 | Lauire | Penman |
| No. 425 | Laura | Henneberry |

| No. 426 | Laura | Melendez |
| No. 427 | Laura | White |
| No. 428 | Laurel | Mercado |
| No. 429 | Lawrence | Higgins |
| No. 430 | Lawrence | Mcclellan |
| No. 431 | Lawrence | Turner |
| No. 432 | Leann | Beckman |
| No. 433 | Lee | Mcclendon |
| No. 434 | Lee | Shibley |
| No. 435 | Leif | Epperson |
| No. 436 | Leslie | Moore |
| No. 437 | Lexene | Miller |
| No. 438 | Lily | Estrada |
| No. 439 | Linda | Wong |
| No. 440 | Lindsey | Zwick |
| No. 441 | Lisa | McNanna |
| No. 442 | Lisa | Nance |
| No. 443 | Lorenzo | Segura |
| No. 444 | Loretta | Podeszwa |
| No. 445 | Louie | Sigalos |
| No. 446 | Louis | Caesar |
| No. 447 | Louis | Cirar |
| No. 448 | Lucia | Irwin |
| No. 449 | Lucinda | Smith |
| No. 450 | Luz | Stewart |
| No. 451 | Lynette | Spencer |
| No. 452 | M akiba | Hollins-Thomas |
| No. 453 | Marcin | Kozlowski |
| No. 454 | Marco | Sepulveda |
| No. 455 | Margaret | Davis |
| No. 456 | Maria | Olsen |
| No. 457 | Marie | Heuser |
| No. 458 | Marilyn | Mowder |
| No. 459 | Mario | Howard |
| No. 460 | Mark | Ick |
| No. 461 | Mark | Molnar |
| No. 462 | Mark | Parkey |
| No. 463 | Marlene | Allen |
| No. 464 | Marsha | Outly |
| No. 465 | Martha | DeLancey |
| No. 466 | Mary | Moore |
| No. 467 | Mary | Cleave |
| No. 468 | Matt | Hansen |

| No. 469 | Matt | Powell |
|---------|------|--------|
| No. 470 | Matthew | Calhoun |
| No. 471 | Matthew | McGowan |
| No. 472 | Maurice | Collins |
| No. 473 | Max | Rosner |
| No. 474 | Megan | Mowers |
| No. 475 | Melanie | Hoeg |
| No. 476 | Melinda | Garcia |
| No. 477 | Melissa | Gonzalez |
| No. 478 | Melissa | Hearn |
| No. 479 | Melissa | Kurtenbach |
| No. 480 | Melissa | Tanner |
| No. 481 | Micah | Tolbert |
| No. 482 | Michael | Barker |
| No. 483 | Michael | Carroll |
| No. 484 | Michael | Douglas |
| No. 485 | Michael | Mccarthy |
| No. 486 | Michael | Parrish |
| No. 487 | Michael | Shrpless |
| No. 488 | Michele | Miller |
| No. 489 | Michele | Rinehart |
| No. 490 | Michelle | Bohannon |
| No. 491 | Michelle | Gunning |
| No. 492 | Michelle | Matteson |
| No. 493 | Miguel | Alvarez |
| No. 494 | Miguel | Duarte |
| No. 495 | Mikahel | Jenkins |
| No. 496 | Mitchell | Buzzell |
| No. 497 | Moises | Olivan |
| No. 498 | Morgan | Enburg |
| No. 499 | Myranda | Smith |
| No. 500 | Natasha | Caudle |
| No. 501 | Neelu | Kalada |
| No. 502 | Nicholas | Campanella |
| No. 503 | Nicholas | Klein |
| No. 504 | Nicholas | Wittenbrink |
| No. 505 | Nicole | Boyer |
| No. 506 | Nicole | Mathias |
| No. 507 | Nicole | Migliore |
| No. 508 | Omar | Alhayek |
| No. 509 | Omar | Amaya |
| No. 510 | Pamela | Burditt |
| No. 511 | Pamela | Morgan |

| No. 512 | Patricia | Axelson |
| No. 513 | Patricia | Babbitt |
| No. 514 | patrick | Grady |
| No. 515 | Paul | Kisler |
| No. 516 | Philip | Varughese |
| No. 517 | Phyllis | Armour |
| No. 518 | Qiyuan | Zhou |
| No. 519 | Quittman | Farmer |
| No. 520 | Rachel | Maddox |
| No. 521 | Racine | Reynolds |
| No. 522 | Ralph | White |
| No. 523 | Rami | Said |
| No. 524 | Ramie | Ricksy |
| No. 525 | Randy | Kakara |
| No. 526 | Rashida | Carter |
| No. 527 | Raymundo | Salgado |
| No. 528 | Robert | Cochran |
| No. 529 | Robert | Fernandez |
| No. 530 | Robert J | Harvey Bey |
| No. 531 | Robert | Maxwell |
| No. 532 | Robert Scott | Swenson |
| No. 533 | Robert | Thomas |
| No. 534 | Roberta | Robbs |
| No. 535 | Robin | Zachary |
| No. 536 | Rode | Warchol |
| No. 537 | Rolanda | Fu |
| No. 538 | Ross | Tumbarello |
| No. 539 | Roy | Orr |
| No. 540 | Ryan | Boyd |
| No. 541 | Ryan | Finley |
| No. 542 | Samantha | Hill |
| No. 543 | Samantha | Roberts |
| No. 544 | Samantha | Sanchez |
| No. 545 | Sara | Blair |
| No. 546 | Sarah | Moore |
| No. 547 | Sarah | Ognibene |
| No. 548 | Sarah | Stone |
| No. 549 | Scot | Romack |
| No. 550 | Scott | Punke |
| No. 551 | Scott | Venard |
| No. 552 | Sean | Bennett |
| No. 553 | Shannon | Gross |
| No. 554 | Shannon | Oliva |

| No. 555 | Sharon | Jones |
| No. 556 | Shawntay | Emery |
| No. 557 | Sheila | Miller |
| No. 558 | Shelley | Glover-Williams |
| No. 559 | Sherry | Augenstein |
| No. 560 | Sommer | Gilker |
| No. 561 | Spencer | Shanks |
| No. 562 | Stephanie | Benavente |
| No. 563 | Stephanie | Breeze |
| No. 564 | Stephanie | Maritato |
| No. 565 | Stephen | Alvin |
| No. 566 | Stephen | Foley |
| No. 567 | Stephen | Nawrocki |
| No. 568 | Steve | Kosior |
| No. 569 | Steven | Mowers |
| No. 570 | Steven | Russell |
| No. 571 | Steven | Warren |
| No. 572 | Stuart | Hermodson |
| No. 573 | Suzan | Armstrong |
| No. 574 | Suzanne | Jacobs |
| No. 575 | Sydnie | Neblock |
| No. 576 | Tabatha | Taggart |
| No. 577 | Tenoch | Abarca |
| No. 578 | Terri | Cacioppo |
| No. 579 | Terry | Russell |
| No. 580 | Thaddeus | Scott |
| No. 581 | Tiffie | Johnson |
| No. 582 | Timothy | Cordani |
| No. 583 | Tina | Lewis |
| No. 584 | Tina | McLees |
| No. 585 | Tina | Sorrells |
| No. 586 | Todd | Woodrow |
| No. 587 | Toquetta | Murry |
| No. 588 | Tracey | Johnson |
| No. 589 | Tyron | Tipton |
| No. 590 | Valerie | Zeisset |
| No. 591 | Vanessa | Vasile-Johnson |
| No. 592 | Vasiliki | Dremonas |
| No. 593 | Vernon | Boyd |
| No. 594 | Viola | Morrison |
| No. 595 | Virgen | Cruzado |
| No. 596 | Virginia | Thompson |
| No. 597 | Vishal | Shah |

| No. 598 | Walter | Garmon |
| No. 599 | Walter | Miller |
| No. 600 | Wanda | Maysonet |
| No. 601 | Wanda | Pulliam |
| No. 602 | Warren | Barnett |
| No. 603 | Wayne | Bartosiak |
| No. 604 | Wayne | Majors |
| No. 605 | Wendi | Lindley |
| No. 606 | Wendy | Brimm |
| No. 607 | Wilbert | Taylor Jr |
| No. 608 | Will | Mcclung |
| No. 609 | Will | Moffett |
| No. 610 | Will | Reynolds |
| No. 611 | William | Berry |
| No. 612 | William | Campbell |
| No. 613 | William | Colman |
| No. 614 | William | Ehnert |
| No. 615 | William | Ewell |
| No. 616 | William | Gordon |
| No. 617 | William | Green |
| No. 618 | William | Hanson |
| No. 619 | William | Hay |
| No. 620 | William | Hudson |
| No. 621 | William | Kraklau |
| No. 622 | William | Madley |
| No. 623 | William | Moore |
| No. 624 | William | Nicholson |
| No. 625 | William | Rodriguez |
| No. 626 | William | Sahagian |
| No. 627 | William | Shephard |
| No. 628 | William | Stafford |
| No. 629 | William | Stelzer |
| No. 630 | Wilma | Shaw |
| No. 631 | Yolanda | Moore |
| No. 632 | Yosari | Garcia |
| No. 633 | Zach | Kolozsy |
| No. 634 | Zachary | Broshous |
| No. 635 | Zachary | Schuetz |
| No. 636 | Zoila | Sanchez |
| No. 637 | Aaron | O'Claire |
| No. 638 | Abiezer | Molina |
| No. 639 | Adam | Barnhart |
| No. 640 | Adam | Barr |

| No. 641 | Adam | Juodis |
|---------|------|--------|
| No. 642 | Adam | Nicolai |
| No. 643 | Adam | Soyak |
| No. 644 | Jeffrey | Bessent |
| No. 645 | John | Salata |
| No. 646 | Julio | Diaz |
| No. 647 | Keith | Nowlan |
| No. 648 | Laura | White |
| No. 649 | Linda | Thompson |
| No. 650 | Marguerite | Kurowski |
| No. 651 | Patrick | Moore |
| No. 652 | Ramie | Ricksy |
| No. 653 | Rita | Smith |
| No. 654 | Sharon | Moss |
| No. 655 | Shawn | Prate |
| No. 656 | Shayna | Muench |
| No. 657 | Sommer | Gilker |
| No. 658 | Stephanie | Brown |
| No. 659 | Stephen | McMillen |
| No. 660 | Tony | Gagliano |
| No. 661 | Adam | Key |
| No. 662 | Ahlem | Tekamera |
| No. 663 | Amanda | Hamilton |
| No. 664 | Andrea | Holloway |
| No. 665 | Angela | Leonard |
| No. 666 | Barabar | Watley |
| No. 667 | Billie Jo | Quincy |
| No. 668 | Courtney | Stevenson |
| No. 669 | Daniel | Durkin |
| No. 670 | Enrique | Gaitan |
| No. 671 | Eric | Howard |
| No. 672 | Jacqueline | Bishop |

