*Hoeg et al v. Samsung Electronics America, Inc. et al*, Docket No. 1:23-cv-1951 (N.D. Ill.)

**Exhibits Cited in Respondents Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.'s Reply in Further Support of Their Motion to Dismiss the Petition to Compel Arbitration**
(filed Aug. 28, 2023)

| *Exhibit* | |
|---|---|
| 32 | Version of Exhibit A to the Petition to Compel Arbitration annotated to provide additional Petitioner information |
| 33 | Letter from Bryan P. Thompson of Chicago Consumer Law Center, P.C. to Victoria Chandler of the American Arbitration Association dated August 14, 2023 |
| 34 | Letter from Jamie Huff of the Civil Justice Association of California to Enrique Zuniga of the State Bar of California dated July 6, 2023 |