# EXHIBIT 33

650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel. 312-858-3240
ChicagoConsumerLawCenter.com

*Sent via E-Mail on August 14, 2023*

Victoria Chandler
Director of ADR Operations
American Arbitration Association
120 Broadway
21st Floor
New York, NY 10271
VictoriaChandler@adr.org
(612) 278-5124

**Re: Individual Claimants v. Samsung, Case Number 01-23-0000-8085**

Dear Ms. Chandler,

I am writing in response to your email dated August 8, 2023, providing us up to and including August 14, 2023, to respond with additional details to Samsung's June 30, 2023, letter, regarding 16 of our clients whom Samsung claims are represented by other law firms. We appreciate this additional time, as it has given Mr. Kind's law firm the opportunity to reach out to the 16 claimants that Samsung's counsel claims are represented by other law firms or otherwise unable to proceed. As we mentioned previously, we did not oppose staying those claims temporarily in order to further investigate and allow the parties and AAA to weigh in with the best path forward.

Michael Kind's office was able to reach out to the 16 individuals and we received responses from 13 of them. The status of the clients is as follows:

1. **Crizelda Mozdziesc**: She has denied being represented by any other firm and is not aware of representation other than by our firms.

1

2. **Christy Howard**- She stated that she had initially started the retainer process with Labaton Sucharow LLP but does not specifically recall formally retaining them. She indicated she would like us to continue representation.

3. **Coca Bonilla**- We were unable to contact this client for additional verification and will not be proceeding with arbitration until we receive a definite answer.

4. **Maurice Williams**- He indicated that he is not aware of being represented by any other firm and would like us to continue our representation.

5. **Geoff Klingman**- We were unable to connect with this client for additional verification and will not be proceeding with arbitration until we receive a definite answer.

6. **Wayne Majors**- He indicated that he is not aware of being represented by any other firm and would like us to continue our representation.

7. **Lydia Lopez**- She indicated that she is not aware of being represented by any other firm and would like us to continue our representation.

8. **April Galbreath**- She indicated that she is not aware of being represented by any other firm and would like us to continue our representation.

9. **Tracy Wittmeyer**- She indicated that she may be represented by another firm but is obtaining that specific information. We will not be proceeding with arbitration until we receive a definite answer.

10. **Jennifer Szura**- She indicated that she does not specifically remember retaining another firm but would like us to continue our representation.

11. **Sarah Gamboa**- She indicated that she does not specifically remember retaining another firm but would like us to continue our representation.

12. **Antonio Dean**- He indicated that he does not specifically remember retaining another firm but would like us to continue our representation.

13. **Velessia Washington**- She indicated that she is not aware of being represented by any other firm and would like us to continue our representation.

14. **Heather Gorny**- She stated that she had initially started the retainer process with Labaton Sucharow LLP but would like us to continue representation. We have reached out to Labaton Sucharow, LLP, to obtain additional information regarding this client, but will be waiting for additional confirmation prior to proceeding with arbitration .

15. **Charles Carey Ward**- He indicated that he does not specifically remember retaining another firm but would like us to continue our representation.

16. **Hope Green**- We were unable to connect with this client for additional verification and will not be proceeding with arbitration until we receive a definite answer.

Based on our review, we would agree to formally withdraw the arbitral demands of Coca Bonilla, Heather Gorny, Geoff Klingman, and Hope Green temporarily, until we are able to obtain verification. We are also withdrawing the demand of Tracey Wittmeyer as she may be retaining another firm. As for the other 11 claimants, we have previously reached out to Labaton Sucharow and Milberg Coleman to discuss. Additionally, if Samsung wishes to share the specific information

3

it has on these clients, that will expedite resolution as well. We are willing to provide declarations from these clients indicating their intent on moving forward with these claims, if AAA requests.

I'd like to thank you again for your earlier letter and providing us with time to investigate and respond. We take our ethical duties very seriously, and have always approached our representation, as well as the arbitration process with AAA, with the utmost respect. We believe it would be more efficient to work with Samsung in a proactive manner to resolve any possible issues issues, rather than have unfounded accusations made against us by opposing counsel. We'd also be happy to discuss these claims, and future arbitration demands, with AAA as well, if you believe a telephone conference would be helpful.

Sincerely,

Bryan P. Thompson
**Chicago Consumer Law Center, P.C.**
650 Warrenville Road, Suite 100
Lisle, IL 60532
Tel.  312-858-3239 | Fax  312-610-5646
bryan.thompson@cclc-law.com

cc: All counsel of record, by email

4