

# United States District Court
# Northern District of Illinois

In the Matter of

Melanie Hoeg et al

v.

Samsung Electronics America, Inc. et al

Senior Judge Harry D. Leinenweber

Case No. 23-CV-1951

Designated Magistrate Judge
Maria Valdez

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Jorge L. Alonso  to be related to 22-cv-5506, Wallrich et al v. Samsung Electronics America, Inc. et al which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____

**Judge Harry D. Leinenweber**

Date: Thursday, August 24, 2023

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Harry D. Leinenweber

## ENTER

## FOR THE EXECUTIVE COMMITTEE

_____

**Chief Judge Rebecca R. Pallmeyer**

Dated:Thursday, August 24, 2023

District Reassignment  - Finding of Relatedness 40.4