**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MELANIE HOEG, ANGELA DAVIS, MELINDA GARCIA, and 1,025 OTHER INDIVIDUALS, ) ) ) ) | |
| Petitioners, ) | Civil Action No. 1:23-cv-01951 |
| ) | |
| vs. ) | |
| ) | |
| SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD. (d/b/a Samsung Electronics America, Inc.), ) ) ) ) ) | |
| Respondents. ) ) | |

**JOINT STATUS REPORT IN ADVANCE OF**

**AUGUST 31, 2023 TELEPHONIC STATUS HEARING**

Joint Status Report         1

Petitioners and Respondents respectfully submit this Joint Status Report in advance of the Telephonic Status Hearing set for August 31, 2023 at 9:30 a.m (Dkt. 37).

As set forth in the Court's Finding of Relatedness Pursuant to Local Rule 40.4 dated August 28, 2023 (Dkt. 45), this case has been reassigned to Hon. Harry D. Leinenweber based on relatedness to the case *Wallrich v. Samsung Electronics America, Inc.*, No. 22-cv-5506, pending in this District.

Petitioners' Petition to Compel Arbitration and Motion to Compel Arbitration, and Respondents' Motion to Dismiss the Petition to Compel Arbitration, are fully briefed.[1]

Dated: August 29, 2023
　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ *Gary M. Klinger*
　　　　　　　　　　　　　　　　　　　　　　　Gary M. Klinger
　　　　　　　　　　　　　　　　　　　　　　　**MILBERG COLEMAN BRYSON**
　　　　　　　　　　　　　　　　　　　　　　　**PHILLIPS GROSSMAN PLLC**
　　　　　　　　　　　　　　　　　　　　　　　227 W. Monroe Street, Suite 2100
　　　　　　　　　　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　　　　　　　　　　866.252.0878
　　　　　　　　　　　　　　　　　　　　　　　gklinger@milberg.com

---

[1] Petitioners filed their Petition to Compel Arbitration on March 28, 2023 (Dkt. 1) and their Corrected Motion to Compel Arbitration on May 10, 2023 (Dkt. 28). Respondents filed their Motion to Dismiss the Petition to Compel Arbitration, and their Opposition to Motion to Compel Arbitration, on June 14, 2023 (Dkts. 38, 39). Petitioners filed their Reply in Support of the Motion to Compel Arbitration, and their Opposition to Motion to Dismiss, and July 28, 2023 (Dkts. 41, 42). Respondents' Reply in Support of its Motion to Dismiss was filed on August 28, 2023 (Dkt. 44).

**ROBBINS GELLER RUDMAN & DOWD LLP**
Stuart A. Davidson
Mark Dearman
Alexander C. Cohen (*pro hac vice*)
Lindsey H. Taylor
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel: 561/750-3000 / Fax: 561/750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
acohen@rgrdlaw.com
ltaylor@rgrdlaw.com

Jonathan B. Cohen (*phv* forthcoming)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
3833 Central Ave.
St. Petersburg, FL 33713
(813) 699-4056
jcohen@milberg.com

*Attorneys for Petitioners*

/s/ *Randall W. Edwards*
Randall W. Edwards
Matthew D. Powers (*pro hac vice*)
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700

Michael W. McTigue Jr.
Meredith C. Slawe
Kurt Wm. Hemr
Colm P. McInerney (*pro hac vice*)
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000

*Attorneys for Respondents Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I caused a true and correct copy of the foregoing notice to be filed with the Clerk of the Court for the Northern District of Illinois via the Court's CM/ECF system, which will send notification of such filing to the counsel of record in the above-captioned matter.

/s/ Gary M. Klinger
Gary M. Klinger