IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---

| | |
|---|---|
| **MELANIE HOEG, ANGELA DAVIS, MELINDA GARCIA, and 1,025 other individuals**, | Civil Action No: 1:23-cv-1951 |
| | Hon. Harry D. Leinenweber |
| *Petitioners*, | |
| - against - | |
| **SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD**. (d/b/a Samsung Electronics America, Inc.), | |
| *Respondents*. | |

---

**RESPONDENTS' MOTION FOR STAY OF PROCEEDINGS**

Pursuant to Fed. R. Civ. P. 7(b)(1) and 16, Respondents Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. hereby move for a stay of proceedings in this action as further described below, and in support of their motion state as follows:

1. Respondents are also the respondents in *Wallrich v. Samsung Elecs. Am.*, Civ. A. No. 1:22-cv-05506 (N.D. Ill.), an action filed several months before this one. The Court determined that this action was related to the *Wallrich* action (*see Wallrich*, ECF No. 47, *Hoeg*, ECF No. 45), and this action was thereafter reassigned so that both actions are before the same judge of this Court (the Hon. Harry D. Leinenweber).

2. Two dispositive cross-motions in *Wallrich*—petitioners' Motion to Compel Arbitration and respondents' Motion to Dismiss (*Wallrich*, ECF Nos. 2, 26)—were resolved by this Court's September 12, 2023 Memorandum Opinion and Order in *Wallrich* (*id.*, ECF Nos. 50,

51). That Order has been appealed to the U.S. Court of Appeals for the Seventh Circuit. *See Wallrich v. Samsung Elecs. Am.*, Case 23-2842 (7th Cir.) ("*Wallrich* Appeal").

3. The Seventh Circuit has stayed this Court's Order in *Wallrich* pending the resolution of that appeal, and it has further ordered that the appeal be resolved on a highly expedited schedule, with briefing to be completed by December 22, 2023 and oral argument scheduled for February 15, 2024. (*Wallrich* Appeal, ECF Nos. 29, 31-1.)

4. The issues that the Seventh Circuit will consider in the *Wallrich* Appeal significantly overlap with the issues that this Court is considering in connection with the pending potentially dispositive motions in this action, *i.e.*, Petitioners' Motion to Compel Arbitration (*see Hoeg*, ECF Nos. 28, 38, 42) and Respondents' Motion to Dismiss (*see id.*, ECF Nos. 39, 41, 44).

5. So that the Court and the parties have the benefit of the Seventh Circuit's ruling in the *Wallrich* Appeal, Respondents respectfully move that the Court stay all proceedings in this action, including any rulings on the pending motions in this action, until the Seventh Circuit resolves the *Wallrich* Appeal.

6. Prior to filing this motion, Respondents' counsel conferred with counsel for Petitioners, who advise that Petitioners oppose the stay requested herein.

WHEREFORE, Respondents respectfully request that the Court stay all proceedings in this action, including any rulings on the pending motions in this action, until the Seventh Circuit resolves the *Wallrich* Appeal.

| | |
|---|---|
| Dated: November 20, 2023 | Respectfully submitted, |
| | /s/ Randall. W. Edwards |
| Mark Howard Boyle | Randall W. Edwards |
| DONOHUE BROWN MATHEWSON & SMYTH LLC | Matthew D. Powers (*pro hac vice*) |
| | O'MELVENY & MYERS LLP |
| 131 South Dearborn Street, Suite 1600 | Two Embarcadero Center, 28th Floor |
| Chicago, Illinois 60603 | San Francisco, California 94111-3823 |
| Telephone: (312) 422-0900 | Telephone: (415) 984-8700 |
| | |
| James L. Kopecky | Michael W. McTigue Jr. |
| KOPECKY SCHUMACHER ROSENBURG LLC | Meredith C. Slawe |
| | Kurt Wm. Hemr |
| 120 North LaSalle Street, Suite 2000 | Colm P. McInerney (*pro hac vice*) |
| Chicago, Illinois 60601 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| Telephone: (312) 380-6552 | One Manhattan West |
| | New York, New York 10001-8602 |
| | Telephone: (212) 735-3000 |
| | |
| | *Attorneys for Respondents* |
| | *Samsung Electronics America, Inc. and* |
| | *Samsung Electronics Co., Ltd.* |