```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3
   MELANIE HOEG, ANGELA DAVIS,       )
 4 MELINDA GARCIA, and 1,025         )
   Other Individuals,                )
 5                                   )
                     Petitioners,    )
 6                                   )  No. 23 C 1951
                vs.                  )  Chicago, Illinois
 7                                   )  March 7, 2024
   SAMSUNG ELECTRONICS AMERICA,      )  9:30 a.m.
 8 INC. and SAMSUNG ELECTRONICS      )
   CO., LTD., d/b/a Samsung          )
 9 Electronics America, Inc.,        )
                                     )
10                   Respondents.    )

11             TRANSCRIPT OF PROCEEDINGS - MOTION

12        BEFORE THE HONORABLE HARRY D. LEINENWEBER

13 APPEARANCES:

14 For the Petitioners:       ROBBINS GELLER RUDMAN & DOWD, LLP
                              225 NE Mizner Boulevard
15                            Suite 720
                              Boca Raton, Florida 33432
16                            BY:  MR. ALEXANDER C. COHEN

17                            MILBERG COLEMAN BRYSON PHILLIPS
                              GROSSMAN, PLLC
18                            5528 Shadow Crest Street
                              Houston, Texas 77096
19                            BY:  MR. ALEXANDER E. WOLF

20 For the Respondents:       SKADDEN, ARPS, SLATE, MEAGHER &
                              FLOM LLP
21                            One Manhattan West
                              New York, New York 10001
22                            BY:  MR. MICHAEL W. MC TIGUE
                                   MR. SHAY DVORETZKY
23
   Official Court Reporter:   JENNIFER COSTALES, CRR, RMR, CRC
24                            219 S. Dearborn St., Room 1928
                              Chicago, Illinois 60604
25                            (312) 435-5895
                              jenny.uscra@yahoo.com
```

```
 1              (Proceedings via teleconference)
 2              THE COURTROOM DEPUTY:  23 C 1951, Hoeg versus
 3   Samsung.
 4              MR. WOLF:  Good morning.  This is Alexander Wolf for
 5   the petitioners.
 6              MR. COHEN:  Alexander Cohen from Robbins Geller
 7   Rudman & Dowd for petitioners as well.
 8              THE COURT:  My understanding is that the Seventh
 9   Circuit had granted a stay, is that correct?
10              MR. WOLF:  No, Your Honor.  This is Alexander Wolf
11   for the petitioners.  The Seventh Circuit issued an order
12   temporarily staying the district court's order pending
13   resolution of the motion to stay before the Seventh Circuit.
14              THE COURT:  So is this motion moot?
15              MR. WOLF:  In petitioner's view, yes, it is.  But I
16   would defer to my colleagues on the other side.
17              MR. MC TIGUE:  Your Honor, this is Michael --
18              THE COURT:  All right.  Excuse me.  I don't have in
19   front of me, but I got a notice from the court of the Seventh
20   Circuit that they've granted the stay.  Did I read that
21   correctly?
22              MR. MC TIGUE:  Your Honor, this is Michael McTigue
23   with Skadden Arps for Samsung.  I'm with my colleague, Shay
24   Dvoretzky, who is also representing Samsung.  And he has
25   submitted a *pro hac* motion before Your Honor, which you
```

09:33:39

09:33:56

1  granted in the companion Wallrich case.  It has not yet been
2  granted yet.  I'd like to clean that up first so he may be
3  able to speak.
4       THE COURT:  What is the position of the plaintiff?
5       MR. WOLF:  The plaintiffs' position, Your Honor, is
6  that the motion before the district court is indeed moot
7  because there is a parallel motion pending before the Seventh
8  Circuit, and the Seventh Circuit issued an order staying the
9  district court's order until the Seventh Circuit rules on the
10 motion to stay before the appellate court.  So the position --
11      THE COURT:  That's what I read the Samsung motion
12 that's up this morning.  So I will just find the motion moot
13 and deny it as moot.  Thank you.
14      MR. WOLF:  Thank you.
15      (Proceedings concluded)
16                    C E R T I F I C A T E
17      I, Jennifer S. Costales, do hereby certify that the
   foregoing is a complete, true, and accurate transcript of the
18 proceedings had in the above-entitled case before the
   Honorable HARRY D. LEINENWEBER, one of the judges of said
19 Court, at Chicago, Illinois, on March 7, 2024.
20
                    */s/ Jennifer Costales, CRR, RMR, CRC*
21                  Official Court Reporter
                    United States District Court
22                  Northern District of Illinois
                    Eastern Division
23
24
25