UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| MELANIE HOEG, ANGELA DAVIS, MELINDA GARCIA, and 1,025 OTHER INDIVIDUALS,<br><br>    Petitioners,<br><br> vs.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD. (d/b/a Samsung Electronics America, Inc.),<br><br>    Respondents. | Case No. 1:23-cv-01951 |

**PETITIONERS' STATUS REPORT**

4887-2590-3070.v1

Petitioners Melanie Hoeg, *et al.* (collectively, "Petitioners"), respectfully submit this Status Report in accordance with the Court's Minute Entry on August 1, 2024. ECF 85.

On July 31, 2024, the Seventh Circuit reversed the late Judge Leinenweber's order compelling Respondent Samsung Electronics America, Inc. ("Samsung") to arbitrate Petitioners' claims. *See Hoeg v. Samsung Elecs. Am., Inc.*, 2024 WL 3593896 (7th Cir. July 31, 2024). Petitioners did not seek rehearing or rehearing *en banc*, and the Seventh Circuit issued its Mandate on August 22, 2024. ECF 88. In its Order, the Seventh Circuit explained that Petitioners "can still bring their substantive claims in an appropriate court [and] may still be able to refile their arbitration demands before the AAA." *Hoeg*, 2024 WL 3593896, at *2.

Accordingly, Petitioners believe this Court should dismiss the Petition to Compel Arbitration (ECF 1), and enter judgment on the Petition in Samsung's favor.

DATED: August 29, 2024

ROBBINS GELLER RUDMAN
 & DOWD LLP
STUART A. DAVIDSON
MARK DEARMAN
LINDSEY H. TAYLOR
ALEXANDER C. COHEN

*/s/ Stuart A. Davidson*
STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
ltaylor@rgrdlaw.com
acohen@rgrdlaw.com

- 2 -

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
GARY M. KLINGER
227 West Monroe Street, Suite 2100
Chicago, IL  60606
Telephone: 866/252-0878
gklinger@milberg.com

MILBERG COLEMAN BRYSON
  PHILLIPS GROSSMAN, PLLC
JONATHAN B. COHEN
3833 Central Avenue
St. Petersburg, FL 33713
Telephone: 813/699-4056
jcohen@milberg.com

Attorneys for Petitioners

- 2 -

4887-2590-3070.v1