IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Melanie Hoeg,

Plaintiff,

v.

Samsung Electronics America, Inc., et al.,

Defendants.

Case No. 23-cv-01951
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Pursuant to the mandate from the court of appeals, the petition is dismissed with prejudice. Judgment is entered in favor respondents and against petitioner.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by the 7th Circuit Court of Appeals.

Date: 9/5/2024                    Thomas G. Bruton, Clerk of Court

                                  /Susan McClintic , Deputy Clerk