DECLARATION OF Aaron O'Claire

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Aaron O'Claire

DECLARATION OF Abiezer Molina

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Posen, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Abiezer Molina



DECLARATION OF Adam Barnhart

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Montgomery, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Adam Barnhart

<u>DECLARATION OF Adam Barr</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cobden, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Adam Barr

DECLARATION OF Adam Juodis

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Saint Charles, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Adam Juodis

## DECLARATION OF ADAM KEY

1.     I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.     I've used a Samsung Galaxy smartphone ("Smartphone") model S7 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.     I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.     I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.     Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___Jun 29, 2023___.

_Adam Key_
Adam Key (Jun 29, 2023 14:15 CDT)

Adam Key

# Update: Samsung Declaration Adam Key

Final Audit Report                                        2023-06-29

| | |
|---|---|
| Created: | 2023-06-29 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAbXS-xZ_EprVNV-T42luczGbiyc7Ew9Cr |

## "Update: Samsung Declaration Adam Key" History

Document created by Christian Torres (ctorres@milberg.com)
2023-06-29 - 7:05:03 PM GMT

Document emailed to adampkey@gmail.com for signature
2023-06-29 - 7:05:48 PM GMT

Email viewed by adampkey@gmail.com
2023-06-29 - 7:11:54 PM GMT

Signer adampkey@gmail.com entered name at signing as Adam Key
2023-06-29 - 7:15:11 PM GMT

Document e-signed by Adam Key (adampkey@gmail.com)
Signature Date: 2023-06-29 - 7:15:13 PM GMT - Time Source: server

Agreement completed.
2023-06-29 - 7:15:13 PM GMT

**Adobe Acrobat Sign**

DECLARATION OF Adam Nicolai

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lombard, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Adam Nicolai

<u>DECLARATION OF Adam Soyak</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Lennox , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Adam Soyak

Adam Soyak

<u>DECLARATION OF Adam Theobald</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Batavia, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Adam Theobald

<u>DECLARATION OF Adrienne Jacquot</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Basco, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Adrienne Jacquot

DECLARATION OF Affan Tharani

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carol Stream, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Affan Tharani

## DECLARATION OF ___Ahlem Tekamera___

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of ___Lombard___, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___07/23/2023___.

_____

Ahlem Tekamera

Zoho Sign Document ID: 2B9B108F-8Q5DV95ENXIVUT5R-R_HBVQCR1JVYJRT6YFABZCJEZQ

## DECLARATION OF   Ahlem Tekamera

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of ___Lombard_____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___07/23/2023_____.

_____

Ahlem Tekamera

DECLARATION OF Ahmad Alexander

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ahmad Alexander

<u>DECLARATION OF Aidan Shillin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Schaumburg , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Aidan Shillin

DECLARATION OF Airrin Coy

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Forreston, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Airrin Coy

DECLARATION OF Alan Gredell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Des Plaines, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Alan Gredell

Alan L Gredell

DECLARATION OF Albert Dawood

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Niles, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Albert Dawood

_Albert Dawod_

DECLARATION OF Albert Zaragoza

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chebanse, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Albert Zaragoza

<u>DECLARATION OF Aleksei Brovikov</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elmwood Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Aleksei Brovikov

<u>DECLARATION OF Alex Schierer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Princeville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/15/2023

Alex Schierer

<u>DECLARATION OF Alexander Lopez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Alexander Lopez

DECLARATION OF Alexander Stark

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Richmond, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Alexander Stark

<u>DECLARATION OF Alexandria Richards</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bradley, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Alexandria Richards

DECLARATION OF Alexandria Yanders

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sidney, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Alexandria Yanders

DECLARATION OF Alexis Hill

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Alexis Hill

DECLARATION OF Alfredo Molina

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Alfredo Molina

<u>DECLARATION OF Alfredo Reyes</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Alfredo Reyes

DECLARATION OF Ali Al-Sahili

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Ali Al-Sahili

DECLARATION OF Alicia Florez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wilmington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Alicia Florez

DECLARATION OF Alicia Miller-Crosswell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in West Chester, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Alicia Miller-Crosswell

DECLARATION OF Alisha Goff

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lawrenceville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Alisha Goff

DECLARATION OF Alisha Williams

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Alisha Williams

<u>DECLARATION OF Allison Goodson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Allison Goodson

<u>DECLARATION OF Allyse Schiller</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Allyse Schiller

## DECLARATION OF _____

1.     I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.     I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.     I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.     I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.     Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___ _____ _____.

_____

DECLARATION OF Amanda Ipema

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Midlothian, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Amanda Ipema

<u>DECLARATION OF Amanda Kirk</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lisle, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Amanda Kirk

DECLARATION OF Amanda Polk

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rantoul, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Amanda Polk

## DECLARATION OF Amber Cotter

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carpentersville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Amber Cotter

DECLARATION OF Amber Smith

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Amber Smith

DECLARATION OF Amber Taraszka

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Crystal Lake, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Amber Taraszka

DECLARATION OF Amisha Rama

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Evergreen Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Amisha Rama

<u>DECLARATION OF Amorette Groen</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sterling, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Amorette Groen

<u>DECLARATION OF Amy Brinkman</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Collinsville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Amy Brinkman

<u>DECLARATION OF Amy Damewood</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Walnut, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Amy Damewood

<u>DECLARATION OF Amy Lander</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Davis, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Amy Lander

<u>DECLARATION OF Amy Perino</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glen Ellyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Amy Perino

DECLARATION OF Ana Maria Martinez Montero

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in East Saint Louis, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ana Maria Martinez Montero

<u>DECLARATION OF Andre Harris</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago Ridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Andre Harris

DECLARATION OF Andre Moten

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bolingbrook, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Andre Moten

*Andre Moten*

DECLARATION OF Andre Sims

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Andre Sims

DECLARATION OF Andrea Buechsenschuetz

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carbondale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Andrea Buechsenschuetz

DECLARATION OF Andrea Holloway

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Homewood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/27/2023

Andrea Holloway

DECLARATION OF Andrea Rosenbrock

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chebanse, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Andrea Rosenbrock

DECLARATION OF Andrea Ward

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Andrea Ward

DECLARATION OF Andres Quinones

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in South Elgin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Andres Quinones

<u>DECLARATION OF Andrew Fey</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Riverton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Andrew Fey

*Andrew Frey*

DECLARATION OF Andrew Knight Jr

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in South Collin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Andrew Knight Jr

*Andrew Knight*

<u>DECLARATION OF Andrew McNett</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Andrew McNett

<u>DECLARATION OF Andrew Meyer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Evergreen Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Andrew Meyer

<u>DECLARATION OF Andrew Pypno</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peru, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Andrew Pypno

*Andrew Pypno*

DECLARATION OF Andrew Schmitz

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rushville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Andrew Schmitz

DECLARATION OF Andy Wolf

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Andy Wolf

<u>DECLARATION OF Andy Yuen</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Andy Yuen

<u>DECLARATION OF Anees Nesamony</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Anees Nesamony

DECLARATION OF Angel Blalock-Tidwell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Angel Blalock-Tidwell

<u>DECLARATION OF Angel Munoz</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Angel Munoz



<u>DECLARATION OF Angela Davis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Girard, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Angela Davis

DECLARATION OF Angela Harris

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kankakee, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Angela Harris

DECLARATION OF Angela Homminga

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Murphysboro, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Angela Homminga



DECLARATION OF Angela Leonard

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/28/2023

Angela Leonard

DECLARATION OF Angela Mcdonald

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Riverdale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Angela Mcdonald

DECLARATION OF Angela Shaffer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Quincy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Angela Shaffer

<u>DECLARATION OF Angela Sturges</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lynwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Angela Sturges

*Angela Sturges*

DECLARATION OF Angela Young

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Angela Young

DECLARATION OF Angelina Madrigal

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/06/2023

Angelina Madrigal

DECLARATION OF Angelique DeJesus

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Angelique DeJesus

<u>DECLARATION OF Angelique Heckard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Angelique Heckard

DECLARATION OF Angie Affrunti

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lockport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Angie Affrunti

DECLARATION OF Anglean Payton

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in ROCKDALE, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Anglean Payton

Anglean Payton

DECLARATION OF Angshuman Baruah

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Champagne, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Angshuman Baruah

<u>DECLARATION OF Ann Gilliam</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ava, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Ann Gilliam

DECLARATION OF Anna Doukas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

    Executed on 06/28/2023

                                                                            Anna Doukas

DECLARATION OF Anna Kulapina

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mount Prospect, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Anna Kulapina

DECLARATION OF Anne Teutsch

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Danvers, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/11/2023

Anne Teutsch

DECLARATION OF Annette Wingert

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rock Island, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Annette Wingert

<u>DECLARATION OF Anson Babb</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Romeoville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Anson Babb

<u>DECLARATION OF Anthony Behrends</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Deerfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Anthony Behrends

DECLARATION OF Anthony Bollman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Walnut, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Anthony Bollman

<u>DECLARATION OF Anthony Brown</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Anthony Brown

DECLARATION OF Anthony Cameron

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Country Club Hills, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Anthony Cameron

DECLARATION OF Anthony Conrad

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Anthony Conrad

<u>DECLARATION OF Anthony Gonzalez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Anthony Gonzalez

DECLARATION OF Anthony Harden

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Anthony Harden

DECLARATION OF Anthony Jackson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Anthony Jackson

DECLARATION OF Anthony Lentino

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elgin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Anthony Lentino

DECLARATION OF Anthony Moses

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Riverdale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Anthony Moses

*Anthony Moses*

<u>DECLARATION OF Anthony Pretto</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Lenox, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Anthony Pretto

<u>DECLARATION OF Anthony Vore</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Fairfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Anthony Vore

<u>DECLARATION OF Archer Dadpaas</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Plainfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Archer Dadpaas

<u>DECLARATION OF Archie Harris</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Archie Harris

*Archibald Thomas Harris*

<u>DECLARATION OF Aric Cardwell</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Aric Cardwell

DECLARATION OF Arika Pettigrew

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Matteson, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/30/2023

Arika Pettigrew

<u>DECLARATION OF Ashaneke McClain</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wood River, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Ashaneke McClain

DECLARATION OF Ashlee Chladek

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Champaign, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ashlee Chladek

<u>DECLARATION OF Ashley Carter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ashley Carter

<u>DECLARATION OF Ashley Friesz</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Galesburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Ashley Friesz

<u>DECLARATION OF Ashley Krutsinger</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Salem, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/19/2023

Ashley Krutsinger

_____

<u>DECLARATION OF Audrey Bryant</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hampshire, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Audrey Bryant

<u>DECLARATION OF Austin Patterson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Austin Patterson

<u>DECLARATION OF Avrom Litin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Avrom Litin

**DECLARATION OF** _____T20230728_____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in ___Chicago___, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___Jul 28, 2023___.

_barbara watley_
barbara watley (Jul 28, 2023 09:15 CDT)

Barbara Watley

# Samsung Galaxy BIPA Declaration T20230728

Final Audit Report · 2023-07-28

| | |
|---|---|
| Created: | 2023-07-28 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAw3xcbM2b85htOuKGCRg5EXR4_J_Ekhxg |

## "Samsung Galaxy BIPA Declaration T20230728" History

Document created by Christian Torres (ctorres@milberg.com)
2023-07-28 - 11:54:26 AM GMT

Document emailed to barbarawatley@yahoo.com for signature
2023-07-28 - 11:54:56 AM GMT

Email viewed by barbarawatley@yahoo.com
2023-07-28 - 2:11:41 PM GMT

Signer barbarawatley@yahoo.com entered name at signing as barbara watley
2023-07-28 - 2:16:57 PM GMT

Document e-signed by barbara watley (barbarawatley@yahoo.com)
Signature Date: 2023-07-28 - 2:16:59 PM GMT - Time Source: server

Agreement completed.
2023-07-28 - 2:16:59 PM GMT

Adobe Acrobat Sign

DECLARATION OF Barbara Bielach

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wood Dale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Barbara Bielach

<u>DECLARATION OF Barbara Markovitz</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Skokie, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Barbara Markovitz

DECLARATION OF Barbara Monson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Catlin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Barbara Monson

<u>DECLARATION OF Barbara Walker</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Barbara Walker

<u>DECLARATION OF Barbara Watley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Barbara Watley



DECLARATION OF Barry Press

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Barry Press

DECLARATION OF Belem Lino

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Harwood Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Belem Lino



DECLARATION OF Ben Winston

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Beach Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Ben Winston

<u>DECLARATION OF Benjamin Halfar</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Champaign, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Benjamin Halfar

DECLARATION OF Benjamin Schwiderski

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Washington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Benjamin Schwiderski

DECLARATION OF Bernadette Knapik

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Indian Head Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Bernadette Knapik

DECLARATION OF Beth Fusco

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Roundlake, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Beth Fusco

<u>DECLARATION OF Betty Rossiter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Macomb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Betty Rossiter

DECLARATION OF Bhavik Patel

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bloomingdale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Bhavik Patel

DECLARATION OF Bianca Bess

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Steger, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Bianca Bess

DECLARATION OF Bianca Reeves

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Bianca Reeves

*Bianca Reeves*

<u>DECLARATION OF Bilal Malik</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Northbrook, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Bilal Malik

*Bilal Malik*

## DECLARATION OF  Billie Jo Quincy

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in  Beardstown , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on  Jul 28, 2023 .

Billie Jo Quincy
Billie Jo Quincy (Jul 28, 2023 08:27 CDT)

# Samsung Galaxy BIPA Declaration T20230728

Final Audit Report                                                      2023-07-28

| | |
|---|---|
| Created: | 2023-07-28 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA6lLqq9LSA7VRHmondnO_5wYmH342KZoa |

## "Samsung Galaxy BIPA Declaration T20230728" History

📄 Document created by Christian Torres (ctorres@milberg.com)
   2023-07-28 - 12:55:28 PM GMT

✉ Document emailed to misscharlie113001@yahoo.com for signature
   2023-07-28 - 12:56:50 PM GMT

📄 Email viewed by misscharlie113001@yahoo.com
   2023-07-28 - 1:10:43 PM GMT

✅ Signer misscharlie113001@yahoo.com entered name at signing as Billie Jo Quincy
   2023-07-28 - 1:27:14 PM GMT

✅ Document e-signed by Billie Jo Quincy (misscharlie113001@yahoo.com)
   Signature Date: 2023-07-28 - 1:27:16 PM GMT - Time Source: server

✅ Agreement completed.
   2023-07-28 - 1:27:16 PM GMT

**Adobe Acrobat Sign**

<u>DECLARATION OF Billie Jo Quincy</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Beardstown, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Billie Jo Quincy

<u>DECLARATION OF Billy Nash</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Urbana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Billy Nash

<u>DECLARATION OF Blair Gray</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oswego, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Blair Gray

<u>DECLARATION OF Blair Savage</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Blair Savage

<u>DECLARATION OF Bobbette Hicks</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Bobbette Hicks

<u>DECLARATION OF Bobbie Bentley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Flora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Bobbie Bentley

DECLARATION OF Bobby Ellis Sr

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Swansea, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Bobby Ellis Sr

<u>DECLARATION OF Bobby Guy</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pekin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Bobby Guy

DECLARATION OF Bobette Staley

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carol Stream, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Bobette Staley

DECLARATION OF Bolivar Guaman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Bolivar Guaman

DECLARATION OF Brandon Hinke

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Brandon Hinke

<u>DECLARATION OF Brandon Scott</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rankin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Brandon Scott

*Brandon Scott*

<u>DECLARATION OF Brandy Tarpinian</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Winnebago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Brandy Tarpinian

DECLARATION OF Breanna Hurst

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Springfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Breanna Hurst

<u>DECLARATION OF Brent Beighley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Luka, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Brent Beighley

<u>DECLARATION OF Brent Cameron</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hampshire, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/02/2023

Brent Cameron

<u>DECLARATION OF Brett Downs</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Granite city, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/01/2023

Brett Downs

<u>DECLARATION OF Brett Nagl</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Westchester, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Brett Nagl

<u>DECLARATION OF Brian Bogs</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lansing, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Brian Bogs

DECLARATION OF Brian Johnson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Beecher, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Brian Johnson

<u>DECLARATION OF Brian Lopez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in East Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Brian Lopez

DECLARATION OF Brian Mathias

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Brian Mathias

DECLARATION OF Brittany Banks

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Brittany Banks

DECLARATION OF Brittany Fox

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Brittany Fox

<u>DECLARATION OF Brittany Kokas</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rushville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Brittany Kokas

*Brittany kokas*

DECLARATION OF Bryan Marroquin

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/15/2023

Bryan Marroquin

<u>DECLARATION OF Caleb Collines</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Caleb Collines

<u>DECLARATION OF Candace Watkins</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Candace Watkins

Candace Watkins

DECLARATION OF Candy Mulica

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rock Island, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Candy Mulica

*Candy Barrell*

<u>DECLARATION OF carl Schuenke</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mchenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

carl Schuenke

DECLARATION OF Carla Taico

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bolingbrook, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Carla Taico

DECLARATION OF Carmen Monique

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/04/2023

Carmen Monique

DECLARATION OF Carol Ferrari

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Harrin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Carol Ferrari

<u>DECLARATION OF Caroline Morales</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lockport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Caroline Morales

DECLARATION OF Carolyn Marmion

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pekin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Carolyn Marmion

DECLARATION OF Carolyn Thompson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Carolyn Thompson

Carolyn Thompson

DECLARATION OF Carrah Demos

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palatine, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Carrah Demos

DECLARATION OF Carrie Stabenow

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Carrie Stabenow

DECLARATION OF Carrington Bush

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bourbonnais, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Carrington Bush

Carrington Bush

<u>DECLARATION OF Cassandra Snyder</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Cassandra Snyder

<u>DECLARATION OF Cassandra VanBibber</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Machesney Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Cassandra VanBibber

<u>DECLARATION OF Catalina Herrera</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Catalina Herrera

*Catalina Herrera*

<u>DECLARATION OF Chantel Richard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Havana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Chantel Richard

DECLARATION OF Charisma Wright

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/10/2023

Charisma Wright

DECLARATION OF Charlene Melton

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Morrison, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Charlene Melton

<u>DECLARATION OF Charles Cuthbertson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Machesney Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Charles Cuthbertson

<u>DECLARATION OF Charles Forsythe</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Charles Forsythe

<u>DECLARATION OF Charles Kimmel</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Charleston, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Charles Kimmel

*Charles kimmel*

<u>DECLARATION OF Charles Sims</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pittsburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Charles Sims

DECLARATION OF Cheryl Hernandez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Cheryl Hernandez

*Cheryl Hernandez*

DECLARATION OF Cheryl Patterson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Tinley Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Cheryl Patterson

<u>DECLARATION OF Cheryl Ratulowski</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Cheryl Ratulowski

<u>DECLARATION OF Chon Magee</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Chon Magee

*Choneal Magee*

DECLARATION OF Chris Rinne

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Creve Coeur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Chris Rinne

<u>DECLARATION OF Chris Smith</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Albers, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Chris Smith

<u>DECLARATION OF Chris Stovall</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Chris Stovall

<u>DECLARATION OF Christian Hoover</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in McHenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Christian Hoover

*Christian Hoover*

<u>DECLARATION OF Christian Saucedo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Christian Saucedo

<u>DECLARATION OF Christina Montalvo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

   Executed on 06/27/2023

                                                                        Christina Montalvo

                                                                        *Christina Montalvo*

<u>DECLARATION OF Christina Pagan</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Christina Pagan

<u>DECLARATION OF Christina Ragsdale</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Alton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Christina Ragsdale

DECLARATION OF Christina Reed

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Christina Reed

<u>DECLARATION OF Christine Kuttnauer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elgin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Christine Kuttnauer

DECLARATION OF Christine Nielsen

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Christine Nielsen

*Christine Nielsen*

<u>DECLARATION OF Christopher Perez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wheeling, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Christopher Perez

<u>DECLARATION OF Christopher Sajpel</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Lenox, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Christopher Sajpel

<u>DECLARATION OF Christopher Wills</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Troy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.


I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Christopher Wills

<u>DECLARATION OF Clynell Mickey</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Arlington Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Clynell Mickey

<u>DECLARATION OF Colin Balsbaugh</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Urbana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Colin Balsbaugh

DECLARATION OF Colleen Benson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Braidwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Colleen Benson

DECLARATION OF Colton Griswald

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Momence, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Colton Griswald

*Colton Griswold*

<u>DECLARATION OF Courtney Howard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Courtney Howard

<u>DECLARATION OF Courtney Stevenson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Crystal Lake, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Courtney Stevenson

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

<u>DECLARATION OF Craig Everhart</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Addison, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Craig Everhart

DECLARATION OF Craig Mowers

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Craig Mowers

<u>DECLARATION OF craig wiesenfarth</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Tinley Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

craig wiesenfarth

_Craig Wiesenfarth_

<u>DECLARATION OF Cris Myers</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Dekalb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Cris Myers

<u>DECLARATION OF Cris Roberts</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Willow Spring, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Cris Roberts

DECLARATION OF Cristina Calderon

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in BLUE ISLAND, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Cristina Calderon

*Cristina Calderon*

<u>DECLARATION OF Cynthia Girouard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kinmundy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Cynthia Girouard

DECLARATION OF Cynthia Hitchcock

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mattoon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Cynthia Hitchcock

DECLARATION OF Dahlia Ortiz

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Niles Il, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Dahlia Ortiz

DECLARATION OF Dakota Mackall

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Warren, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Dakota Mackall

DECLARATION OF Dale Zeisset

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Waterloo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/12/2023

Dale Zeisset

<u>DECLARATION OF DALID MIKHO</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Arlington Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

DALID MIKHO

<u>DECLARATION OF Dallas Miller</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wheaton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Dallas Miller

DECLARATION OF Dan Moran

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lockport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Dan Moran

DECLARATION OF DaNeal Adams

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oswego, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

DaNeal Adams

DECLARATION OF Dani Juskiv

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Princeville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/11/2023

Dani Juskiv

DECLARATION OF Daniel Borke

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ingleside, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel Borke

<u>DECLARATION OF Daniel Brodin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Berwyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel Brodin

<u>DECLARATION OF Daniel Coil</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in La Grange Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel Coil

*Daniel J. Coil*

<u>DECLARATION OF Daniel Durkin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mokena, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Daniel Durkin

_Dan Durkin_

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

<u>DECLARATION OF Daniel Flores</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel Flores

*Daniel Flores*

<u>DECLARATION OF Daniel Garvin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Matteson, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Daniel Garvin

<u>DECLARATION OF Daniel Luszowiak</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rolling Meadows, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel Luszowiak

<u>DECLARATION OF Daniel McGee</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Daniel McGee

DECLARATION OF Daniel Nagler

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Daniel Nagler

<u>DECLARATION OF Daniel Slack</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Champaign, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Daniel Slack

DECLARATION OF Daniel Tallarico

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Daniel Tallarico

<u>DECLARATION OF Daniel Trujillo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mchenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Daniel Trujillo

<u>DECLARATION OF Daniel Yepez Perez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Daniel Yepez Perez

<u>DECLARATION OF Danielle Gregory</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Danielle Gregory

<u>DECLARATION OF Danielle King</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Breese, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Danielle King

DECLARATION OF Danielle Winters

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Berwyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Danielle Winters

<u>DECLARATION OF Danita Rymek</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Danita Rymek

<u>DECLARATION OF Danny Griffin</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Crete, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Danny Griffin

DECLARATION OF Danny Wildman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mattoon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Danny Wildman

<u>DECLARATION OF Darcy Kilka</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Darcy Kilka

*Darcy Klika*

<u>DECLARATION OF Dario Sanchez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mount Prospect, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Dario Sanchez

DECLARATION OF Darius Wilson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/13/2023

Darius Wilson

DECLARATION OF Darneice Strozier

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Darneice Strozier

DECLARATION OF Darrin Meyer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Algonquin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/13/2023

Darrin Meyer

*Darrin Meyer*

DECLARATION OF Darryll Weinstock

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Anntioch, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Darryll Weinstock

<u>DECLARATION OF Daryl Richardson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hillside, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Daryl Richardson

*Daryl Richardson*

<u>DECLARATION OF Dave Craglione</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lombard, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Dave Craglione

*David Craglione*

DECLARATION OF David Adams

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Crete, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

David Adams

DECLARATION OF David Cramer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Decatur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

David Cramer

*David Cramer*

<u>DECLARATION OF David Cusack</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

David Cusack

<u>DECLARATION OF David Price</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Washington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

David Price

<u>DECLARATION OF David Thomas</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Marion, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

David Thomas

DECLARATION OF David Vogwill

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in CHICAGO, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

David Vogwill

<u>DECLARATION OF Dawn Arians</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sterling, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Dawn Arians

<u>DECLARATION OF Dawn Williams</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Maywood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Dawn Williams

<u>DECLARATION OF Debbie Wike</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Debbie Wike

DECLARATION OF Deborah Johnson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kewanee, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Deborah Johnson

<u>DECLARATION OF Debra Woodlief</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in McHenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Debra Woodlief

<u>DECLARATION OF Dedra Garreffa</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mchenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Dedra Garreffa

DECLARATION OF Deetreena Perteet

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Deetreena Perteet

DECLARATION OF Dennis Karau

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Dennis Karau

DECLARATION OF Derek Van Wyhe

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hoffman Estates, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Derek Van Wyhe

DECLARATION OF Donny Dukes

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Donny Dukes

<u>DECLARATION OF Dorian Davis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Dorian Davis

DECLARATION OF Douglas Biller

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Milledgevillle, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Douglas Biller

DECLARATION OF Dudlita Prewitt

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Dudlita Prewitt

<u>DECLARATION OF Dustin Smith</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pontoon Beach, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Dustin Smith

DECLARATION OF Dusty Stamm

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Swansea, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Dusty Stamm

<u>DECLARATION OF Eddie Blanchett</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Quincy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Eddie Blanchett

DECLARATION OF Edmund Czosek

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mchenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Edmund Czosek

DECLARATION OF Edward Mcle

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cambridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Edward Mcle

<u>DECLARATION OF Edward Wild</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Westmont, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Edward Wild

*Edward Wild*

DECLARATION OF Eileen Bacon

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kingston, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Eileen Bacon

<u>DECLARATION OF Eleanore Skopek</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Eleanore Skopek

<u>DECLARATION OF Eleonora Kozak</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Schaumburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Eleonora Kozak

DECLARATION OF Elizabeth Hatton

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in DeKalb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/21/2023

Elizabeth Hatton

DECLARATION OF Elizabeth Meyers

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Summit Argo , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Elizabeth Meyers

*Elizabeth Meyers*

<u>DECLARATION OF Elliot Offenbach</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

    Executed on 06/06/2023

                                                                    Elliot Offenbach

<u>DECLARATION OF Emil Lach</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Emil Lach

DECLARATION OF Emiliano Velazquez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Emiliano Velazquez

DECLARATION OF Emily Denbo

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lindenhurst, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Emily Denbo

DECLARATION OF Emily Williams

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Jacksonville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Emily Williams

DECLARATION OF Enrique Gaitan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Enrique Gaitan

Zoho Sign Document ID: 2B9B108F-PLWH4E2HHCF57ASP3OGFOQ5CR_MYXTY-X1PSWFORMFQ

## DECLARATION OF _____

1.     I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.     I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.     I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.     I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.     Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

<u>DECLARATION OF Eric Adams</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Eric Adams

*Eric Adams*

DECLARATION OF Eric Bowers

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carbondale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Eric Bowers

DECLARATION OF Eric Buschick

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lakemoor, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Eric Buschick

<u>DECLARATION OF Eric Goldberg</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hampshire, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Eric Goldberg

*Eric Goldberg*

DECLARATION OF Eric Hofmann

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aledo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Eric Hofmann

DECLARATION OF Eric Hollis

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Forest, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Eric Hollis

<u>DECLARATION OF Eric Howard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Eric Howard

## DECLARATION OF _____

1.	I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.	I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.	I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.	I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.	Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____.

_____

<u>DECLARATION OF Eric Peterman</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Manteno, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Eric Peterman

<u>DECLARATION OF Eric Ross</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sandwich, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Eric Ross

<u>DECLARATION OF Erica Holmer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Erica Holmer

DECLARATION OF Erica Mcdonald

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Erica Mcdonald

<u>DECLARATION OF Erica Rojas</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Erica Rojas

DECLARATION OF Ericka Moore

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Buffalo Grove, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Ericka Moore

<u>DECLARATION OF Erik Stokes</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Erik Stokes

<u>DECLARATION OF Erika Rothbard</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in DARIEN, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Erika Rothbard

DECLARATION OF Erma Taylor-Campbell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Erma Taylor-Campbell

DECLARATION OF Ethel Mccraley

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Ethel Mccraley

DECLARATION OF Fabio Mantoanelli

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Fabio Mantoanelli

*Fabio Mantoanelli*

<u>DECLARATION OF Faith Gordon Bridges</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Calumet Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Faith Gordon Bridges

<u>DECLARATION OF Felicia Bradford</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in East Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Felicia Bradford

*Felicia Bradford*

<u>DECLARATION OF Felicia Haar</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elk Grove Village, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Felicia Haar

<u>DECLARATION OF Felicia Matthews</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Calumet City, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Felicia Matthews

<u>DECLARATION OF Felicia Perteet</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Felicia Perteet

DECLARATION OF Filip Romel

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palos Hills, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Filip Romel

<u>DECLARATION OF Fitzgerald Jones</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Fitzgerald Jones

DECLARATION OF Flora Coleman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/12/2023

Flora Coleman

DECLARATION OF Frank Dutkovich

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Geneva, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Frank Dutkovich

DECLARATION OF Frank Zummo

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peotone, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Frank Zummo

DECLARATION OF Fred Kappel

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Fred Kappel

DECLARATION OF Fred Thomas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lynwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Fred Thomas

DECLARATION OF Freddie Dickerson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carterville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Freddie Dickerson

<u>DECLARATION OF Frederick Brunson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glenwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Frederick Brunson

DECLARATION OF Funmi Moka

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Funmi Moka

<u>DECLARATION OF Genaro Trejo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bartlett, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Genaro Trejo

<u>DECLARATION OF Glendon Hayes</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wheaton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Glendon Hayes

DECLARATION OF Gloria Aguirre

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Gloria Aguirre

<u>DECLARATION OF Grace Alcaraz</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Grace Alcaraz

<u>DECLARATION OF Grace Montalvo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Grace Montalvo

<u>DECLARATION OF Greer Zummo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Greer Zummo

_____

<u>DECLARATION OF Greta Moss</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Tinley Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Greta Moss

_Greta Moss_

DECLARATION OF Gricelda Duarte

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Berwyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/02/2023

Gricelda Duarte

<u>DECLARATION OF Grzegorz Milon</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Lenox, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Grzegorz Milon

<u>DECLARATION OF Guy Merola</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Schaumburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Guy Merola

<u>DECLARATION OF Hansel Fritzgerald</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Matteson, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Hansel Fritzgerald

DECLARATION OF Heather Heihn

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Normal, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/09/2023

Heather Heihn

DECLARATION OF Heather McMillan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wauconda, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Heather McMillan

*Heather McMillan*

DECLARATION OF Heather Meyer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Heather Meyer

DECLARATION OF Hetal Patel

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in McHenry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Hetal Patel

*Hetal Patel*

<u>DECLARATION OF Hilliary Mitchell</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Hilliary Mitchell

*Hillary Mitchell*

DECLARATION OF Holly Edwards

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Shattuc, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Holly Edwards

<u>DECLARATION OF Ian Ruggiero</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in LOMBARD, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ian Ruggiero

DECLARATION OF Ioannis Moraitis

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Warrenville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ioannis Moraitis

<u>DECLARATION OF Isaac Brockman</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Verona, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Isaac Brockman

<u>DECLARATION OF Jackie Burns</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glendale Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/09/2023

Jackie Burns

*Jackie Burns*

DECLARATION OF Jacob ATKINSON

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Urbana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/11/2023

Jacob ATKINSON

<u>DECLARATION OF Jacob Pollock</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pekin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jacob Pollock

**DECLARATION OF**   Jacqueline M. Bishop

1.     I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.     I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.     I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.     I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.     Within the preceding five years, I regularly used my Smartphone while physically present in  Chicago , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on  Jul 28, 2023 .

*Jacqueline M. Bishop*
Jacqueline M. Bishop (Jul 28, 2023 09:05 CDT)

Jacqueline M. Bishop

# Samsung Galaxy BIPA Declaration T20230728

Final Audit Report                                    2023-07-28

| | |
|---|---|
| Created: | 2023-07-28 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7K6Rc0Qck-dlYRk7etbRq2pSjU66ZdhJ |

## "Samsung Galaxy BIPA Declaration T20230728" History

📄 Document created by Christian Torres (ctorres@milberg.com)
   2023-07-28 - 1:03:28 PM GMT

✉️ Document emailed to jmbishop22@hotmail.com for signature
   2023-07-28 - 1:04:38 PM GMT

📄 Email viewed by jmbishop22@hotmail.com
   2023-07-28 - 2:03:41 PM GMT

✒️ Signer jmbishop22@hotmail.com entered name at signing as Jacqueline M. Bishop
   2023-07-28 - 2:04:58 PM GMT

✒️ Document e-signed by Jacqueline M. Bishop (jmbishop22@hotmail.com)
   Signature Date: 2023-07-28 - 2:05:00 PM GMT - Time Source: server

✅ Agreement completed.
   2023-07-28 - 2:05:00 PM GMT

Adobe Acrobat Sign

DECLARATION OF Jacqueline Coleman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in University Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Jacqueline Coleman

<u>DECLARATION OF Jaime Albor</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Montgomery, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jaime Albor

DECLARATION OF Jamal Sally

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Jamal Sally

DECLARATION OF James Donovan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Arlington Heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

James Donovan

*James Donovan*

<u>DECLARATION OF James Hunter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Waukegan, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

James Hunter

<u>DECLARATION OF James McAdam</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rock Island, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

James McAdam

DECLARATION OF James Miller

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palos heights, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

James Miller

DECLARATION OF James Smith

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Huntley, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

James Smith

DECLARATION OF James Snyder

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Berlin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

James Snyder

DECLARATION OF Jamie Deitcher

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Milford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jamie Deitcher

<u>DECLARATION OF Jane Hutton</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Worden, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/18/2023

Jane Hutton

<u>DECLARATION OF Janet Iler</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Swansea, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

   Executed on 06/27/2023

                                                                                    Janet Iler

DECLARATION OF Jason Pemberton

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jason Pemberton

<u>DECLARATION OF Jason Shaver</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Jacksonville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

   Executed on 06/06/2023

                                                                            Jason Shaver

                                                                            *Jason M Shaver*

<u>DECLARATION OF Jason Tincher</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Streator, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/12/2023

Jason Tincher

<u>DECLARATION OF Jason Williams</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Villa Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jason Williams

DECLARATION OF Jeanne Rowe

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cuba, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jeanne Rowe

<u>DECLARATION OF Jeff Aronson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in La Grange Park 60526, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jeff Aronson

*Jeffery Aronson*

DECLARATION OF Jeff Dolce

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in North Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Jeff Dolce

DECLARATION OF Jeff Fordice

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Evergreen Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jeff Fordice

DECLARATION OF Jeff Murphy

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Farmington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jeff Murphy

DECLARATION OF Jeff Werner

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Barrington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jeff Werner

DECLARATION OF Jeffrey Bessent

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Streamwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Jeffrey Bessent

<u>**DECLARATION OF** _____</u>

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____ _____.

_____

<u>DECLARATION OF Jeffrey Graf</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Jeffrey Graf

DECLARATION OF Jeffrey Santucci

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Tinley Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Jeffrey Santucci

<u>DECLARATION OF JENNA HALL</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in MACHESNEY PARK, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/26/2023

JENNA HALL

<u>DECLARATION OF Jenna Schnauber</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Collinsville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jenna Schnauber

<u>DECLARATION OF jennifer lewis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Springfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

jennifer lewis

DECLARATION OF Jennifer Mitchaner

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Champaign, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/30/2023

Jennifer Mitchaner

<u>DECLARATION OF Jennifer Reed</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Murphysboro, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jennifer Reed

<u>DECLARATION OF Jennifer Ross</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ingleside, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.


I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jennifer Ross

DECLARATION OF Jennifer Sanson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chillicothe, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jennifer Sanson

DECLARATION OF Jennifer Wedeking

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Beardstown, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Jennifer Wedeking

<u>DECLARATION OF Jeremiah Johnson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Jeremiah Johnson

DECLARATION OF Jeremy Bennett

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Westfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Jeremy Bennett

DECLARATION OF Jeremy Roth

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Athens, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jeremy Roth

DECLARATION OF Jermaine Collins

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jermaine Collins

*Jermaine Collins*

<u>DECLARATION OF Jerry Haeffner</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sterling, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Jerry Haeffner

*jerry haeffner*

<u>DECLARATION OF Jessica Bingham</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/26/2023

Jessica Bingham

DECLARATION OF Jessica Burt

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palatine, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.


I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/09/2023

Jessica Burt

<u>DECLARATION OF Jesus Espinoza</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jesus Espinoza

DECLARATION OF Jimmie Williams Jr

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lyons, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jimmie Williams Jr

<u>DECLARATION OF JoANna Callahan</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Normal, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

JoANna Callahan

*JoAnna Callahan*

DECLARATION OF Joe DeSimone

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glen Ellyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Joe DeSimone

DECLARATION OF Joe McKee

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belvidere, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Joe McKee

<u>DECLARATION OF John Davis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Granite City, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

John Davis

DECLARATION OF John Neeland

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Flossmoor, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

John Neeland

DECLARATION OF John Parisi

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

John Parisi

_____

DECLARATION OF John Pruitt

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Sidney, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

John Pruitt

Zoho Sign Document ID: 2B9B108F-WSFYYPSWS1JBIBUJFQZITFPJF-9K6T1KQYELANYMH-G

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___ _____.

_____

<u>DECLARATION OF John Schaffer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

John Schaffer

DECLARATION OF Jon Rohan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Jon Rohan

DECLARATION OF Jonathan Murrie

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in VIENNA, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Jonathan Murrie

<u>DECLARATION OF Jordan Gardner</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Jordan Gardner

<u>DECLARATION OF Jorie Palmer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elmhurst, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Jorie Palmer

*Jorie A Palmer*

DECLARATION OF JOSE Pacheco

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carpentersville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

JOSE Pacheco

*Jose F Pacheco*

DECLARATION OF Joseph Benicky

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Plainfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Joseph Benicky

DECLARATION OF Joseph Richmond

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Joseph Richmond

<u>DECLARATION OF Joshua Diding</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ottawa, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Joshua Diding

DECLARATION OF Joshua Taapken

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Decatur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/10/2023

Joshua Taapken

DECLARATION OF Josiah Norman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wheaton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Josiah Norman

<u>DECLARATION OF Joyce Isaacs</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carmi, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Joyce Isaacs

<u>DECLARATION OF Joyce Koster</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bartlett, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Joyce Koster

DECLARATION OF Juan Carlstrom

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Juan Carlstrom

Juan Carlstrom

<u>DECLARATION OF Julie Kilburg</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mokena, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Julie Kilburg

*Julie L Kilburg*

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

DECLARATION OF Kaharie Charles

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Kaharie Charles

<u>DECLARATION OF Kalen Booth</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Kalen Booth

<u>DECLARATION OF Kalib Carter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ottawa, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kalib Carter



DECLARATION OF Kalyb Watkins

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mendota, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Kalyb Watkins

<u>DECLARATION OF Kamil Moskal</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mundelein, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Kamil Moskal

DECLARATION OF Karen Czipo

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Loves park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Karen Czipo

<u>DECLARATION OF Karen Kalejs</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in North Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Karen Kalejs

DECLARATION OF Karen Lawson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hanna City, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Karen Lawson

DECLARATION OF Karen Ogden

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Herrin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Karen Ogden

<u>DECLARATION OF Karla Zamorano</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Markham, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Karla Zamorano

DECLARATION OF Katelin Stacey

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Marion, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Katelin Stacey

DECLARATION OF Katherine McGregor

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carbondale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Katherine McGregor

<u>DECLARATION OF Katherine Morris</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Villa Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/07/2023

Katherine Morris



<u>DECLARATION OF Kathleen Comella</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Kathleen Comella

*Kathleen L. Comella*

DECLARATION OF Kathleen Smith

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kathleen Smith

DECLARATION OF Kathryn Hynes

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Collinsville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kathryn Hynes

DECLARATION OF Kathy Reppin

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peru, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/09/2023

Kathy Reppin

DECLARATION OF Katrina Johnson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lombard, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Katrina Johnson

DECLARATION OF Keith Nowlan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pingree Grove, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Keith Nowlan

Zoho Sign Document ID: 2B9B108F-VPXRUGLOAPZQFPGXQYWNYBFBO_WHJOS9-YABZQVGMKM

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on \_\_ _____.

_____

<u>DECLARATION OF Kelly Lovett</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kelly Lovett

DECLARATION OF Kevin Miles

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Athens, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Kevin Miles

DECLARATION OF Kevin Puma

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in ATHENS, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kevin Puma

DECLARATION OF Kevin Rehlander

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rolling Meadows, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Kevin Rehlander

<u>DECLARATION OF Kimberly Britt</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/04/2023

Kimberly Britt

DECLARATION OF Kimberly Everly

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lindenhurst, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kimberly Everly

*Kimberly L Everly*

DECLARATION OF Kimberly Ibarra

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Forest, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kimberly Ibarra

DECLARATION OF Kimberly Podolak

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Plainfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Kimberly Podolak

*Kim Podolak*

DECLARATION OF Kisha Roby

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Kisha Roby

DECLARATION OF Kristin Douglas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Kristin Douglas

<u>DECLARATION OF Kristin Kick</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palatine, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Kristin Kick

<u>DECLARATION OF Kristina Boettcher</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cairo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Kristina Boettcher

<u>DECLARATION OF Kristofer Schuldt</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hampshire, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Kristofer Schuldt

DECLARATION OF Krysta McIntyre

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Villa park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/11/2023

Krysta McIntyre

<u>DECLARATION OF Larry Porter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mapleton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/12/2023

Larry Porter

*Larry Porter Jr*

<u>DECLARATION OF Larry Shafer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Springfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Larry Shafer

<u>DECLARATION OF Laurie Penman</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Crete, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Laurie Penman

<u>DECLARATION OF Laura Henneberry</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in BUFFALO GROVE, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Laura Henneberry

DECLARATION OF Laura Melendez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Laura Melendez

DECLARATION OF Laura White

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bellwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Laura White

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

<u>DECLARATION OF Laurel Mercado</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Forest, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Laurel Mercado

*Laurel Mercado*

<u>DECLARATION OF Lawrence Higgins</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wood Dale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Lawrence Higgins

<u>DECLARATION OF Lawrence Mcclellan</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Riverdale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Lawrence Mcclellan

Lawrence McClellan

<u>DECLARATION OF Lawrence Turner</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Lawrence Turner

DECLARATION OF Leann Beckman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Deerfield, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Leann Beckman

*Leann Beckman*

DECLARATION OF Lee Mcclendon

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/09/2023

Lee Mcclendon

<u>DECLARATION OF Lee Shibley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in CHICAGO, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Lee Shibley

<u>DECLARATION OF Leif Epperson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mattoon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Leif Epperson

DECLARATION OF Leslie Moore

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Leslie Moore

DECLARATION OF Lexene Miller

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palestine, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Lexene Miller

<u>DECLARATION OF Lily Estrada</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Lily Estrada

Zoho Sign Document ID: 2B9B108F-JR-JXM-NT2OWKXDUIDZ0U5YTFQCP-8VIYLJ9FJGUFQC

<u>**DECLARATION OF**</u> _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____.

_____

DECLARATION OF Linda Wong

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Linda Wong

<u>DECLARATION OF Lindsey Zwick</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Quincy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Lindsey Zwick

DECLARATION OF Lisa McNanna

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Montgomery, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Lisa McNanna

<u>DECLARATION OF Lisa Nance</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Lisa Nance

DECLARATION OF Lorenzo Segura

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Lorenzo Segura

<u>DECLARATION OF Loretta Podeszwa</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Fox Lake, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Loretta Podeszwa

DECLARATION OF Louie Sigalos

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Louie Sigalos

DECLARATION OF Louis Caesar

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Channahon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Louis Caesar

*Louis Caesar*

<u>DECLARATION OF Louis Cirar</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lockport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Louis Cirar

DECLARATION OF Lucia Irwin

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Huntley, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Lucia Irwin

*Lucia Irwin*

<u>DECLARATION OF Lucinda Smith</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cerro Gordo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Lucinda Smith

DECLARATION OF Luz Stewart

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Luz Stewart

<u>DECLARATION OF Lynette Spencer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Lynette Spencer

DECLARATION OF M akiba Hollins-thomas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/26/2023

M akiba Hollins-thomas

<u>DECLARATION OF Marcin Kozlowski</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Marcin Kozlowski

<u>DECLARATION OF Marco Sepulveda</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Marco Sepulveda

<u>DECLARATION OF Margaret Davis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Margaret Davis

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

DECLARATION OF Maria Olsen

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Maria Olsen

<u>DECLARATION OF Marie Heuser</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mount Prospect, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Marie Heuser

*Marie Heuser*

DECLARATION OF Marilyn Mowder

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Marilyn Mowder

DECLARATION OF Mario Howard

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in CHICAGO, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Mario Howard

Mario Howard

<u>DECLARATION OF Mark Ick</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glen Ellyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/07/2023

Mark Ick

DECLARATION OF Mark Molnar

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Mark Molnar

<u>DECLARATION OF Mark Parkey</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Mark Parkey

DECLARATION OF Marlene Allen

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Park Forest, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Marlene Allen

DECLARATION OF Marsha Outly

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Marsha Outly

DECLARATION OF Martha DeLancey

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in DeKalb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Martha DeLancey

*Martha DeLancey*

<u>DECLARATION OF Mary Moore</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Effingham, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Mary Moore

DECLARATION OF Mary Van Cleave

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Urbana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Mary Van Cleave

<u>DECLARATION OF Matt Hansen</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Huntley, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Matt Hansen

<u>DECLARATION OF Matt Powell</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bloomington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Matt Powell

DECLARATION OF Matthew Calhoun

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/19/2023

Matthew Calhoun

_____

DECLARATION OF Matthew McGowan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Martinsville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Matthew McGowan

<u>DECLARATION OF Maurice Collins</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lagrange, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Maurice Collins

*Maurice Collins*

DECLARATION OF Max Rosner

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lake in the Hills, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Max Rosner

<u>DECLARATION OF Megan Mowers</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Megan Mowers

<u>DECLARATION OF Melanie Hoeg</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Melanie Hoeg

<u>DECLARATION OF Melinda Garcia</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kankakee, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Melinda Garcia

DECLARATION OF Melissa Gonzalez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Macomb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Melissa Gonzalez

<u>DECLARATION OF Melissa Hearn</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Edwardsville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Melissa Hearn

DECLARATION OF Melissa Kurtenbach

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Marshall, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Melissa Kurtenbach

<u>DECLARATION OF Melissa Tanner</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pekin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Melissa Tanner

DECLARATION OF Micah Tolbert

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Metropolis, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Micah Tolbert

<u>DECLARATION OF Michael Barker</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Dekalb, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/09/2023

Michael Barker

*Michael E Barker*

DECLARATION OF Michael Carroll

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Michael Carroll

DECLARATION OF Michael Douglas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in COLLINSVILLE, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michael Douglas

DECLARATION OF Michael Mccarthy

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oaklawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michael Mccarthy

DECLARATION OF Michael Parrish

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michael Parrish

DECLARATION OF Michael Shrpless

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rantoul, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michael Shrpless

DECLARATION OF Michele Miller

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lombard, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Michele Miller

*Michele Miller*

<u>DECLARATION OF Michele Rinehart</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rock Falls, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Michele Rinehart

<u>DECLARATION OF Michelle Bohannon</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michelle Bohannon

<u>DECLARATION OF Michelle Gunning</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Christopher, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Michelle Gunning

<u>DECLARATION OF Michelle Matteson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Toledo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/04/2023

Michelle Matteson

*Michelle Matteson*

<u>DECLARATION OF Miguel Alvarez</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in CHICAGO, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Miguel Alvarez

<u>DECLARATION OF Miguel Duarte</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cicero, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Miguel Duarte

<u>DECLARATION OF Mikahel Jenkins</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Mikahel Jenkins

DECLARATION OF Mitchell Buzzell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Warrenville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Mitchell Buzzell

<u>DECLARATION OF Moises Olivan</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lansing, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Moises Olivan

*Moises Olivan*

<u>DECLARATION OF Morgan Enburg</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moline, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Morgan Enburg

DECLARATION OF Myranda Smith

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in East Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Myranda Smith

DECLARATION OF Natasha Caudle

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in TOWANDA, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Natasha Caudle

DECLARATION OF Neelu Kaur Kalada

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Streamwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Neelu Kaur Kalada

<u>DECLARATION OF Nicholas Campanella</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Nicholas Campanella

DECLARATION OF Nicholas Klein

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rantoul, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Nicholas Klein

DECLARATION OF Nicholas Wittenbrink

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Red Bud, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Nicholas Wittenbrink

<u>DECLARATION OF Nicole Boyer</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Nicole Boyer

DECLARATION OF Nicole Mathias

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in North Pekin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Nicole Mathias

DECLARATION OF Nicole Migliore

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Nicole Migliore

<u>DECLARATION OF Omar Alhayek</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Schaumburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Omar Alhayek

<u>DECLARATION OF Omar Amaya</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Evanston, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Omar Amaya

Zoho Sign Document ID: 2B9B108F-UWL5DBHHGG3WKTW5BEJ6Z78GLXR_DILQUMUWXYSSZPI

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____.

_____

DECLARATION OF Pamela Morgan

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in PARK RIDGE, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/22/2023

Pamela Morgan

DECLARATION OF Patricia Axelson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Downers Grove, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Patricia Axelson

<u>DECLARATION OF Patricia Babbitt</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Matteson, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Patricia Babbitt

DECLARATION OF Patrick Moore

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pierson Station, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/27/2023

Patrick Moore

DECLARATION OF patrick grady

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

patrick grady

*Patrick Grady*

<u>DECLARATION OF Paul Kisler</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Galesburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Paul Kisler

<u>DECLARATION OF Philip Varughese</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Naperville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Philip Varughese

*Philip M Varughese*

DECLARATION OF Phyllis Armour

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Forest Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Phyllis Armour

DECLARATION OF Qiyuan Zhou

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Qiyuan Zhou

Qiyuan Zhou

DECLARATION OF Quittman Farmer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Quittman Farmer

<u>DECLARATION OF Rachel Maddox</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Rachel Maddox

DECLARATION OF Racine Reynolds

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Dixmoor, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Racine Reynolds

DECLARATION OF Ralph White

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bloomington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ralph White

DECLARATION OF Rami Said

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Rami Said

<u>DECLARATION OF Ramie Ricksy</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Danville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Ramie Ricksy

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____ _____.

_____

DECLARATION OF Randy Kakara

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Streator, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/02/2023

Randy Kakara

_____

<u>DECLARATION OF Rashida Carter</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Riverdale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Rashida Carter

DECLARATION OF Raymundo Salgado

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Raymundo Salgado

## **DECLARATION OF RITA SMITH**

1.       I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.       I've used a Samsung Galaxy smartphone ("Smartphone") model S7 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.       I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.       I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.       Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___Jun 30, 2023___.

_Rita M Smith_
Rita M Smith (Jun 30, 2023 13:58 CDT)

Rita M Smith

# Update: Samsung Declaration Rita Smith

Final Audit Report                                    2023-06-30

| | |
|---|---|
| Created: | 2023-06-29 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA7iwDxqIYOV4eWd3lpMyO5oqAH0YEYhG5 |

## "Update: Samsung Declaration Rita Smith" History

📄 Document created by Christian Torres (ctorres@milberg.com)
2023-06-29 - 7:10:32 PM GMT

📧 Document emailed to smith462@sbcglobal.net for signature
2023-06-29 - 7:11:00 PM GMT

📄 Email viewed by smith462@sbcglobal.net
2023-06-30 - 6:56:23 PM GMT

✍ Signer smith462@sbcglobal.net entered name at signing as Rita M Smith
2023-06-30 - 6:58:31 PM GMT

✍ Document e-signed by Rita M Smith (smith462@sbcglobal.net)
Signature Date: 2023-06-30 - 6:58:33 PM GMT - Time Source: server

✅ Agreement completed.
2023-06-30 - 6:58:33 PM GMT

**Adobe Acrobat Sign**

<u>DECLARATION OF Robert Cochran</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Westchester, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/13/2023

Robert Cochran

DECLARATION OF Robert Fernandez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in marseilles, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Robert Fernandez

<u>DECLARATION OF Robert J Harvey Bey</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Robert J Harvey Bey

<u>DECLARATION OF Robert Maxwell</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Robert Maxwell

*Robert Maxwell*

DECLARATION OF Robert Scott Swenson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hoffman Estates, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/29/2023

Robert Scott Swenson

DECLARATION OF Robert Thomas

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Dixon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Robert Thomas

DECLARATION OF Roberta Robbs

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Staunton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/04/2023

Roberta Robbs

DECLARATION OF Robin Zachary

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Robin Zachary

<u>DECLARATION OF Rode Warchol</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago Ridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Rode Warchol

*Rose warchol*

<u>DECLARATION OF Rolanda Fu</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Rolanda Fu

DECLARATION OF Ross Tumbarello

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Moro , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/26/2023

Ross Tumbarello



DECLARATION OF Roy Orr

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Roy Orr

DECLARATION OF Ryan Boyd

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wilmington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Ryan Boyd

<u>DECLARATION OF Ryan Finley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodstock, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Ryan Finley

<u>DECLARATION OF Samantha Hill</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Samantha Hill

DECLARATION OF Samantha Roberts

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Samantha Roberts

DECLARATION OF Samantha Sanchez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Samantha Sanchez

<u>DECLARATION OF Sara Blair</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Caseyville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Sara Blair

<u>DECLARATION OF Sarah Moore</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Marion, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Sarah Moore

<u>DECLARATION OF Sarah Ognibene</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cedarville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Sarah Ognibene

DECLARATION OF Sarah Stone

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Channahon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Sarah Stone

*Sarah C. Stone*

<u>DECLARATION OF Scot Romack</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bement, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Scot Romack

<u>DECLARATION OF Scott Punke</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bloomington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Scott Punke

DECLARATION OF Scott Venard

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oswego, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Scott Venard

DECLARATION OF Sean Bennett

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bloomington, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Sean Bennett

DECLARATION OF Shannon Gross

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in New Lenox, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/15/2023

Shannon Gross

*Shannon Gross*

DECLARATION OF Shannon Oliva

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Yorkville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Shannon Oliva

## DECLARATION OF  Sharon R moss

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in  chicago , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on  Jul 28, 2023 .

Sharon R moss
Sharon R moss (Jul 28, 2023 08:12 CDT)

# Samsung Galaxy BIPA Declaration T20230728

Final Audit Report                                                     2023-07-28

| | |
|---|---|
| Created: | 2023-07-28 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAxORRe3urvYp8EQeHC5gQpixF9Wh-sWqZ |

## "Samsung Galaxy BIPA Declaration T20230728" History

📄 Document created by Christian Torres (ctorres@milberg.com)
   2023-07-28 - 1:08:33 PM GMT

✉ Document emailed to kiela08@yahoo.com for signature
   2023-07-28 - 1:09:26 PM GMT

📄 Email viewed by kiela08@yahoo.com
   2023-07-28 - 1:11:10 PM GMT

✍ Signer kiela08@yahoo.com entered name at signing as Sharon R moss
   2023-07-28 - 1:12:46 PM GMT

✍ Document e-signed by Sharon R moss (kiela08@yahoo.com)
   Signature Date: 2023-07-28 - 1:12:48 PM GMT - Time Source: server

✔ Agreement completed.
   2023-07-28 - 1:12:48 PM GMT

Adobe Acrobat Sign

DECLARATION OF Sharon Jones

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Decatur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Sharon Jones

Zoho Sign Document ID: 2B9B108F-PSPX7DT7NKKBSTMBIKDOZZR6JNHVFOM-KUNQTOICAU4

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___ _____ _____.

_____

<u>DECLARATION OF Shawntay Emery</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Country Club Hills, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Shawntay Emery

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _____.

_____

<u>DECLARATION OF Sheila Miller</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Oak Lawn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Sheila Miller

DECLARATION OF Shelley Glover-Williams

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Shelley Glover-Williams

DECLARATION OF Sherry Augenstein

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Canton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Sherry Augenstein

<u>DECLARATION OF Sommer Gilker</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Quincy, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Sommer Gilker

## DECLARATION OF _____

1.    I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.    I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.    I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.    I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.    Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __ _____.

_____

<u>DECLARATION OF Spencer Shanks</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Byron, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Spencer Shanks

<u>DECLARATION OF Stephanie Benavente</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Ingleside, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Stephanie Benavente

DECLARATION OF Stephanie Breeze

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Granite City, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Stephanie Breeze

## DECLARATION OF _____

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in the City of _____, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on ___ _____ _____.

_____

DECLARATION OF Stephanie Maritato

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lyons, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Stephanie Maritato

*Stephanie Maritato*

DECLARATION OF Stephen Alvin

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Henry, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Stephen Alvin

*Stephen Richard Alvin*

<u>DECLARATION OF Stephen Foley</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lake Zurich, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Stephen Foley

## <u>DECLARATION OF STEPHEN MCMILLEN</u>

1.     I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.     I've used a Samsung Galaxy smartphone ("Smartphone") model S7 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.     I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.     I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.     Within the preceding five years, I regularly used my Smartphone while physically present in Freeport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on _Jun 29, 2023_.

Steve McMillen (Jun 29, 2023 14:29 CDT)

Steve McMillen

# Update: Samsung Declaration Stephen McMillen

Final Audit Report                                    2023-06-29

| | |
|---|---|
| Created: | 2023-06-29 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAd1fUnNHmvuDoEWLYcu8Wnk49G6pRorqG |

## "Update: Samsung Declaration Stephen McMillen" History

Document created by Christian Torres (ctorres@milberg.com)
2023-06-29 - 7:21:21 PM GMT

Document emailed to Steve McMillen (keyplayer123@gmail.com) for signature
2023-06-29 - 7:21:42 PM GMT

Email viewed by Steve McMillen (keyplayer123@gmail.com)
2023-06-29 - 7:28:41 PM GMT

Document e-signed by Steve McMillen (keyplayer123@gmail.com)
Signature Date: 2023-06-29 - 7:29:51 PM GMT - Time Source: server

Agreement completed.
2023-06-29 - 7:29:51 PM GMT

Adobe Acrobat Sign

DECLARATION OF Stephen Nawrocki

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Matteson, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Stephen Nawrocki

DECLARATION OF Steve Kosior

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elburn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Steve Kosior

<u>DECLARATION OF Steven Mowers</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Joliet, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Steven Mowers

DECLARATION OF Steven Russell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Peoria, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Steven Russell

DECLARATION OF Steven Warren

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Aurora , Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Steven Warren

Steven Warren

DECLARATION OF Stuart Hermodson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Medinah, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Stuart Hermodson

<u>DECLARATION OF Suzan Armstrong</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Urbana, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Suzan Armstrong

DECLARATION OF Suzanne Jacobs

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Decatur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Suzanne Jacobs

<u>DECLARATION OF Sydnie Neblock</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Wheaton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Sydnie Neblock

DECLARATION OF Tabatha Taggart

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Tabatha Taggart

<u>DECLARATION OF Tenoch Abarca</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kenilworth, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Tenoch Abarca

<u>DECLARATION OF Terri Cacioppo</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Palatine, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Terri Cacioppo

<u>DECLARATION OF Terry Russell</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Stillman Valley, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Terry Russell

DECLARATION OF Thaddeus Scott

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Thaddeus Scott

DECLARATION OF Tiffie Johnson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Tiffie Johnson

<u>DECLARATION OF Timothy Cordani</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Kincaid, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Timothy Cordani

<u>DECLARATION OF Tina Lewis</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lakemoor, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Tina Lewis

<u>DECLARATION OF Tina McLees</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Woodridge, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Tina McLees

DECLARATION OF Tina Sorrells

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in PATTERSON, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Tina Sorrells

<u>DECLARATION OF Todd Woodrow</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Flora, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Todd Woodrow

## DECLARATION OF TONY GAGLIANO

1.      I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2.      I've used a Samsung Galaxy smartphone ("Smartphone") model S7 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3.      I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4.      I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5.      Within the preceding five years, I regularly used my Smartphone while physically present in Roselle, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on __Jun 29, 2023__.

*tony gagliano*
tony gagliano (Jun 29, 2023 15:59 CDT)

tony gagliano

# Update: Samsung Declaration Tony Gagliano

Final Audit Report                                                 2023-06-29

| | |
|---|---|
| Created: | 2023-06-29 |
| By: | Christian Torres (ctorres@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAALau04fwzKpa3LG5jrYfSXmkIyIwUy385 |

## "Update: Samsung Declaration Tony Gagliano" History

Document created by Christian Torres (ctorres@milberg.com)
2023-06-29 - 7:13:39 PM GMT

Document emailed to madfoxynot@gmail.com for signature
2023-06-29 - 7:18:24 PM GMT

Email viewed by madfoxynot@gmail.com
2023-06-29 - 8:54:05 PM GMT

Signer madfoxynot@gmail.com entered name at signing as tony gagliano
2023-06-29 - 8:59:28 PM GMT

Document e-signed by tony gagliano (madfoxynot@gmail.com)
Signature Date: 2023-06-29 - 8:59:30 PM GMT - Time Source: server

Agreement completed.
2023-06-29 - 8:59:30 PM GMT

**Adobe Acrobat Sign**

DECLARATION OF Toquetta Murry

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Toquetta Murry

<u>DECLARATION OF Tracey Johnson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Tracey Johnson

DECLARATION OF Tyron Tipton

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Carbondale, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Tyron Tipton

<u>DECLARATION OF Valerie Zeisset</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Waterloo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/12/2023

Valerie Zeisset

DECLARATION OF Vanessa Vasile-Johnson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Lockport, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Vanessa Vasile-Johnson

<u>DECLARATION OF Vasiliki Dremonas</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Vasiliki Dremonas

*Vasiliki Dremonas*

DECLARATION OF Vernon Boyd

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elgin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Vernon Boyd

DECLARATION OF Viola Morrison

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Gallsburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Viola Morrison

DECLARATION OF Virgen Cruzado

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Melrose Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

Virgen Cruzado

DECLARATION OF Virginia Thompson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Elgin, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Virginia Thompson

<u>DECLARATION OF Vishal Shah</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Schaumburg, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Vishal Shah

<u>DECLARATION OF Walter Garmon</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bellwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Walter Garmon

<u>DECLARATION OF Walter Miller</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Blue Island, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Walter Miller

<u>DECLARATION OF Wanda Maysonet</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

Wanda Maysonet

<u>DECLARATION OF Wanda Pulliam</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Altgeld, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/02/2023

Wanda Pulliam

*Wanda L. Pulliam*

DECLARATION OF Warren Barnett

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in University Park, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Warren Barnett

DECLARATION OF Wayne Bartosiak

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Romeoville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Wayne Bartosiak

DECLARATION OF Wayne Majors

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Wayne Majors

DECLARATION OF Wendi Lindley

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Steger, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/30/2023

Wendi Lindley

DECLARATION OF Wendy Brimm

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Decatur, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

Wendy Brimm

DECLARATION OF Wilbert Taylor Jr

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Wilbert Taylor Jr

<u>DECLARATION OF Will Mcclung</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Clarendon Hills, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Will Mcclung

DECLARATION OF Will Moffett

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Glen Ellyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

Will Moffett

<u>DECLARATION OF Will Reynolds</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

   Executed on 06/06/2023

                                                                                                Will Reynolds

DECLARATION OF William Berry

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Colona, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/01/2023

William Berry

DECLARATION OF William Campbell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Campbell

DECLARATION OF William Colman

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Cairo, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

William Colman

<u>DECLARATION OF William Ehnert</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Frankfort, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

William Ehnert

DECLARATION OF William Ewell

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Canton, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

William Ewell

William E. Ewell

DECLARATION OF William Gordon

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bartlett, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

William Gordon

*William Gordon*

<u>DECLARATION OF William Green</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

William Green

<u>DECLARATION OF William Hanson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hoffman estates, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

William Hanson

*William Hanson*

DECLARATION OF William Hay

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

William Hay

<u>DECLARATION OF William Hudson</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Mendon, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/02/2023

William Hudson

DECLARATION OF William Kraklau

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Rockford, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

William Kraklau

DECLARATION OF William Madley

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Madley

<u>DECLARATION OF William Moore</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bourbonnais, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/28/2023

William Moore

*william moore*

DECLARATION OF William Nicholson

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/25/2023

William Nicholson

DECLARATION OF William Rodriguez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Berwyn, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Rodriguez

<u>DECLARATION OF William Sahagian</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bartlett, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Sahagian

DECLARATION OF William Shephard

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Hazel Crest, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/08/2023

William Shephard

*William Shephard*

<u>DECLARATION OF William Stafford</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chester, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Stafford

DECLARATION OF William Stelzer

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Belleville, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/27/2023

William Stelzer

<u>DECLARATION OF Wilma Shaw</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Wilma Shaw

DECLARATION OF Yolanda Moore

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/11/2023

Yolanda Moore

*Yolanda Moore*

DECLARATION OF Yosari Garcia

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Bellwood, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 07/24/2023

Yosari Garcia

<u>DECLARATION OF Zach Kolozsy</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Pierron, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Zach Kolozsy

<u>DECLARATION OF Zachary Broshous</u>

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in ROCK FALLS, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

 Executed on 06/06/2023

Zachary Broshous

DECLARATION OF Zachary Schuetz

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Malden, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/06/2023

Zachary Schuetz

DECLARATION OF Zoila Sanchez

1) I am an adult over the age of eighteen and a resident of Illinois. I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the facts stated herein.

2) I've used a Samsung Galaxy smartphone ("Smartphone") model S8 or higher. I unboxed, set up, and used my Smartphone. I received the pamphlets, warranty information, and other paperwork enclosed within the packaging of my Smartphone.

3) I understand that within the packaging of my Smartphone was a document that contained a binding arbitration agreement. I did not elect to opt out of any such arbitration agreement enclosed within the packaging of my Smartphone.

4) I understand that to activate and use Samsung Galaxy smartphones like my Smartphone, users are required to complete a setup process and affirmatively accept the device's terms and conditions. I completed this process and did not opt out of any arbitration agreement.

5) Within the preceding five years, I regularly used my Smartphone while physically present in Chicago, Illinois. I have taken multiple photographs of myself using my Smartphone, including photographs of my face and other physical attributes while present in Illinois. I understand that my Smartphone was equipped with pre-installed software termed the Gallery app that automatically, and without first obtaining my informed consent, processed and analyzed images in my photo library to generate facial templates.

I declare under penalty of perjury under the laws of the United States and the State of Illinois that the foregoing is true and correct.

Executed on 06/07/2023

Zoila Sanchez